Exhibit B

EJ18

# Case Summary

### Case No. 2021CV344614

| | | | |
|---|---|---|---|
| **FT Global Capital, Inc. VS. Future Fintech Group, Inc.** | § | Location: | **EJ18** |
| | § | Judicial Officer: | **ELLERBE, KELLY LEE** |
| | § | Filed on: | **01/14/2021** |

---

## Case Information

Case Type:  CONTRACT/ACCOUNT
Case Status:  **01/14/2021   Open**

---

## Party Information

*Lead Attorneys*

**PLAINTIFF**      **FT Global Capital, Inc.**      **SCHWARTZ, MATTHEW**
*Retained*

**DEFENDANT**   **Future Fintech Group, Inc.**

---

## Events and Orders of the Court

01/27/2021   NOTICE OF FILING
01/19/2021   AFFIDAVIT OF SERVICE
01/14/2021   PLAINTIFF'S ORIGINAL PETITION
01/14/2021   CASE INITIATION FORM

---

## Financial Information

**PLAINTIFF**     FT Global Capital, Inc.
Total Financial Assessment                                          214.00
Total Payments and Credits                                          214.00
**Balance Due as of 2/5/2021**                                      **0.00**