```
 1            THE UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF GEORGIA
 3                    ATLANTA DIVISION
 4   _____
 5   FT GLOBAL CAPITAL, INC.,
 6           Plaintiff,
 7       v.                            Case No.
 8   FUTURE FINTECH GROUP, INC.,        1:21-cv-
 9           Defendant.                 00594-JPB
10   _____
11            VIDEOCONFERENCE DEPOSITION OF
12                   SHANCHUN HUANG
13   DATE:           Friday, August 5, 2022
14   TIME:           9:11 a.m.
15   LOCATION:       Remote Proceeding
16                   New York, NY 10001
17   REPORTED BY:    Surina Mahadeo, Notary Public
18   JOB NO.:        5359210
19
20
21
22
23
24
25
```

                                                    Page 2

1                    A P P E A R A N C E S

2     ON BEHALF OF PLAINTIFF FT GLOBAL CAPITAL, INC.:

3          JACQUELINE MA, ESQUIRE (by videoconference)

4          Olshan Frome Wolosky LLP

5          1325 Avenue of the Americas

6          New York, NY 10019

7          jma@olshanlaw.com

8          212-451-2300

9

10         THOMAS FLEMING, ESQUIRE (by videoconference)

11         Olshan Frome Wolosky LLP

12         1325 Avenue of the Americas

13         New York, NY 10019

14         tfleming@olshanlaw.com

15         212-451-2300

16

17    ON BEHALF OF DEFENDANT FUTURE FINTECH GROUP:

18         WILLIAM AKINS, ESQUIRE (by videoconference)

19         Fisher Broyles LLP

20         100 Congress Avenue, Suite 2000

21         Austin, TX 78701

22         william.akins@fisherbroyles.com

23         408-898-3170

24

25

Page 3

1          A P P E A R A N C E S (Cont'd)

2    ON BEHALF OF DEFENDANT FUTURE FINTECH GROUP:

3          JEFFREY LI, ESQUIRE (by videoconference)

4          Fisher Broyles LLP

5          445 Park Avenue, 9th Floor

6          New York, NY 10022

7          jeffrey.li@fisherbroyles.com

8

9    ALSO PRESENT:

10          Ann Chi Ho, Mandarin Interpreter (by

11          videoconference)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1                        I N D E X

2    EXAMINATION:                                 PAGE

3         By Ms. Ma                               8

4

5                     E X H I B I T S

6    NO.               DESCRIPTION                PAGE

7    Exhibit 33    Notice of Deposition        13

8    Exhibit 34    Email, 7/27/2020, from

9                  Lee Hoo to Patrick Ko        29

10   Exhibit 35    Email from Patrick Ko,

11                 No. FTFT0000491              39

12   Exhibit 36    Signature Page, 12/24/2020   52

13   Exhibit 37    Email from Patrick Ko

14                 No. FTFT0000618              55

15   Exhibit 38    Email from Veronica Chen

16                 To Patrick Ko,

17                 No. FTGlobalGA0001232        65

18   Exhibit 39    Screenshot from EDGAR        67

19   Exhibit 40    Email from Patrick Ko,

20                 No. FTFT0006906              73

21                 (Exhibits attached.)

22

23

24

25

Page 5

1      P R E V I O U S L Y   M A R K E D   E X H B I T S

2    NO.             DESCRIPTION                    PAGE

3    Exhibit 2       Security's Purchase

4                    Agreement, 12/24/2020          68

5                      (Exhibits attached.)

6

7              QUESTIONS INSTRUCTED NOT TO ANSWER

8                      PAGE        LINE

9                       88          3

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 6

```
 1                      S. HUANG
 2           THE REPORTER:  Good morning.  My name
 3      is Surina Mahadeo; I am the reporter
 4      assigned by Veritext to take the record of
 5      this proceeding.  We are now on the
 6      record, it is 9:11 a.m.
 7           This is the deposition of Shanchun
 8      Huang taken in the matter of FT Global
 9      Capital, Inc., Plaintiff vs. Future
10      FinTech Group, Inc., Defendant.  Today is
11      August 5, 2022.  This deposition is being
12      taken remotely via Zoom.
13           I am a notary authorized to take
14      acknowledgments and administer oaths in
15      the State of New York.  Parties agree that
16      I will swear in the witness remotely.
17           Additionally, absent an objection on
18      the record before the witness is sworn,
19      all parties and the witness understand and
20      agree that any certified transcript
21      produced from the recording of this
22      proceeding:
23           - is intended for all uses permitted
24      under applicable procedural and
25      evidentiary rules and laws in the same
```

```
                                    Page 7
 1                  S. HUANG
 2      manner as a deposition recorded by
 3      stenographic means; and
 4          - shall constitute written
 5      stipulation of such.
 6          At this time I would like everyone to
 7      identify themselves for the record,
 8      beginning with plaintiff's counsel,
 9      Ms. Ma.
10          MS. MA:  Jacqueline Ma, and with me
11      is my colleague Tom Fleming from Olshan
12      Frome Wolosky, for the plaintiff.
13          MR. AKINS:  William Akins along with
14      Jeffrey Li from Fisher Broyles, for the
15      defendant.
16          THE REPORTER:  Ms. Interpreter?
17          MS. HO:  Ann Chi Ho, Mandarin
18      interpreter.
19          THE REPORTER:  Can you please have
20      Mr. Huang state his full name for the
21      records?
22          MS. HO (FOR MR. HUANG):  Shanchun
23      Huang.
24          THE REPORTER:  Thank you.  Ms. Ho,
25      please raise your right hand.
```

Page 8

1                    S.  HUANG

2              (Interpreter Ann Chi Ho sworn to

3              translate between English and

4              Mandarin.)

5              THE REPORTER:  Thank you.  Please

6        have Mr. Huang please raise his right

7        hand.

8  WHEREUPON,

9                  SHANCHUN  HUANG,

10  called as a witness, and having been first

11  duly sworn to tell the truth, the whole

12  truth, and nothing but the truth, was

13  examined and testified as follows:

14              THE REPORTER:  Thank you.

15              Counsel, you may proceed.

16                  EXAMINATION

17  BY MS. MA:

18        Q    Mr. Huang, can you spell your

19  last name for the record please?

20        A    My last name is H-U-A-N-G.

21        Q    And other than your name,

22  Shanchun, do you also have any other

23  names, Mr. Huang?

24        A    Occasionally I will use my

25  English name, Shawn, S-H-A-W-N.

```
                                          Page 9
 1                    S.  HUANG
 2        Q     And do you have another Chinese
 3   name, Huang Shan?
 4        A     Correct, yes.
 5              THE REPORTER:  I'm sorry, Ms. Ma.
 6   Can you please spell that?
 7              MS. MA:  H-U-A-N-G S-H-A-N.
 8              THE REPORTER:  Thank you.
 9   BY MS. MA:
10        Q     Mr. Huang, you said you had a
11   English name, Shawn.  Do you speak
12   English?
13        A     Very, very limited.
14        Q     Can you read English?
15        A     The same, very limited.
16        Q     But you can read or recognize
17   Roman letters, such as A, B, C, D;
18   correct?
19        A     Yes.  For the English alphabet
20   letter, no problem.
21        Q     How much English can you read,
22   Mr. Huang?
23        A     In terms of your question how
24   much English I can read, I don't know how
25   to answer this question.  I can only say
```

```
                                          Page 10

 1                      S. HUANG

 2   it's very limited.  However, I don't know

 3   how to answer your question because I

 4   don't know how to quantify the amount of

 5   how much I can read.

 6             For the everyday phrases, such

 7   as good morning, good afternoon, good

 8   evening, goodbye, I can say those things.

 9        Q    Can you recognize proper names,

10   such as the English spelling of Future

11   Fintech?

12        A    Yes.

13        Q    And can you recognize the

14   English spelling of Patrick Ko's name?

15        A    I don't think I can.

16             MS. MA:  Ms. Ho, you have a delay for

17        me.  I don't know if you have a delay for

18        anyone else.

19             THE REPROTER:  Can you please repeat

20        his answer?

21             THE INTERPRETER (FOR THE WITNESS):

22        Okay.  Okay.  No, I don't think I can.

23        But I know it as Ke Jian for us Chinese.

24        So can I --

25             THE REPORTER:  I think it --
```

```
 1                    S. HUANG
 2           MR. AKINS:  We're going to go off the
 3      record.
 4           THE REPORTER:  Yeah.  Give me a
 5      moment.  We're off the record.
 6           (Off the record.)
 7           THE REPORTER:  We're back on the
 8      record.
 9           THE INTERPRETER (FOR THE WITNESS):
10      Okay.  I don't think I can.  But I know
11      him as Ke Jian.  For us Chinese, his name
12      is Ke Jian.
13           THE REPORTER:  Can you please spell
14      the name?
15           MS. MA:  K-E J-I-A-N.
16           THE REPORTER:  Thank you.
17 BY MS. MA:
18      Q    So Mr. Huang, does that mean
19 when you hear the English name, Patrick
20 Ko, you understand it to be Ke Jian?
21      A    Yes, when you mentioned Patrick
22 Ko to me, I know you are referring to him.
23 However, if you write his name down --
24 because his name, the way -- how it's
25 spelled, it's not that common.  I don't
```

```
                                    Page 12
 1                     S. HUANG
 2   think I can recognize it.
 3        Q    I see.  How is it spelled,
 4   Mr. Huang, that's so uncommon?
 5            MS. MA:  Ms. Ho, you did cut off.
 6        You might need to translate again.
 7            THE INTERPRETER:  Okay.
 8            THE INTERPRETER (FOR THE WITNESS):  I
 9        can recognize the name like Tony or Bill,
10        that I can recognize.  But in terms of his
11        name, Patrick, he is the only Patrick I
12        know.  For me, his name is not that
13        common.
14   BY MS. MA:
15        Q    If you see the letters K and O
16   together, do you understand that to be the
17   last name of Mr. Ko?
18        A    I don't know, because his last
19   name, the way it is spelled in Chinese
20   should be K-E, it's not K-O.  At least
21   it's not the way the mainland China spells
22   his name, K-E.  And also his --virtual
23   connectivity interruption--
24            MS. MA:  Ms. Ho, you're breaking up
25        again.
```

Page 13

```
 1                       S. HUANG
 2        A     And also the way his last name,
 3   the way it's written, it should be K-E,
 4   not K-O.
 5        Q     Okay.  Do you understand,
 6   Mr. Huang, that you're testifying as a
 7   corporate representative of Future Fintech
 8   Group, Inc.?
 9        A     Yes, I understand.  Yes.
10             MS. MA:  So I'm going to introduce an
11        exhibit here.  I'm going to do continuous
12        numbering from the other plaintiff's
13        depositions in this case.  So this, I
14        believe, should be Exhibit No. 33.
15             (Exhibit 33 was marked for
16             identification.)
17   BY MS. MA:
18        Q     Okay.  I'm going to share my
19   screen now.  Mr. Ko [sic], do you know
20   what a deposition notice is?
21        A     I don't know.
22        Q     Have you ever seen this document
23   that's on your screen right now?
24        A     Can you scroll to the bottom of
25   the page of the document?  Since I don't
```

```
 1                    S. HUANG
 2   know English, I don't know what it is
 3   unless you scroll it down to the last page
 4   for me to see.
 5            MR. LI:  Can I make a clarification?
 6       The translation -- part of the translation
 7       is, there's no standard translation for
 8       that in Chinese.
 9       A    This is tell me to appears for
10   today's meeting, right?
11       Q    Yes.
12       A    Yes, my attorney told me about
13   it.  Yes.
14       Q    Did your attorney show you this
15   document or did he orally tell you about
16   this document?
17            THE INTERPRETER:  (Speaking in
18       Mandarin.)
19            MR. AKINS:  You're breaking up.
20       A    He showed me this document.
21       Q    Which attorney was that?
22       A    It's the attorney of my who is
23   not Chinese.
24       Q    So it's Mr. Akins?
25       A    Yes.
```

```
                                    Page 15
 1                   S. HUANG
 2       Q    When Mr. Akins showed you this
 3   document, how did you understand the
 4   contents of this document?
 5            MR. AKINS:  Hold on, let me say
 6        something.  Just because this is --
 7            MS. MA:  Question withdrawn, let me
 8        rephrase it.
 9            MR. AKINS:  Okay.
10   BY MS. MA:
11       Q    When Mr. Akins showed you this
12   document, was it translated for you?
13       A    No.
14       Q    When Mr. Akins spoke to you
15   about this document, how did you
16   understand him?  Oh, sorry.  Was there a
17   translator translating his statements?
18       A    Yes, attorney Li told me what
19   this is.
20       Q    Okay.  Great, thank you.  Going
21   to take this exhibit down.
22            Mr. Huang, where are you
23   currently?  What is your present location?
24       A    I'm in London right now.
25       Q    Is there anyone in the room with
```

```
 1                    S. HUANG
 2   you?
 3       A    No, I'm alone.
 4       Q    And are any of your counsel in
 5   London?
 6       A    No.
 7       Q    Is the screen of your cell phone
 8   visible to you?
 9       A    The screen of my cell phone?
10       Q    Is your cell phone face up or
11   face down on the table currently?
12       A    The screen is like this.  I
13   don't understand your question.
14       Q    Can you please put your phone
15   away so that you can't see the screen?
16       A    Okay.  I can put it here so that
17   I don't see the screen.
18       Q    Perfect, thank you.  Do you have
19   anyway to communicate with your counsel
20   during the questioning?
21       A    No.
22       Q    And can you agree that you will
23   not communicate separately with your
24   counsel during my questioning?
25                 MS. MA:  Sorry, Ms. Ho, you broke up
```

```
 1                    S. HUANG

 2      again.  Can you restart?

 3           THE INTERPRETER:  Okay.  This never

 4      happened to me before.

 5           THE INTERPRETER (FOR THE WITNESS):

 6      No, I will not ask anyone.  I will only

 7      tell the truth.  That's it.

 8           MS. MA:  Okay.  Thank you.

 9           And Bill, I know you don't need this,

10      but I just would like to put it on the

11      record:  I just want to remind everyone

12      that the judge's standing order states

13      that counsel and their witness clients are

14      not to engage in private off the record

15      conferences during breaks regarding any of

16      counsel's questions or the witness's

17      answers, except for the purpose of

18      deciding whether to assert privilege.

19           THE INTERPRETER (FOR THE WITNESS):

20      Are you telling me about that?

21           MS. MA:  It's for everyone.  Thank

22      you.

23           THE INTERPRETER (FOR THE WITNESS):

24      Okay.  And I don't have an attorney with

25      me.  And if you need any assurance, I can
```

```
 1                    S. HUANG
 2       turn my screen 360 degree to let you know
 3       that there's no one with me right now.
 4            MS. MA:  That's very kind, there's no
 5       need.  Thank you, Mr. Huang.
 6  BY MS. MA:
 7       Q    Do you have any written material
 8  or notes relating to the case in the room
 9  with you?
10            MS. MA:  Ms. Ho, you're breaking up
11       again.
12       A    In this office, nothing.
13  Because this office is someone else
14  office, I don't have anything with me.
15       Q    Mr. Huang, what is your current
16  role at Future FinTech?
17       A    I'm the chairman as well as CEO.
18       Q    And how long have you held the
19  role of CEO?
20            MR. LI:  The translation of --
21            THE INTERPRETER:  Oh, director.
22       Sorry.
23            Excuse me, interpreter stands for
24       correction.  I am a director as well as a
25       CEO.
```

```
 1                        S.  HUANG
 2   BY MS. MA:
 3         Q     And how long have you held the
 4   role of CEO?
 5         A     I think since March 2020 to now.
 6         Q     And what did you do before you
 7   held the role of CEO at Future FinTech?
 8         A     Before this, I was in China
 9   managing a private equity fund.
10         Q     Did you previously have any
11   experience with the public equity markets
12   in the United States, prior to becoming
13   CEO at Future FinTech?
14         A     I know a little bit about it.
15   I'm not very familiar with it.
16         Q     Sorry, my question was:  Did you
17   have any experience with, rather than did
18   you know about the US public markets?
19         A     Are you talking about the IPOs
20   expense?
21         Q     No, I'm talking about raising
22   money.  Did you have any experience
23   raising money in the US public markets?
24         A     No.
25         Q     Does Future FinTech have
```

```
                                              Page 20
 1                       S. HUANG
 2   employees located in the US?
 3        A     Yes.
 4        Q     How many?
 5        A     Seven, I think.
 6              MS. MA:  We only caught the end of
 7        that, Ms. Ho.
 8        A     Right now, six or seven.  I
 9   think it is six or seven right now.
10        Q     Do these Future FinTech
11   employees work in the United States speak
12   and write English?
13        A     Yes, they all understand
14   English.
15        Q     Were any of these employees
16   involved in the services -- or, sorry, in
17   FT Global's attempt to raise capital for
18   Future Fintech?
19        A     No.
20        Q     Okay.  What did you do to
21   prepare for this deposition?
22        A     Basically, I have not made any
23   preparation for it.
24        Q     Did you speak with anyone at
25   Future FinTech to prepare for this
```

```
                                        Page 21
 1                        S.  HUANG
 2    deposition?
 3         A     No communication with people at
 4    the company about it.
 5         Q     Did your lawyers prepare you for
 6    this deposition?
 7               MS. MA:  Ms. Ho, you're entirely
 8         frozen.
 9               THE INTERPRETER:  Hello?  Can you
10         hear me?  Can you allow me to get on -- I
11         use my iPhone, was my phone.  I use my
12         phone connection.  Today, this is the only
13         time it happens.  I don't know what's
14         going on.
15               MS. MA:  Let's go off the record.
16               THE INTERPRETER:  So you're going to
17         see me very small.  Sorry.
18               THE REPORTER:  Okay.  We're off the
19         record.
20               (Off the record.)
21               THE REPORTER:  Okay.  We're on the
22         record.
23               THE INTERPRETER (FOR THE WITNESS):
24         Yes, they have prepared me.
25    //
```

```
                                        Page 22

 1                    S.  HUANG
 2    BY MS. MA:
 3         Q    And what did you do to prepare?
 4         A    They asked me how we ended up
 5    signing the agreement, and how we ended up
 6    to have this agreement assigned.  And
 7    also, I was asked how we ask you to the
 8    agreement and why at the end it did not
 9    complete.  They asked me about how it
10    happened.
11         Q    Did you review any documents to
12    prepare for this deposition?
13         A    No.
14         Q    Thank you.  When did Future
15    FinTech decide to contact FT Global for
16    placement agent services?
17         A    It was not that we contact them,
18    they were the one who had contact us
19    first.
20         Q    And when was this?
21         A    I don't remember the specific
22    date.
23         Q    When did you meet Patrick Ko?
24         A    I have never met him.
25         Q    Have you spoken with Mr. Ko?
```

```
 1                    S. HUANG
 2      A    Yes, we had multiple telephone
 3  conversations.
 4      Q    Future FinTech entered a
 5  placement agent agreement with FT Global
 6  in late July 2020; correct?
 7      A    Yes.
 8      Q    Do you understand that you're
 9  here today because FT Global alleges that
10  Future FinTech is obligated to pay FT
11  Global under that agreement because it
12  closed capital raising transactions during
13  the tail period with investors that FT
14  Global had introduced or wall crossed to
15  Future FinTech?
16          THE INTERPRETER:  Interpreter ask
17      permission to retranslate the questions
18      again.  Is that okay?
19          MS. MA:  Okay.  Yes, that's fine with
20      me.
21          THE INTERPRETER (FOR THE WITNESS):
22      Yes.  But this is their side of the story,
23      and their demand is unreasonable because
24      he failed to complete the -- the terms
25      specified in the agreement.
```

```
                                          Page 24
 1                      S. HUANG
 2    BY MS. MA:
 3        Q    Did Future FinTech enter into
 4    four capital raising transactions with AGP
 5    as placement agent during the tail period?
 6              THE INTERPRETER:  Can I have a
 7         readback please?
 8              MS. MA:  Did Future Fintech enter
 9         into four capital raising truncations with
10         AGP as placement agents during the tail
11         period?
12              THE INTERPRETER (FOR THE WITNESS):
13         Yes, we cooperated with it.
14    BY MS. MA:
15        Q    Okay.  Was Tech Opportunities,
16    LLC one of the investors in all four of
17    these transactions?
18        A    In this process, they were two
19    investors.
20        Q    There were two investors and I'm
21    asking about one of them.  Is one of those
22    two investors Tech Opportunities, LLC?
23        A    Because the name is in English,
24    I don't remember.
25        Q    Okay.  Let's go back to what you
```

Page 25

```
 1                     S. HUANG
 2    said earlier.  What is the company's basis
 3    for not paying FT Global the fees it's
 4    demanding in this case?
 5             MR. AKINS:  Objection to the extent
 6          that it calls for legal conclusion.
 7             You can still answer.
 8             THE INTERPRETER:  Can I have a
 9          readback please?
10             MS. MA:  What is the company's basis
11          for not paying FT Global the fees it's
12          seeking in this case?
13             MR. AKINS:  Same objection.
14             THE INTERPRETER (FOR THE WITNESS):
15          Because they did not raise capitals for
16          us, because based on the term of the
17          agreement, they did not raise capitals for
18          us.  They did not complete their task.
19          Why should we pay them?
20    BY MS. MA:
21         Q    Let me see if I can restate your
22    answer.  Is it correct that you are not
23    paying FT Global because they did not
24    complete the transaction under -- the
25    capital raising transaction under the
```

                    S. HUANG

2   agreement?

3       A    Yes, and they did not complete

4   any applications specified under the terms

5   of the agreement.

6       Q    What is your basis for saying

7   they did not complete the obligations

8   specified under the terms of the

9   agreement?

10      A    He did not introduce any

11  investor for us, and they -- he did not

12  introduce any successful investors for us

13  since he did not complete the capital

14  raise, why should I pay him any

15  commission?  Because according to

16  agreement, he will only get paid if it is

17  successful when he raised the capitals.

18  And he fails to raise capital successfully

19  for us, why should we pay him any

20  commission?

21      Q    Do you have any other basis for

22  not paying FT Global the fees it's

23  demanding?

24          MR. AKINS:  Objection to the extent

25      that it calls for legal conclusion.

1                    S. HUANG

2          MR. LI:  So do you need to translate

3      Bill's comment as well?  Bill, do you need

4      what you said to be translated or

5      translate everything?

6          MR. AKINS:  Well, that's a good

7      question.  Do the objections get

8      translated?  I think it would be helpful

9      to have the objections translated, since

10     they are on the record.

11         THE INTERPRETER:  Excuse me,

12     Interpreter would also ask the other side,

13     whether the other side agrees.  'Cause --

14         MS. MA:  Oh, sure.  That would be no

15     problem.

16         THE INTERPRETER:  Thank you so much.

17         MS. MA:  Does -- sorry.

18         THE INTERPRETER (FOR THE WITNESS):

19     What question do you want me to answer?

20     Can you repeat your question, please?

21  BY MS. MA:

22     Q    With Mr. Akins' objection, what

23  is the company's -- does the company have

24  any other basis besides what you just said

25  for not paying FT Global the fees it

```
 1                    S. HUANG
 2   demands in this case?
 3       A    No other reason.  Because he
 4   didn't do anything for me.
 5       Q    I'm going to place another
 6   document or share another exhibit.  Just
 7   give me one second, please.
 8       A    Okay.
 9       Q    Mr. Huang, what I've put up here
10   is a July 27, 2020, email from Lee Hoo to
11   Patrick Ko copying a number of people
12   including sh@ftftex.com and attaching a
13   signed FTFT placement agent agreement.
14           Is sh@ftftex.com your email
15   address at Future FinTech?
16       A    Yes.
17       Q    And who is Lee Hoo?
18       A    Lee Hoo is our board of
19   director's secretary, or a secretary for
20   our board of director.
21       Q    And who is Leo Yi, please?
22       A    Leo used to be VP at our finance
23   department, but he had left our company
24   long time ago.
25       Q    And who is Veronica Chen?
```

Page 29

1                    S. HUANG

2       A    She was our former CFO.

3       Q    And Mr. Jeffrey Li, is that the

4   same Mr. Li who is present today?

5       A    Yes, it's our attorney, Mr. Li.

6       Q    Okay.  I'm going to scroll down

7   now so you can see this entire document

8   including the attachments.

9            THE REPORTER:  And I'm sorry.  Let

10       the record reflect that this is Exhibit

11       34.

12            (Exhibit 34 was marked for

13            identification.)

14            MS. MA:  Sorry, thank you.

15            Go ahead, Ms. Ho.

16            THE INTERPRETER:  I already did.

17            MS. MA:  Okay.

18   BY MS. MA:

19       Q    On July 26, 2020, Leo Yi sent an

20   email to you, Mr. Huang, Lee Hoo, Mr. Xue,

21   Patrick Ko, and Jeffrey Li.  And this

22   email is in Chinese.  Can you please read

23   the substance of this email aloud?  It's

24   in Chinese, it's very short.

25       A    Okay.  What is written here is

```
                                    Page 30
 1                    S. HUANG
 2   Mr. Ko, please take a look at the -- the
 3   part in the agreement that have been made
 4   changes, which had been highlighted.
 5   Thank you.
 6        Q    And would you agree, Mr. Huang,
 7   that Future FinTech had the opportunity
 8   and did negotiate the terms of its
 9   placement agent agreement with FT Global?
10        A    Yes.  And those terms were
11   negotiated by both sides and accepted by
12   both sides.
13        Q    Okay.  I'm going to keep
14   scrolling.  This is the beginning of the
15   attachment, and I'm just going to direct
16   your attention to the signature page.
17            On the left-hand side of this
18   page, which ends -- or which is bates
19   numbered FTGlobalGA0000072, there is a
20   signature.  Mr. Huang, is that your
21   signature?
22            THE INTERPRETER:  Excuse me,
23        Interpreter would like you to have a
24        readback about the page number.
25            MS. MA:  FTGlobalGA0000072.
```

```
 1                      S. HUANG
 2           THE INTERPRETER (FOR THE WITNESS):
 3       Yes, this is my signature.
 4  BY MS. MA:
 5       Q    And do you understand whether
 6  the other signature on this page was from
 7  Mr. Patrick Ko?
 8       A    I don't remember what his
 9  signature is like.  I don't remember right
10  now.  However, if this is a formal
11  agreement, he should be the one who signed
12  it.
13       Q    Okay.  Thank you.  So the
14  contract uses the term introduced.  What
15  is your understanding of the meaning of
16  the word introduced in the contract?
17       A    Introduced, the words mean that
18  he would introduce investors to us to
19  invest in us.
20       Q    Did AGP introduce investors to
21  you?
22           THE INTERPRETER:  Excuse me,
23       Interpreter would like the witness to
24       repeat last sentence.  Is that okay?
25           MR. AKINS:  Yes.
```

```
                                          Page 32
 1                    S. HUANG
 2             THE INTERPRETER (FOR THE WITNESS):
 3        AGP, yes.  AGP had introduced investors to
 4        us, and the money had been invested in us.
 5        Definitely, yes.
 6   BY MS. MA:
 7        Q    Did anyone at FT Global --
 8   sorry, retracted.  Did anyone at Future
 9   FinTech speak with the investors that AGP
10   introduced prior to the closing of the
11   transaction?
12        A    Because I don't understand
13   English, I don't quite remember it.  But I
14   think Lee Hoo from our company definitely
15   communicated with them.
16             MS. MA:  Did he say definitely?
17             MR. LI:  No, I think he said maybe.
18        Could you ask him again?
19             THE INTERPRETER (FOR THE WITNESS):  I
20        said possibly Lee Hoo from our company
21        communicated with them.
22             THE INTERPRETER:  Interpreter stand
23        for correction.
24             THE INTERPRETER (FOR THE WITNESS):
25        As I have stated, I don't understand
```

```
                                              Page 33
 1                    S. HUANG
 2        English.  Therefor, in terms of regular
 3        communication, I don't participate in it.
 4        However, when an agreement is about to be
 5        signed, I will be informed about the terms
 6        of agreement.  And then I will sign it if
 7        we agreed to it.
 8   BY MS. MA:
 9        Q    Did you speak to Lee Hoo when
10   you were preparing for this deposition?
11        A    I did not.  Especially right
12   now, Mr. Lee has a personal issue.  His
13   father is dying, he is very saddened by
14   this situation.  I don't think this is a
15   time to count of him right now.
16        Q    Understandable and that is very
17   sad, and my condolences.  So when you say
18   that maybe Lee Hoo spoke with the
19   investors AGP introduced, is that a guess?
20        A    Correct.  This is what I guess,
21   because I was not there.
22        Q    What do you understand the term,
23   quote, "Wall crossed" to mean as it's used
24   in the placement agent agreement?
25        A    I don't understand the meaning
```

Page 34

```
 1                      S. HUANG
 2   of the term wall crossed.
 3            MS. MA:  Okay.  We've been going for
 4        about an hour now.  Surina, how much do we
 5        have left?  Or how much time have we had
 6        so far?
 7            THE REPORTER:  The runtime has been
 8        an hour and 21 seconds.
 9            MS. MA:  Shall we take a five-minute
10        break?
11            MR. AKINS:  Sure.
12            MS. MA:  All right.  Let's go off the
13        record.  Thank you.
14            THE REPORTER:  We're off the record.
15            (Off the record.)
16            THE REPORTER:  We're on the record.
17   BY MS. MA:
18        Q   Mr. Huang, let's go back to the
19   term introduced as it's used in the
20   agreement.  Can you give me a little bit
21   more detail as to what that term means?
22        A   My understanding of the word
23   introduced is that they will introduce
24   investors to us and then the investors and
25   the company will communicate as to what
```

```
                                     Page 35
 1                     S. HUANG
 2    terms they meet in order to invest in us,
 3    and what terms we request for them in
 4    order for investors to invest in us.  This
 5    is my understanding the word introduced.
 6        Q    Did Patrick Ko bring terms sheet
 7    to Future FinTech from potential
 8    investors?
 9             THE INTERPRETER:  Interpreter ask for
10        permission to check dictionary.
11             MS. MA:  Sure.  No problem.
12             THE INTERPRETER (FOR THE WITNESS):
13        When you talk about investors term sheet,
14        I don't know what is this.  Can you make
15        it simpler?
16             During the agreement, he introduced
17        one investor to us, and we had signed a
18        document in Chinese that is called
19        intention to invest.
20    BY MS. MA:
21        Q    Did the company decline to
22    accept the financing that this investor FT
23    Global introduced was proposing?
24        A    Are you talking about the one
25    introduced to us?
```

1                    S.  HUANG

2       Q     Correct.

3       A     It is not really like we

4   rejected the investor; it was more like

5   both sides did not agree on the terms of

6   the investment.

7       Or putting it another way, it was

8   like after the investor had done the due

9   process in our company, the investor

10  didn't want to invest in us.

11      Q     What is your basis for saying

12  that the investor who provided the term

13  sheet during the term of the agreement did

14  not want to invest in the company after

15  due diligence?

16      A     I was just trying to tell

17  attorney Ma'am, some of reason I guess

18  that the investor didn't want to invest in

19  the company.  One of the possibility was

20  that it could be both sides did not reach

21  terms that they could accept.

22            Okay.  To tell you the truth,

23  right now I don't remember.  But I was

24  just saying there was a possibility it

25  could be that the investor they introduced

Page 37

                    S. HUANG

1
2    was asking for a lower price or to -- he
3    was asking for more options, and that
4    could be a reason why he decided not to
5    invest in us.  And that there could be a
6    second possibility, you know, after the
7    due process the investor had turned, they
8    had some questions about our company in
9    terms of our performance.  This is just
10   what I guess.  I don't remember what it
11   was.  But this is what I guess.  I don't
12   remember why this investor did not invest
13   in us.
14        Q    Okay.  Thank you.  Are you aware
15   that Future FinTech provided -- sorry,
16   that FinTech was provided a list of
17   investors that FT Global introduced or
18   wall crossed during the term of the
19   agreement?
20        A    Can you explained the concept of
21   wall crossed?  As I have told you, I don't
22   know what that concept is.
23        Q    Not certain that it would be
24   appropriate for me to do so.  Let me pose
25   the question in a different way.

```
                                      Page 38
 1                    S.  HUANG
 2      A    Okay.   Thank you.
 3      Q    Do you know if -- do you
 4   remember if Patrick Ko sent you a list of
 5   investors that he introduced or contacted
 6   after the term of the agreement had ended?
 7           THE INTERPRETER:   Interpreter ask for
 8       the last part of question.
 9           MS. MA:  After the term of the
10       agreement had ended.
11           THE INTERPRETER:  After, okay.
12           THE INTERPRETER (FOR THE WITNESS):
13       Yes, he gave us an investor list.  He
14       state that he had contact them, but we
15       didn't know because those investors did
16       not contact us.  We didn't know.
17           Except the one I have talked about in
18       my previous testimony, that investor did
19       contact us.
20   BY MS. MA:
21      Q    Okay.  Thank you for the
22   clarification.
23           Do you recall whether Mr. Ko
24   sent the protected investor list to Future
25   FinTech more than once?
```

```
                                          Page 39
 1                     S.  HUANG
 2       A    I don't remember.  I remember he
 3  did write such a list, but in terms of how
 4  many times, I don't remember.
 5       Q    Okay.  I'm going to share a
 6  couple of exhibits with you.  And again,
 7  I'll put them up on my screen.
 8            So this is an exhibit that's
 9  being marked as No. 35.  And it starts
10  F -- the bates number is FTFT0000491.
11            (Exhibit 35 was marked for
12            identification.)
13            And Mr. Huang, can you confirm
14  that you received this email from Patrick
15  Ko?
16       A    I cannot confirm it right now,
17  because I have not read it.  But I'm
18  looking at what you have shown me.  Yes,
19  this is my name.  That is listed here.
20  But I cannot confirm it because I have not
21  yet taken a look at my mailbox to see what
22  it is.
23       Q    Okay.  So in short, you
24  recognize that this is an email that was
25  sent to you, even if you haven't read it?
```

```
 1                     S. HUANG
 2      A     I cannot even say whether this
 3  email was sent to me.  I have to take a
 4  look at my mailbox to confirm whether this
 5  email was sent to me.
 6      Q     Okay.  Mr. Huang, are you aware
 7  the company has produced documents to the
 8  plaintiffs that were pulled from company
 9  emails?
10      A     I don't know.
11      Q     Do you know whether or not your
12  email was one of the ones searched?
13      A     Possibly, it could be provided
14  by Lee Hoo.  But I think this was provided
15  by Mr. Ko, because Mr. Ko was the sender
16  of this email.
17      Q     So I just want to clarify
18  something for you, Mr. Huang.  The bates
19  number, which is this number in the
20  corner, helps us tell who produced this
21  document.  And when your counsel provided
22  this document to us, or your documents,
23  Future FinTech's documents to us, they
24  labeled them with FTFT as the start.  So
25  this is a document from your company.
```

```
 1                    S. HUANG
 2      A    Okay.  Now, I understand.
 3  Before I didn't know about it.
 4      Q    No worries.  Just this is a very
 5  complicated process, and just want to make
 6  sure that everybody's on the same page.
 7      A    Okay.  Thank you.  Because this
 8  is my first time to participate in a
 9  meeting like this.
10      Q    I understand and thank you for
11  your patience.  Can you tell me, does this
12  Mr. Lee or Lee Hoo speak English?
13      A    Yes.
14      Q    And he writes it as well?
15      A    Yes.
16      Q    And Ms. Chen, she also can read
17  and write English?
18      A    She is able to, but her
19  competency is not as good as his.  But she
20  does.
21      Q    So Mr. Ko sends this email to
22  you and Ms. Chen and Mr. Lee as well as --
23  sorry, Mr. Lee Hoo, as well as Mr. Jeffrey
24  Li, and Mr. Xue.  And attached to this
25  email is the contract that we were just
```

```
                                          Page 42
 1                    S. HUANG
 2   discussing, as well as this list on the
 3   last page.  Can you recognize this list as
 4   FT Global's protected investors list?
 5        A    Yes, I think this was what
 6   she -- what he claimed.  This was what he
 7   wrote.
 8        Q    Okay.  Are you aware that
 9   attorney Li sent this list to Alliance
10   Global Partners or AGP?
11        A    Yes, he did.
12        Q    Why did Mr. Li provide AGP with
13   the protected investors list?
14            MR. AKINS:  Objection to the extent
15        that it calls for speculation or involves
16        attorney client privilege.
17   BY MS. MA:
18        Q    Let me rephrase my question.
19   What is your understanding of why the
20   protected investor list was sent to AGP?
21        A    This list was provided by Mr. Ko
22   on his end only.  As a matter of fact, we
23   didn't really accept this list Mr. Ko
24   provided, except there was one company, Li
25   Capital.  Li Capital was the only company
```

```
 1                    S.  HUANG
 2   that --
 3        Q    Sorry, can I interrupt?  It's
 4   L1.
 5             THE ITNERPRETER:  Oh, L1, sorry.
 6        It's my -- no.  L1 Capital.
 7        A    L1 was the only company had
 8   reached out to us.  All the rest of the
 9   companies on this list did not contact us.
10   Despite the fact that we did not accept
11   this list, we sent the list to AGP because
12   we are all Chinese.  We don't want to make
13   each other unhappy.  The reason we sent it
14   to AGP was to tell AGP not to get involved
15   anyone on this list, so that there would
16   be no conflict.
17        Q    Mr. Huang, did anyone at the
18   company write to Mr. Ko to tell him that
19   you did not accept the list?
20        A    We had a discussion by phone.
21   He called me.  Most of the time we had
22   discussion between us by phone, because
23   you look at all these emails in English is
24   sent.  I did not reply any of them because
25   my English is limited.  I spoke to him on
```

```
                                        Page 44
 1                   S. HUANG
 2    the phone, I said the investors on the
 3    list you had provided did not reach out to
 4    us at all.
 5         Q    Mr. Huang, can you please answer
 6    the question that I asked, which is:  Did
 7    anyone at the company write to Mr. Ko to
 8    tell him that you did not accept the list?
 9         A    In my impression, I don't think
10    so.
11              THE INTERPRETER:  Interpreter asks
12         for the witness to repeat the last
13         sentence, please.  Is that okay, Ms. Ma?
14         A    I thought that I had told him
15    about this clearly in the phone when he
16    called.  What I was saying was that, as
17    far as I can recall, I don't think there
18    was any written reply to his email because
19    I thought I had made my point clearly when
20    I spoke to him on the phone.
21         Q    Did you speak with Mr. Ko on the
22    phone after the close of the December 2020
23    transaction?
24         A    In December 2020, after what are
25    talking about?  After the terms of the
```

Page 45

1                    S.  HUANG

2    agreement?

3        Q     After December 28, 2020, or even

4    on December 28, 2020, when the first

5    transaction with AGP closed, did you speak

6    with Mr. Ko?  Sorry, 28th.

7        A     Up to the transaction when AGP

8    closed, I did speak to Mr. Ko by phone.

9    But I don't remember whether the phone

10   conversation occurred exactly on that date

11   of the closing.

12       Q     And to the best of your memory,

13   what was the substance of that discussion?

14       A     Mr. Ko said you used our

15   investors.  Well, what he meant was the

16   investors on the list be provided.

17            I'm going to speak shorter so

18   that you can translate easier.

19            I said to him we did not.  We

20   did not use any investors on the list you

21   provided.  I also told him that I had told

22   you by the phone we will not accept the

23   list of the protected investors you had

24   provided.  And I also checked the

25   investors we had right now to see whether

```
 1                    S. HUANG
 2    they appeared on your list, and I found
 3    there was not.  I said if you claimed we
 4    had used your investors, please tell me
 5    which one.  He did not answer my question.
 6            It was one sentence he replied
 7    to my question that reflected more than
 8    his displeasure.  He used Chinese term God
 9    knows, you know, I know.  He thought I
10    knew, but I really didn't know.
11        Q    What did you really not know?
12        A    He said that we used the --
13    his -- the list he provided for us to find
14    the investors.  And the investors we had
15    from AGP were also on his list.  He said I
16    knew about it; I said I didn't know about
17    it.
18        Q    Sitting here today, do you know
19    whether the two investors in those four
20    transactions are on the list?
21        A    At the time, we didn't find
22    their names on the list, nor did we find
23    their names on the list right now.
24        Q    Mr. Huang, sitting here today,
25    do you contest that the two investors on
```

```
 1                    S. HUANG
 2   the list are each affiliates -- sorry, the
 3   two investors in the four transactions --
 4   sorry, each affiliates of investors or
 5   entities listed on the list?
 6        A    I don't know.  But the investors
 7   we had were not on the list they provided.
 8   As ordinary company, the way we check, we
 9   look at the company's names, and the way
10   we look at it, the names of our investor's
11   companies were not on the list he had
12   provided.
13        Q    Did you or anyone else at Future
14   FinTech research the two investors in the
15   four transactions to determine their
16   address?
17        A    No, we did not investigate about
18   that.  However, we had compared their
19   names with the names on the list.
20        Q    Did anyone at Future FinTech
21   including you research any, or Google any
22   name that showed up as signing the
23   security's purchase agreement on behalf of
24   the two investors?
25              THE INTERPRETER:  Excuse me,
```

```
 1                    S. HUANG
 2        interpreter would like to have a readback,
 3        please.  Can I have a readback please?
 4            MS. MA:  Sure.  Did anyone at Future
 5        FinTech, including you, research any or
 6        Google any name that showed up as signing
 7        the security's purchase agreement on
 8        behalf of the two investors?
 9            THE INTERPRETER (FOR THE WITNESS):
10        We did not.  In China, Google was not
11        operating in China.  We had no access to
12        Google in China.  In terms of Baidu, the
13        search engine, no, we did not.
14   BY MS. MA:
15        Q    Mr. Huang, you are in London
16   right now.  When was the last time you
17   were in China?
18        A    The last time when I was in
19   China.  Anyway, when he and I were
20   discussing about this deal, I was in
21   China.
22        Q    So in December of 2020 through
23   April of 2021, you were in China?
24        A    I don't remember the exact time
25   period, but when I was working with
```

```
                                          Page 49

 1                      S.  HUANG

 2   Mr.  Ko,  I  was  in  China  the  whole  time.

 3             He  knew  I  was  in  China.   And

 4   when  he  called  me  when  we  were  going  to

 5   have  a  discussion,  we  had  to  count  in  the

 6   time  difference.   This  I  remember  clearly.

 7        Q     Okay.   And  just  for  my  own

 8   purposes,  when  was  the  last  time  you  were

 9   in  China?

10        A     The  last  time  I  was  in  China,

11   let  me  think.   I  think  it  was  four  months

12   ago.   It  was  either  three  or  four  months

13   ago,  as  far  as  I  can  recall.

14        Q     Does  Future  FinTech  have  offices

15   in  New  York?

16        A     Yes.

17        Q     And  are  there  employees  based

18   out  of  that  office?

19        A     Yes.

20        Q     And  could  they  have  access  to

21   Google?

22        A     Yes.

23        Q     And  did  anyone  direct  these

24   employees  to  research  the  identities  of

25   the  two  investors  in  these  four
```

Page 50

```
 1                    S. HUANG
 2  transactions?
 3       A    No.  No, but then again, the New
 4  York office was set up after our working
 5  relationship with Mr. Ko was terminated.
 6  At first, there was a building, and there
 7  was only one person was there.  And then
 8  there was pandemic, nobody went to work.
 9  Everybody stayed at home.
10            Okay.  Let me tell you for sure
11  that during our working relationship with
12  Mr. Ko, our New York office had not been
13  set up.  It was set up after that.
14       Q    I'm not asking about during your
15  working relationship with Mr. Ko.  I am
16  asking about during the time when Mr. Ko
17  was reminded you about the protected
18  investor list and after he told you in
19  December of 2020 that at least one of the
20  investors in the transaction was on his
21  list.  During that time, did you direct
22  anyone in the US to research the two
23  investors?
24       A    We didn't search then, us
25  individuals.  The way we looked at them,
```

Page 51

```
 1                    S. HUANG
 2   we saw that their names were not on the
 3   list.  The names were all different.
 4        Q    Are you aware that the protected
 5   investor list is confidential and
 6   proprietary information under the terms of
 7   FT Global's placement agent agreement?
 8             THE INTERPRETER:  Can I have a
 9        readback please?
10             MS. MA:  Sure.
11             THE INTERPRETER (FOR THE WITNESS):
12        No, I don't know.  When you say that the
13        list is confidential as well as
14        proprietary, I don't understand why it's
15        confidential and why it's proprietary.  I
16        don't think I understand the terms you
17        used in your question.
18   BY MS. MA:
19        Q    Do you know what confidential
20   means?
21        A    Yes, I understand what
22   confidentiality is.
23        Q    Do you know what -- and do you
24   understand what proprietary means?
25        A    Proprietary, if you specifically
```

```
 1                    S.  HUANG
 2   only talk about its term, yes, I
 3   understand.
 4        Q    Is it -- do you understand what
 5   confidential and proprietary means
 6   together?
 7        A    I understand.  However, when you
 8   use it under the context of the agreement,
 9   I don't get it.
10        Q    Did anybody explain the terms of
11   the placement agent agreement to you
12   before you signed it, Mr. Huang?
13        A    Yes, Mr. Lee Hoo had told me the
14   major terms in the agreement.
15        Q    Okay.  As of December 24, 2018,
16   we -- I'm going to mark another exhibit
17   now.  This one is Exhibit No. 36.  It is
18   another document that has been produced by
19   the company.  And it appears to be a
20   signature page, the metadata tells us it's
21   from December 24, 2020.
22              (Exhibit 36 was marked for
23              identification.)
24        Is that your signature, Mr. Huang?
25        A    Yes, that is my signature.
```

```
                                            Page 53
 1                    S.  HUANG
 2       Q     And is this -- sorry, my fault.
 3             MS.  MA:  Surina, did you get that?
 4             THE  REPORTER:  I did.
 5             MS.  MA:  Okay.
 6   BY MS.  MA:
 7       Q     And the address next to your
 8   signature, is that address that appears to
 9   be located in New York?
10       A     Yes.
11       Q     Okay.  Thank you.  Let's go back
12   to what was actually -- I'm going to mark
13   another exhibit.
14             THE  REPORTER:  Exhibit 37?
15             MS.  MA:  This is Exhibit 37.  And
16        before I discuss this exhibit, I have one
17        last question.
18   BY MS.  MA:
19       Q     So Mr. Huang, as of late
20   December 2020, your company had offices
21   and in New York and personnel in New York;
22   is that correct?
23       A     As a matter of fact, it was more
24   like we had leased a place and we had a
25   mailing address as well as an address.
```

```
 1                     S. HUANG
 2      Q     And was there an employee called
 3  Mr. Liu located in the US?
 4           THE REPORTER:  Can you please spell
 5      that?
 6           MS. MA'AM:  L-I-U.
 7           THE INTERPRETER:  Interpreter would
 8      like to correct her own translation, if
 9      it's okay.
10           THE INTERPRETER (FOR THE WITNESS):
11      We had a mailbox as well as an address.
12  BY MS. MA:
13      Q     And was he located in the United
14  States?
15      A     Yes.
16      Q     And he was employed as of
17  December 2020?
18      A     Yes, but around that time it was
19  more like working as part time.  It was
20  during the pandemic.  He was unable to
21  perform his duty fully anyway.
22      Q     I'm going to show you Exhibit
23  No. 37 now.  It is a document bates
24  stamped FTFT0000618, and it is a December
25  email from Patrick Ko to you and your
```

```
                                            Page 55

 1                    S. HUANG
 2    colleagues at Future FinTech.
 3               (Exhibit 37 was marked for
 4               identification.)
 5               And as you can see, this email
 6    is half in English and half in Chinese.
 7    Mr. Huang, can you read -- I'm not asking
 8    you to read aloud.  I'm just asking, can
 9    you read the Chinese portions?
10         A     Okay.  I'm done.
11         Q     Okay.  So that was the first
12    page that I just showed you, which is the
13    latest email from December 16th.  And I'm
14    going to also show you the prior email
15    from December 5th, which is also both in
16    English and Chinese.  Sorry, December 5th.
17         A     I'm done also.
18         Q     Is it correct that after the
19    term of Mr. Ko's placement agreement --
20    sorry, placement agent agreement had
21    ended, you and he were in discussions for
22    a potential second engagement?
23         A     Yes, our company was always
24    looking for financing.  If they were
25    suitable investors for us of course we
```

Page 56

                        S.  HUANG

1

2    welcomed them.

3        Q    Were you seriously considering

4    Mr. Ko as your potential next placement

5    agent?

6             Sorry, sorry.  I'm going to

7    rephrase my question so that the meaning

8    is a little bit more clear.

9             Mr. Huang, at that time when you

10   were speaking to Mr. Ko about your

11   interest in continuing his engagement,

12   were you sincere?

13       A    Yes, my intention was definitely

14   very sincere.

15       Q    At this time, as of December 16,

16   2020, had you told Mr. Ko that you did not

17   agree with the investors on his list?

18       A    I told him via the phone.  I

19   told him by phone.

20       Q    But you remain entirely sincere

21   about potentially re-engaging him;

22   correct?

23       A    Yes, and if his financing terms

24   were like anyone else, we would choose him

25   first.

```
 1                    S. HUANG
 2      Q    Let me get a clarification.  Why
 3  did you choose AGP as your placement agent
 4  over FT Global?
 5      A    Because the terms provided by
 6  AGP were better than his terms.  As a
 7  matter of fact, we had given Mr. Ko the
 8  same terms, but Mr. Ko did not accept
 9  them.
10      Q    Do you understand what the term
11  tail period means?
12      A    I don't really quite understand.
13  I don't think I understand it.
14           MS. MA:  Surina, how long have we
15      been going now?
16           THE REPORTER:  We're at two hours and
17      seven minutes.
18           MS. MA:  Okay.  Does everyone mind if
19      we take another, let's say, seven-to-
20      eight-minute break?
21           MR. AKINS:  That's fine.
22           MS. MA:  Okay.
23           THE REPORTER:  We're off the record.
24           (Off the record.)
25           THE REPORTER:  We're on the record.
```

```
                                      Page 58
 1                    S.  HUANG
 2   BY MS. MA:
 3       Q     Hello, Mr. Huang.  During the
 4   break did you speak with any of your
 5   attorneys?
 6       A     No.
 7       Q     Thank you.  So I'm going to put
 8   up the document that we were just looking
 9   at again.
10       A     Thank you.
11       Q     So on December 5th, Patrick Ko
12   sends an email in which he mentions the S3
13   becoming effective, and you can see that
14   in the first large paragraph that's both
15   in English and Chinese.  Do you know what
16   an S3 is?
17       A     Yes, I know.
18       Q     And what is your understanding
19   of what an S3 is?
20       A     S3 in Chinese refers to pop
21   fundraising.  It means it's open
22   fundraising.
23       Q     Have you heard of an RD or
24   registered direct offered?
25       A     No.  As far as my understanding,
```

```
 1                    S. HUANG
 2   it is a private fundraising; is it?
 3       Q    An RD is not a private
 4   fundraising.  I believe you may be
 5   thinking of something else.  But let's go
 6   back to the concept of the S3.
 7            Do you recall when your S3
 8   registration statement was initially
 9   filed?  By your I mean Future Fintech's.
10       A    But as far as I remember, we
11   have submitted the application for S3 for
12   a long while, before SCC approved it.
13   This approval happened after our working
14   relationship with Mr. Ko ended, and then
15   we were allowed to raise fund under S3.
16       Q    Did Mr. Ko ever tell you or
17   speak to you about the company's S3?
18       A    Yes, he did.  He said that he
19   hoped to become our agent.  He hoped that
20   he could help us to raise funds.
21       Q    Did he speak to you about the S3
22   during the term of the placement agent
23   agreement?
24       A    Yes, but however, at the time it
25   was not taken in effect yet.
```

1                    S. HUANG

2       Q    So the S3 during the time was

3   not yet effective.  Did Patrick Ko

4   recommend to you to take steps to make it

5   effective?

6       A    He did not recommend any steps.

7   I also believed that this was not his

8   specialty.  He did not recommend any steps

9   to us.

10           The discussion we had with him

11  was more like he was telling us that under

12  the circumstance -- circumstances, it

13  would be difficult for him to raise funds

14  for us.  Unless our S3 were affected.

15  That was more the angle of our discussion

16  was regard to S3.

17      Q    I'm going to put up Exhibit 35

18  one more time.  And I realize Mr. Huang,

19  that you can not read English.  But do you

20  recall whether Patrick -- sorry.  Was

21  Future FinTech told by Patrick or

22  recommended by Patrick to complete the

23  last few questions on the current version

24  of the S3 and submitted back to the SCC

25  ASAP?  And I'm actually, just for your

```
                                     Page 61
 1                    S. HUANG
 2   context, quoting from this email.
 3           THE INTERPRETER:  I'm sorry,
 4       interpreter asks for --
 5           MS. MA:  It's fine.
 6           THE INTERPRETER (FOR THE WITNESS):
 7       In my impression, I don't remember.  I
 8       don't remember his recommendation.
 9       However, we trust our attorneys, but we
10       would hope that he will carry out his role
11       as our agent to find investors for us.
12       Because he also got paid by finding
13       investors for us.
14           But on the other hand, we didn't
15       think that this was his specialty.  But of
16       course if he provided us any
17       recommendation, we were thankful for his
18       recommendations.
19   BY MS. MA:
20       Q    Do you know how long it
21   typically takes for an S3 to go effective
22   in the US markets?
23       A    I don't know.  But with our
24   experience, it took about two or three
25   years.  I don't know what average time,
```

```
 1                    S. HUANG
 2   but we had submitted our application way
 3   before I got here.  I think it's different
 4   with each company.  But I know it takes a
 5   long time to have it affected.
 6        Q    Is it an important part of the
 7   process as far as your understanding goes,
 8   to submit amended S3s to the SCC in answer
 9   to their questions?
10              THE INTERPETER:  Can I have a
11         readback please?
12        A    When you talk about amended S3
13   application, what are you referring to?
14   Are you talking about we did it with what
15   Mr. Ko told us, or something else?
16        Q    The question is more general.
17   You know, as far as you understand the
18   process for an S3 becoming effective, is
19   it important to answer the SCC's questions
20   and submit amended S3 statements?
21        A    I think so.  But I'm not an
22   attorney.  I don't really know the
23   process.  However, I think if SCC has any
24   questions, it would be important to answer
25   their questions correctly.
```

1                       S. HUANG

2       Q    Do you recall how long it took

3   between the submission of your first

4   initial S3 and the first amended S3?

5       A    I don't remember.  Because the

6   first time when the application was

7   submitted, I had not entered the company.

8   I don't even know when it was submitted to

9   SCC.

10      Q    How did you first learn about

11  the concept of an S3?

12      A    How did I know about S3 concept?

13      Q    Yes, when did you first learn

14  about what an S3 is and what it does?

15      A    I knew about it at least more

16  than a decade ago.

17      Q    So ten years ago you knew that

18  the United States security and exchange

19  commission requires for public companies

20  to raise money to filing of an SC -- or

21  certain types of money, the filing of an

22  S3?

23      A    Yes, there are many different

24  ways to raise funds.  S3 is just one of

25  them.

Page 64

1                        S.  HUANG

2        Q    And you knew this ten years ago?

3        A    Yes, about ten years ago I knew

4   it.

5        Q    And prior to becoming Future

6   FinTech's CEO, you had zero experience in

7   the US public markets; is that correct?

8        A    Yes.  That's correct.  I've

9   never worked in United States in the

10  public market.  I have no working

11  experience in US about the public market.

12  I invested in some IPOs of a small

13  companies, but I had never worked in the

14  Sates in the US public market area.

15       Q    Okay.  Thank you.  I'm going to

16  introduce another exhibit.  This one is

17  No. 38.  And I'll just pull it up for

18  everybody so they can see it.  This is

19  bates stamped FTGlobalGA0001232.  And I

20  would like to direct your attention -- I'm

21  happy to scroll through this entire

22  document, but I would like to direct your

23  attention specifically to this October 9th

24  email from Veronica Chen to Patrick Ko, on

25  which it appears you are copied.

Page 65

1                        S.  HUANG

2              (Exhibit 38 was marked for

3              identification.)

4              Mr. Huang, can you please read

5      this last sentence in Ms. Chen's email in

6      Chinese?  Just read it aloud.

7         A    We are also trying to answer the

8      questions about S3 proposed by SEC as soon

9      as possible.

10        Q    And why was Veronica telling

11     Patrick that they are answering those

12     questions as soon as possible?

13        A    I think it was possibly because

14     Patrick had asked.  I think he might at

15     the time have some difficulties in raising

16     funds through investors under the

17     circumstances.  He was hoping that he

18     would have a easier time to do so if our

19     S3 was effective.  He was really focused

20     on this issue.

21              I think possibly at the time, he

22     was asking us about it.  And one of our

23     colleagues answered his inquiry saying

24     that we were also trying to answer SCC's

25     questions as soon as possible.

```
 1                    S. HUANG
 2      Q    I'm going to go to the email
 3  right before, which Veronica is responding
 4  to.  Do you see S3 anywhere in this email?
 5  The words S and 3.
 6      A    No, I didn't see it.
 7      Q    Okay.  Thank you.  Objectively
 8  speaking, would the S3 going effective
 9  make it easier for the company to raise
10  funds from investors?
11           THE INTERPRETER:  Can I have the
12      question readback?
13      A    Yes.  When S3 is effective, it
14  is a lot easier to raise funds from
15  investors.
16      Q    Do you recall, Mr. Huang, what
17  the term of the FT Global's placement
18  agent agreement was?
19           Sorry, the term is not meant as
20  terms.  It's meant as term, as in time
21  period.
22           THE INTERPRETER:  Oh, sorry.  Okay.
23      Sorry.
24      A    The day we signed the agreement,
25  I think it was on July 28, 2020, did it
```

1                    S.  HUANG

2    end at end of December of the same year?

3    I'm not sure.  But I guess it ended at the

4    December 2020.

5         Q    Prior to Mr. Ko placing a big

6    emphasis on the S3, was the company

7    focused on making the S3 go effective?

8         A    Of course.  We were also trying

9    very hard to get it.  And right now as

10   company, we are also trying to get it.

11   This applies to every company that is

12   trying to raise funds.

13        Q    Did you know that the first

14   amendment to the S3 was filed August 24,

15   2020, by your company?

16        A    I don't remember the date.

17        Q    I'm going to introduce Exhibit

18   39, which is a screenshot from EDGAR,

19   which is the SCC's website essentially.

20             (Exhibit 39 was marked for

21             identification.)

22        A    Thank you.

23        Q    Do you contend that the company

24   was working hard to get the S3 effective

25   when there was over two years between the

Page 68

1                          S.  HUANG

2       filing of the initial statement and the

3       first amendment?

4            A     Of course, yes.

5            Q     What did the company do?

6            A     The company continued

7       communication with SCC.

8            Q     Okay.  We're going to go to

9       another exhibit now.  This exhibit has

10      already been marked in another deposition,

11      so it's going to come in as Exhibit 2.

12      This is the security's purchase agreement,

13      dated December 24, 2020, between Future

14      FinTech and the purchasers or the

15      investors in this particular transaction.

16                 (Exhibit 2 was previously marked

17                 for identification.)

18                 I'm going to go down to -- first

19      let's go to the signature page from -- is

20      this your signature on page ending bates

21      number FTFT0005361?

22          Ms. Ho?

23                 THE  INTERPRETER:   Yes, I know.

24          A     Yes.

25          Q     The next page is the signature

Page 69

                            S. HUANG

1
2    page for one of the investors.  I know you
3    can't read English, so I'm going to read
4    this aloud.  The name of the signatory on
5    this page is Bruce Winson.  Did anybody at
6    FT -- sorry, at Future FinTech, ever speak
7    to Mr. Winson?
8         A    I don't know.  I personally did
9    not.
10        Q    There is another person who
11   participated whose email is on -- another
12   person from ANTSBD who participated, whose
13   email is on this sheet of paper, his name
14   is Amin Nathoo.  Did anybody at Future
15   FinTech ever speak with Mr. Nathoo?
16        A    I'm not sure.  I myself
17   definitely did no.  Because I can speak
18   English, I definitely did not communicate
19   with this person.
20        Q    And your testimony is:  You do
21   not know whether anybody at Future
22   FinTech, not including you, spoke to
23   either Mr. Winson or Mr. Nathoo?
24        A    Yes, I don't know.  I mean, in
25   terms of the agreement, I was the decision

```
                                        Page 70
 1                    S.  HUANG
 2   maker.   However,  in  terms  of  day-to-day
 3   communication  I  don't  know  whether  Lee
 4   Hoo,  who  was  responsible  for
 5   communication,  had  exchanged  agreement
 6   terms,  or  had  email  exchange  with  them.   I
 7   don't  know  about  that.
 8         Q     If  Lee  Hoo  had  email  exchanges
 9   with  them,  would  they  have  been  produced
10   to  us  by  Future  FinTech  in  this  action?
11         A     I  don't  know  the  daily  routine
12   about  it.   And  I  did  not  communicate  with
13   Lee  Hoo  about  it,  I  did  not  talk  to  Lee
14   Hoo  about  it.   Therefor,  I  told  you,  I
15   don't  know.
16         Q     How  about  Tech  Opportunities,
17   LLC?   I've  now  moved  on  to  the  bates
18   number  ending  5363,  this  is  a  signature
19   page  for  Tech  Opportunities,  LLC.   And  I'm
20   highlighting  now  the  name  of  the
21   signatory,  George  Antonopoulos.   Did
22   anyone  at  Future  FinTech  speak  with  George
23   Antonopoulos?
24         A     I  can  only  say,  I  personally  did
25   not.   In  terms  whether  someone  else  from
```

```
                                    Page 71
 1                      S.  HUANG
 2    my company did, my answer would be the
 3    same, as I have provided to your last
 4    question.  I am not sure.
 5         Q    And just to confirm, I know I've
 6    asked this before, but did anybody from
 7    Future FinTech seek to research whether
 8    this address is also the address of any of
 9    the investors on the protected investor
10    list?
11         A    We definitely did not search or
12    research on that.  But also show that the
13    address was unlisted on the list he
14    provided, because the list only provided
15    the name of companies.
16         Q    Just to be clear, I did not ask
17    whether the address was on this list.  I
18    asked whether anyone had researched
19    whether there was the investors address
20    and this address coincided?
21              THE INTERPRETER:  Interpreter's
22         clarification.  Can I ask for
23         clarification for question please?
24              MS. MA:  Sure.
25              THE INTERPRETER:  When you say
```

```
 1                    S. HUANG
 2      address is not physically address, you are
 3      talking about email address or what?
 4          MS. MA:  No, what I'm saying is, I'm
 5      asking about this physical address.
 6      Whether anybody had researched if it was
 7      also the physical address of anybody on --
 8      but the translated question I think
 9      became, was this address on the list?
10      Which was not was I was asking.
11          But it's okay.  We can move on.  This
12      is not --
13          THE INTERPRETER:  Oh, I got you.  Oh,
14      I'm so sorry.  It was my --
15          MS. MA:  It's okay.  It's okay.  This
16      is not a huge issue.
17          THE INTERPRETER:  Thank you.
18 BY MS. MA:
19      Q    Mr. Huang, is it accurate to say
20 that the only thing that Future FinTech
21 did to research whether the investors in
22 these four transactions were also
23 affiliates of names entities on the list
24 was to compare the names side by side?
25      A    Yes.  We compared the names.
```

```
                                         Page 73
 1                     S.  HUANG
 2    Yes.
 3         Q    And you didn't do anything else,
 4    is that right?
 5         A    No,  nothing else.
 6         Q    So I'm going to drop another
 7    exhibit into -- I'm going to mark another
 8    exhibit.  Before I go to that exhibit
 9    though, I'm going to ask you a couple more
10    questions, Mr. Huang.
11              When you spoke with Mr. Ko on
12    the phone, did he ever indicate to you
13    that the investors on this list may be
14    using a different name?
15         A    No.  Absolutely, no.
16         Q    Okay.  I'm not introducing
17    Exhibit 40, which I'm going to share.  And
18    it is an email, bates number FTFT0006906,
19    from Mr. Patrick Ko.  And is this your
20    email, sh@ftftex.com?
21              (Exhibit 40 was marked for
22              identification.)
23         A    Yes.
24         Q    Fair to say that on January 14,
25    2021, Patrick Ko sent you the complaint
```

Page 74

```
 1                     S.  HUANG
 2   filed in this action?
 3        A    I don't remember the exact date.
 4   However, we had a lawsuit.
 5        Q    Have you had the complaint filed
 6   in this action translated for you?
 7        A    Yes, they told me about it
 8   orally.
 9        Q    And who was it that told you
10   about it orally?
11        A    My attorney as well as Lee Hoo.
12   They all talked to me about it.
13        Q    And by your attorney, do you
14   mean Mr. Jeffrey Li?
15        A    Yes.
16        Q    By the way, quick question.  Any
17   relation between Mr. Jeffrey Li and Lee
18   Hoo?
19        A    None whatsoever.
20        Q    Yes, it is a very common name.
21             Okay.  So did anyone ever tell
22   you that the complaint alleges that Future
23   FinTech directed the protected investors
24   to use a different business entity or
25   different fund name to do the transaction?
```

Page 75

1                        S. HUANG

2           MR. AKINS:  Objection to the extent

3        that it gets into attorney client

4        privilege.

5                  MS. MA:  I'm only asking about

6        translating the substance of this sentence

7        to Mr. Huang.  So --

8           MR. AKINS:  If an attorney translated

9        it to him, his Future FinTech's attorney,

10       that would be attorney client privilege.

11          MS. MA:  Facts are not privileged,

12       Bill.

13          MR. AKINS:  The communication is.

14   BY MS. MA:

15       Q    Were you aware that the

16   complaint alleged that Future FinTech

17   directed these investors to use a

18   different entity name?

19       A    I knew that the suit was because

20   he claimed that our investors appeared on

21   the list he provided, as well as where the

22   investors using different names.  I had

23   only learned about this term recently,

24   before I did not pay attention to it.

25       Q    I'm just seeking a little bit

```
 1                    S. HUANG
 2  more clarification.
 3            THE INTERPRETER:  Excuse me,
 4       interpreter need to interpret one more.
 5            MS. MA:  Oh, okay.  Go ahead.
 6            THE INTERPRETER (FOR THE WITNESS):
 7       And when we looked into the names on the
 8       list and the name of our investors, we
 9       didn't find them on the list.
10  BY MS. MA:
11       Q    Did you not pay attention when
12  this case was first filed to the
13  allegation that the investors used a
14  different name, or were you not told?
15       A    I think I didn't pay attention
16  to it.  From the phone calls I had with
17  Mr. Ko, as a matter of fact I spoke to Mr.
18  Ko quite often.  Mr. Ko had just called me
19  a few days ago.  Every time he say that we
20  used his investors on his list, and I
21  always say no, because we couldn't find
22  the name of our investors on the list.
23  And he had never told me that the
24  investors used different names.  And I
25  always told him that we did not use any
```

1                      S. HUANG

2    investors, we didn't find the names of

3    investors on the list he had provided.  I

4    asked him what names he was talking about.

5    Which investors he was talking about.  He

6    had never given me an answer.

7          Q    Do you contest that the

8    complaint alleges that the investors used

9    alternative names to invest in your

10   transactions -- in Future FinTech's

11   transactions?

12         A    I won't, because I don't know.

13   I have not done any research on the claim,

14   whether any investor used other name to

15   invest in our transaction.  I have not

16   done so, therefor I don't know.

17         Q    Prior to this case, have you

18   ever heard of Anson Funds Management LP?

19   And at this point I will share with you

20   again Exhibit 35, so that you can

21   understand what I'm talking about.

22         A    I had not heard about it.  But

23   before the transaction, our company had

24   worked with one of the two investors that

25   invested in our company.  Because the name

```
                                        Page 78
 1                    S. HUANG
 2   is in English, I just don't remember the
 3   name.
 4        Q    Was this when the company was
 5   still named SkyPeople Fruit Juice?
 6        A    What is that?  I don't know.
 7        Q    Prior to Future FinTech being a
 8   FinTech company, was it a fruit juice
 9   company?
10        A    Correct, yes.
11        Q    And do you know whether when one
12   of the investors invested in the company,
13   it was a fruit juice company?
14        A    I think so.
15        Q    Prior to this case, did anyone
16   at Future FinTech have contact with Anson
17   Funds Management?
18             THE INTERPRETER:  Can I have a
19        readback please?
20             THE REPORTER:  Prior to this case,
21        did anyone at Future FinTech have contact
22        with Anson Funds Management?
23             THE INTERPRETER (FOR THE WITNESS):  I
24        don't think so.
25   //
```

```
 1                    S. HUANG
 2   BY MS. MA:
 3       Q    Prior to this case, did anyone
 4   at Future fintech have contact with Hudson
 5   Bay Capital Management?
 6       A    To be honest with you, before I
 7   had entered the company, I didn't know.  I
 8   don't know.  But up to I joined the
 9   company, Lee Hoo told me one of the
10   investors had invested in FFT.  But before
11   the company was the juice company, I
12   didn't know what was going on.
13       Q    When did Lee Hoo say that to
14   you?
15       A    I think about a half years ago.
16   I think about a half years ago.
17            THE REPORTER:  Half years ago?
18            THE INTERPRETER:  Yeah, half years
19       ago.  So half years ago, yes.
20   BY MS. MA:
21       Q    So six months ago?
22       A    This is just an estimate.  I
23   think it's around that time.
24       Q    So prior to this case being
25   filed, had you heard of Hudson Bay Capital
```

Page 80

                          S. HUANG
1
2    Management before?
3        A    No, I did not.
4        Q    And do you know specifically if
5    anyone at Future Fintech knew Hudson Bay
6    Capital Management prior to this case?
7        A    As I have testified, I don't
8    know when the company was in juice
9    business, whether they had worked together
10   or not.
11       Q    Sitting here today, after you
12   came to the company, you do not believe
13   that anyone at Future FinTech had contact
14   with Hudson Bay Capital Management; is
15   that correct?
16            THE INTERPRETER:  By the way, can I
17       have a readback?
18            THE REPORTER:  Sure.  Sitting here
19       today, after you came to the company, you
20       do not believe that anyone at Future
21       FinTech had contact with Hudson Bay
22       Capital Management; is that correct?
23            THE INTERPRETER (FOR THE WITNESS):  I
24       think that I want to make one thing clear.
25       One of the two investors at the time had

```
 1                    S. HUANG
 2        options in our juicing company.  And we
 3        tried to reach out to the company to
 4        resolve the option issue.  I don't know
 5        which company was that and whether they
 6        was communication form us to the company,
 7        but what I know is that one of the
 8        investors had option phone call company,
 9        and we wanted it to resolve option issue
10        with the company.  And whether we had
11        reached out to it or not, I'm not sure.
12    BY MS. MA:
13        Q    Okay.  Based off the document
14    that you've seen today, would you agree
15    that Patrick Ko reached out multiple times
16    to Future FinTech to send Future FinTech
17    the protected investor list?
18        A    He called me and talked to me
19    about it, about whether he had done so
20    multiple times, I don't know.  But I think
21    you had asked the same question before.
22        Q    Okay.  So let's go through the
23    exhibits.  Exhibit 35 is an email from
24    November 2nd, which attaches the list; is
25    that correct?
```

                          S. HUANG

1

2        A     Yes, it is sent the list to me.

3        Q     And then I'm now putting up on

4   the screen Exhibit 37.  And this is a

5   December 16th email that attaches the

6   protected investors list.  Is that right?

7        A     Yes.

8        Q     Actually, let's put that one up

9   again, one more time.  And here, as you

10  can see in the Chinese translation and as

11  I'm going to read the English version, it

12  says the list of investors attached here

13  was sent to you on November the 2nd, and

14  it's several subsequent emails.  Sorry,

15  several emails subsequently; is that

16  correct?

17       A     Yes, here we see this before.

18       Q     And so, do you agree that Mr. Ko

19  sent Future FinTech the protected investor

20  list multiple times?

21       A     I agree, he sent such a list to

22  us, yes.

23       Q     And in any of the times that he

24  sent the list, did anybody email him back

25  or write him back, and I'm just asking

Page 83

```
 1                    S. HUANG
 2   about email and writing, to say that they
 3   did not accept the list?
 4        A     No, nobody did.
 5        Q     On the phone calls that you had
 6   with Mr. Ko, where you allegedly told him
 7   that you did not accept the list, was
 8   anybody else on the call?
 9        A     From my side, I was alone.
10        Q     So it was just as far as you
11   know, the two of you on the phone; is that
12   right?
13        A     Yes.  Anyway when we talked,
14   only our two of us voices were on the
15   call.
16             MS. MA:  Surina, what's our time
17        right now?
18             THE REPORTER:  Three hours and 19
19        minutes.
20             MS. MA:  Shall we take another break?
21        Maybe this one could be a ten-minute
22        break?
23             MR. AKINS:  Sure.
24             THE REPORTER:  Sure.  We're going off
25        the record.
```

Page 84

1                    S. HUANG
2              (Off the record.)
3              THE REPORTER:  Okay.  We're on the
4      record.
5   BY MS. MA:
6      Q    Mr. Huang, welcome back.  You
7   said earlier that this is your first time
8   being deposed, is that correct?
9      A    Yes, this is the first time to
10  do this kind of communication with an
11  attorney, correct.
12     Q    Have you done this kind of
13  communication with the court or someone
14  that is not an attorney?
15     A    With SCC, yes.
16     Q    And was that in -- was that
17  during the time as CEO of Future FinTech?
18  In your capacity as CEO?
19     A    Are you talking about the
20  meeting with SCC?
21     Q    I am.
22     A    Yes.  At the time, I appeared as
23  CEO of FFT.  Then again, the questions
24  they asked seemed to me unrelated to FFT.
25     Q    What was the subject of the

```
                                          Page 85
 1                      S. HUANG
 2    SCC's inquiry?
 3         A     This is my personal matter.   I
 4    didn't want to talk about it here.   It had
 5    nothing to do with my business.
 6         Q     Have you ever been sued as an
 7    officer or a director of a company?
 8         A     No.
 9         Q     Have you ever been sued
10    personally?
11         A     To be sued?  No.
12         Q     Have you ever used anyone?
13              MR. AKINS:  I'm going to -- oh, okay.
14              MS. MA:  Sorry, it was just a follow
15         up question.  We can just drop it.
16              THE INTERPRETER (FOR THE WITNESS):
17         Oh, yes, yes.  I did sue someone.  It was
18         way back 20 years ago, when I was
19         purchasing a house.  But they did not
20         deliver the house to me.  This had nothing
21         to do with this case anyway.
22    BY MS. MA:
23         Q     I take it that was in China?
24         A     Yes, yes.  It was in --
25         Q     Okay.  Where do you currently
```

```
 1                    S. HUANG
 2   reside, Mr. Huang?
 3        A    I lived in Beijing, Hong Kong,
 4   occasionally London, sometimes in Dubai.
 5   I basically am roaming around.  Really
 6   this is the case.  But by base is in
 7   China.
 8        Q    How much time have you spent in
 9   Beijing in the last year?
10        A    I think about two months.  I
11   think a little bit more than two months.
12        Q    And in the last year, how much
13   time have you spent in London?
14        A    In London I think three or four
15   months.
16        Q    And how about in Hong Kong?
17        A    In Hong Kong, about three
18   months.
19        Q    And in Dubai?
20        A    In Dubai, around a month or a
21   couple weeks.
22        Q    Did you ever reside in the US?
23        A    It was a long time ago.  It was
24   about three and half years ago, or about
25   four years ago.  I had stayed in the
```

```
 1                    S. HUANG
 2   United States for a short period.
 3        Q    And how long was this short
 4   period?
 5        A    A short period means it's
 6   shorter than three months.
 7        Q    Specifically, I'm not speaking
 8   generally, how long a short period is, I'm
 9   speaking specifically how long did you
10   stay in the US?
11        A    In United States, what was your
12   question gain?
13        Q    Without talking generally about
14   how much time a short period is, how long
15   did you reside or stay in the United
16   States?
17        A    You're asking me about my last
18   time being there.  It was about thee and
19   half years ago or four years ago.  I had
20   stayed in the United States less than
21   three months.
22        Q    Okay.  As for the -- let's go
23   back to the SCC investigation.  Am I
24   correct to assume that when you sat for
25   the interview with the SCC it was because
```

```
                                                 Page 88
 1                        S. HUANG
 2    they were investigating you personally?
 3               MR. AKINS:  I'm going to object and
 4          instruct the witness not to answer, as
 5          this is outside of the scope of the
 6          deposition topic.
 7          A    I am not going to answer it
 8    anyway because this had nothing to do with
 9    the case.  But I can tell you privately.
10          Q    Okay.  Mr. Huang, have you ever
11    been convicted of a crime?
12          A    No.  Not in anywhere in the
13    world.  And in terms of lawsuit, it
14    happened 20 years ago when I sued someone.
15    Since then, nothing.
16          Q    Do you know how many lawsuits
17    Future FinTech is a defendant in,
18    globally?
19          A    Are you talking about my current
20    company?
21          Q    Yes, I'm talking about your
22    company and its subsidiaries.
23    Approximately how many lawsuits is Future
24    FinTech a defendant in?
25          A    Only the lawsuit with you guys,
```

```
                                          Page 89
 1                    S. HUANG
 2   there's nothing else.
 3        Q    Are there any ongoing lawsuits
 4   in China against the company?
 5             THE INTERPRETER:  Can interpreter ask
 6        the witness to repeat one phrase please?
 7             MS. MA:  Yes.
 8             THE INTERPRETER (FOR THE WITNESS):
 9        No, none against the company.  As far as
10        whether any lawsuit against a director or
11        management of the company, I don't know.
12        But in terms of any lawsuit against the
13        company, definitely no.
14   BY MS. MA:
15        Q    What about against an affiliate,
16   a subsidiary, or related company?  Are
17   there any lawsuits against any of those?
18        A    No.  Not in anywhere around the
19   world, no.  Except this one with Mr. Ko.
20        Q    Do you your lawyers have a copy
21   of your WeChat messages relating to the
22   allegations in this case?
23             THE REPORTER:  Can you please repeat
24   your question?
25   BY MS. MA:
```

```
                                        Page 90

 1                    S.  HUANG

 2        Q     Do your lawyers have a copy of

 3   your WeChat, W-E-C-H-A-T, messages that

 4   relates the allegation in this case?

 5        A     So you're asking any WeChat

 6   communication related to this case?  I

 7   think there is only one.  I asked the name

 8   of the investor referred by Mr. Ko to my

 9   attorney.  Because the name is in English,

10   I asked them about a name, L1.  That was

11   it.

12             MR. LI:  Let me just chime in.

13        Mr. Huang apparently answered what's our

14        communication.  I see the question should

15        have been whether he produced the

16        documents, right?  The question was asking

17        whether he produced document to him, not

18        what our communication is.

19             MR. AKINS:  Right.

20             THE  INTERPRETER (FOR THE WITNESS):

21        In terms of communication, orally.  You

22        know, once the communication is done, it's

23        done.  In terms of any written document, I

24        don't know.

25   //
```

```
                                      Page 91

 1                    S. HUANG

 2    BY MS. MA:

 3        Q    So you don't know if your

 4    attorneys ever took your phone and copied

 5    your WeChat messages; correct?

 6        A    I'm confused.  I mean, what do

 7    you mean that my attorney copies my WeChat

 8    conversation?  I don't think that any of

 9    my oral communication is recorded.  I

10    don't think so.

11            MS. MA:  Okay.  I think those are all

12        the question that I have.  Thank you so

13        much for coming and sitting today.  We

14        appreciate it.  And with that, I pass the

15        witness.

16            MR. AKINS:  We'll reserve our

17        questions.

18            Thank you, Mr. Huang.

19            Thank you everyone.  I know you guys

20        are also working very hard on my behalf.

21        Thank you everyone.

22            THE REPORTER:  Okay.  Mr. Akins, will

23        you be ordering a copy of this transcript?

24            MR. AKINS:  Yes.

25            THE REPORTER:  Thank you.  We're
```

Page 92

1                    S. HUANG

2        going off the record, 1:35 p.m.

3            (Signature reserved.)

4            (Whereupon, at 1:35 p.m., the

5            proceeding was concluded.)

6

7

8

9       _____

                    SHANCHUN HUANG

10

11       Subscribed and sworn to

         before me this _____ day

12       of _____, 2022.

13

         _____

14           Notary Public

15

16

17

18

19

20

21

22

23

24

25

Page 93

CERTIFICATE OF DEPOSITION OFFICER

1

2          I, SURINA MAHADEO, the officer before whom the

3   foregoing proceedings were taken, do hereby certify that

4   any witness(es) in the foregoing proceedings, prior to

5   testifying, were duly sworn; that the proceedings were

6   recorded by me and thereafter reduced to typewriting by a

7   qualified transcriptionist; that said digital audio

8   recording of said proceedings are a true and accurate

9   record to the best of my knowledge, skills, and ability;

10  that I am neither counsel for, related to, nor employed by

11  any of the parties to the action in which this was taken;

12  and, further, that I am not a relative or employee of any

13  counsel or attorney employed by the parties hereto, nor

14  financially or otherwise interested in the outcome of this

15  action.

16

17                              SURINA MAHADEO

18                      Notary Public in and for the

19                              State of New York

20

21  [X] Review of the transcript was requested.

22

23

24

25

Page 94

CERTIFICATE OF TRANSCRIBER

1

2          I, LAURA DUDKIEWICZ, do hereby certify that this

3     transcript was prepared from the digital audio recording of

4     the foregoing proceeding, that said transcript is a true

5     and accurate record of the proceedings to the best of my

6     knowledge, skills, and ability; that I am neither counsel

7     for, related to, nor employed by any of the parties to the

8     action in which this was taken; and, further, that I am not

9     a relative or employee of any counsel or attorney employed

10    by the parties hereto, nor financially or otherwise

11    interested in the outcome of this action.

12

13

14                                        LAURA DUDKIEWICZ

15

16

17

18

19

20

21

22

23

24

25

Page 95

1                              ERRATA SHEET
                        VERITEXT/NEW YORK REPORTING, LLC
2

        CASE NAME: FT Global Capital Inc. v. Future Fintech Group Inc.
3       DATE OF DEPOSITION: 8/5/2022
        WITNESSES' NAME: Shanchun Huang
4
5        PAGE   LINE (S)        CHANGE              REASON
         ____|_____|_____|_____
6
         ____|_____|_____|_____
7
         ____|_____|_____|_____
8
         ____|_____|_____|_____
9
         ____|_____|_____|_____
10
         ____|_____|_____|_____
11
         ____|_____|_____|_____
12
         ____|_____|_____|_____
13
         ____|_____|_____|_____
14
         ____|_____|_____|_____
15
         ____|_____|_____|_____
16
         ____|_____|_____|_____
17
         ____|_____|_____|_____
18
         ____|_____|_____|_____
19
         ____|_____|_____|_____
20
21                                          _____
                                            Shanchun Huang
22      SUBSCRIBED AND SWORN TO BEFORE ME
        THIS _____ DAY OF _____, 20__.
23
24
        _____          _____
25      (NOTARY PUBLIC)                       MY COMMISSION EXPIRES:

**0**

**00594**  1:9

**1**

**100**  2:20
**10001**  1:16
**10019**  2:6,13
**10022**  3:6
**12/24/2020**  4:12
  5:4
**13**  4:7
**1325**  2:5,12
**14**  73:24
**16**  56:15
**16th**  55:13 82:5
**19**  83:18
**1:21**  1:8
**1:35**  92:2,4

**2**

**2**  5:3 68:11,16
**20**  85:18 88:14
  95:22
**2000**  2:20
**2018**  52:15
**2020**  19:5 23:6
  28:10 29:19
  44:22,24 45:3,4
  48:22 50:19
  52:21 53:20
  54:17 56:16
  66:25 67:4,15
  68:13
**2021**  48:23 73:25
**2022**  1:13 6:11
  92:12
**21**  34:8
**212-451-2300**
  2:8,15

**24**  52:15,21
  67:14 68:13
**26**  29:19
**26475**  93:16
**27**  28:10
**28**  45:3,4 66:25
**28632**  94:13
**28th**  45:6
**29**  4:9
**2nd**  81:24 82:13

**3**

**3**  5:9 66:5
**33**  4:7 13:14,15
**34**  4:8 29:11,12
**35**  4:10 39:9,11
  60:17 77:20
  81:23
**36**  4:12 52:17,22
**360**  18:2
**37**  4:13 53:14,15
  54:23 55:3 82:4
**38**  4:15 64:17
  65:2
**39**  4:11,18 67:18
  67:20

**4**

**40**  4:19 73:17,21
**408-898-3170**
  2:23
**445**  3:5

**5**

**5**  1:13 6:11
**52**  4:12
**5359210**  1:18
**5363**  70:18
**55**  4:14

**5th**  55:15,16
  58:11

**6**

**65**  4:17
**67**  4:18
**68**  5:4

**7**

**7/27/2020**  4:8
**73**  4:20
**78701**  2:21

**8**

**8**  4:3
**8/5/2022**  95:3
**88**  5:9

**9**

**9:11**  1:14 6:6
**9th**  3:5 64:23

**a**

**a.m.**  1:14 6:6
**ability**  93:9 94:6
**able**  41:18
**absent**  6:17
**absolutely**  73:15
**accept**  35:22
  36:21 42:23
  43:10,19 44:8
  45:22 57:8 83:3
  83:7
**accepted**  30:11
**access**  48:11
  49:20
**accurate**  72:19
  93:8 94:5
**acknowledgm...**
  6:14

**action**  70:10
  74:2,6 93:11,15
  94:8,11
**additionally**
  6:17
**address**  28:15
  47:16 53:7,8,25
  53:25 54:11
  71:8,8,13,17,19
  71:20 72:2,2,3,5
  72:7,9
**administer**  6:14
**affiliate**  89:15
**affiliates**  47:2,4
  72:23
**afternoon**  10:7
**agent**  22:16 23:5
  24:5 28:13 30:9
  33:24 51:7
  52:11 55:20
  56:5 57:3 59:19
  59:22 61:11
  66:18
**agents**  24:10
**ago**  28:24 49:12
  49:13 63:16,17
  64:2,3 76:19
  79:15,16,17,19
  79:19,21 85:18
  86:23,24,25
  87:19,19 88:14
**agp**  24:4,10
  31:20 32:3,3,9
  33:19 42:10,12
  42:20 43:11,14
  43:14 45:5,7
  46:15 57:3,6

**agree** 6:15,20
  16:22 30:6 36:5
  56:17 81:14
  82:18,21
**agreed** 33:7
**agreement** 5:4
  22:5,6,8 23:5,11
  23:25 25:17
  26:2,5,9,16
  28:13 30:3,9
  31:11 33:4,6,24
  34:20 35:16
  36:13 37:19
  38:6,10 45:2
  47:23 48:7 51:7
  52:8,11,14 55:19
  55:20 59:23
  66:18,24 68:12
  69:25 70:5
**agrees** 27:13
**ahead** 29:15
  76:5
**akins** 2:18 7:13
  7:13 11:2 14:19
  14:24 15:2,5,9
  15:11,14 25:5,13
  26:24 27:6,22
  31:25 34:11
  42:14 57:21
  75:2,8,13 83:23
  85:13 88:3
  90:19 91:16,22
  91:24
**allegation** 76:13
  90:4
**allegations**
  89:22

**alleged** 75:16
**allegedly** 83:6
**alleges** 23:9
  74:22 77:8
**alliance** 42:9
**allow** 21:10
**allowed** 59:15
**aloud** 29:23 55:8
  65:6 69:4
**alphabet** 9:19
**alternative** 77:9
**amended** 62:8
  62:12,20 63:4
**amendment**
  67:14 68:3
**americas** 2:5,12
**amin** 69:14
**amount** 10:4
**angle** 60:15
**ann** 3:10 7:17
  8:2
**anson** 77:18
  78:16,22
**answer** 5:7 9:25
  10:3,20 25:7,22
  27:19 44:5 46:5
  62:8,19,24 65:7
  65:24 71:2 77:6
  88:4,7
**answered** 65:23
  90:13
**answering** 65:11
**answers** 17:17
**antonopoulos**
  70:21,23
**antsbd** 69:12
**anybody** 52:10
  69:5,14,21 71:6

72:6,7 82:24
  83:8
**anyway** 16:19
  48:19 54:21
  83:13 85:21
  88:8
**apparently**
  90:13
**appeared** 46:2
  75:20 84:22
**appears** 14:9
  52:19 53:8
  64:25
**applicable** 6:24
**application**
  59:11 62:2,13
  63:6
**applications**
  26:4
**applies** 67:11
**appreciate** 91:14
**appropriate**
  37:24
**approval** 59:13
**approved** 59:12
**approximately**
  88:23
**april** 48:23
**area** 64:14
**asap** 60:25
**asked** 22:4,7,9
  44:6 65:14 71:6
  71:18 77:4
  81:21 84:24
  90:7,10
**asking** 24:21
  37:2,3 50:14,16
  55:7,8 65:22

72:5,10 75:5
  82:25 87:17
  90:5,16
**asks** 44:11 61:4
**assert** 17:18
**assigned** 6:4
  22:6
**assume** 87:24
**assurance** 17:25
**atlanta** 1:3
**attached** 4:21
  5:5 41:24 82:12
**attaches** 81:24
  82:5
**attaching** 28:12
**attachment**
  30:15
**attachments**
  29:8
**attempt** 20:17
**attention** 30:16
  64:20,23 75:24
  76:11,15
**attorney** 14:12
  14:14,21,22
  15:18 17:24
  29:5 36:17 42:9
  42:16 62:22
  74:11,13 75:3,8
  75:9,10 84:11,14
  90:9 91:7 93:13
  94:9
**attorneys** 58:5
  61:9 91:4
**audio** 93:7 94:3
**august** 1:13 6:11
  67:14

austin 2:21
authorized 6:13
avenue 2:5,12,20
3:5
average 61:25
aware 37:14
40:6 42:8 51:4
75:15

**b**

b 4:5 5:1 9:17
back 11:7 24:25
34:18 53:11
59:6 60:24
82:24,25 84:6
85:18 87:23
baidu 48:12
base 86:6
based 25:16
49:17 81:13
basically 20:22
86:5
basis 25:2,10
26:6,21 27:24
36:11
bates 30:18
39:10 40:18
54:23 64:19
68:20 70:17
73:18
bay 79:5,25 80:5
80:14,21
becoming 19:12
58:13 62:18
64:5
beginning 7:8
30:14

behalf 2:2,17 3:2
47:23 48:8
91:20
beijing 86:3,9
believe 13:14
59:4 80:12,20
believed 60:7
best 45:12 93:9
94:5
better 57:6
big 67:5
bill 12:9 17:9
27:3 75:12
bill's 27:3
bit 19:14 34:20
56:8 75:25
86:11
board 28:18,20
bottom 13:24
break 34:10
57:20 58:4
83:20,22
breaking 12:24
14:19 18:10
breaks 17:15
bring 35:6
broke 16:25
broyles 2:19 3:4
7:14
bruce 69:5
building 50:6
business 74:24
80:9 85:5

**c**

c 2:1 3:1 9:17
90:3

call 81:8 83:8,15
called 8:10 35:18
43:21 44:16
49:4 54:2 76:18
81:18
calls 25:6 26:25
42:15 76:16
83:5
capacity 84:18
capital 1:5 2:2
6:9 20:17 23:12
24:4,9 25:25
26:13,18 42:25
42:25 43:6 79:5
79:25 80:6,14,22
95:2
capitals 25:15,17
26:17
carry 61:10
case 1:7 13:13
18:8 25:4,12
28:2 76:12
77:17 78:15,20
79:3,24 80:6
85:21 86:6 88:9
89:22 90:4,6
95:2
caught 20:6
cause 27:13
cell 16:7,9,10
ceo 18:17,19,25
19:4,7,13 64:6
84:17,18,23
certain 37:23
63:21
certificate 93:1
94:1

certified 6:20
certify 93:3 94:2
cfo 29:2
chairman 18:17
change 95:5
changes 30:4
check 35:10 47:8
checked 45:24
chen 4:15 28:25
41:16,22 64:24
chen's 65:5
chi 3:10 7:17 8:2
chime 90:12
china 12:21 19:8
48:10,11,12,17
48:19,21,23 49:2
49:3,9,10 85:23
86:7 89:4
chinese 9:2
10:23 11:11
12:19 14:8,23
29:22,24 35:18
43:12 46:8 55:6
55:9,16 58:15,20
65:6 82:10
choose 56:24
57:3
circumstance
60:12
circumstances
60:12 65:17
claim 77:13
claimed 42:6
46:3 75:20
clarification
14:5 38:22 57:2
71:22,23 76:2

clarify  40:17
clear  56:8 71:16
  80:24
clearly  44:15,19
  49:6
client  42:16 75:3
  75:10
clients  17:13
close  44:22
closed  23:12
  45:5,8
closing  32:10
  45:11
coincided  71:20
colleague  7:11
colleagues  55:2
  65:23
come  68:11
coming  91:13
comment  27:3
commission
  26:15,20 63:19
  95:25
common  11:25
  12:13 74:20
communicate
  16:19,23 34:25
  69:18 70:12
communicated
  32:15,21
communication
  21:3 33:3 68:7
  70:3,5 75:13
  81:6 84:10,13
  90:6,14,18,21,22
  91:9
companies  43:9
  47:11 63:19

64:13 71:15
company  21:4
  27:23 28:23
  32:14,20 34:25
  35:21 36:9,14,19
  37:8 40:7,8,25
  42:24,25 43:7,18
  44:7 47:8 52:19
  53:20 55:23
  62:4 63:7 66:9
  67:6,10,11,15,23
  68:5,6 71:2
  77:23,25 78:4,8
  78:9,12,13 79:7
  79:9,11,11 80:8
  80:12,19 81:2,3
  81:5,6,8,10 85:7
  88:20,22 89:4,9
  89:11,13,16
company's  25:2
  25:10 27:23
  47:9 59:17
compare  72:24
compared  47:18
  72:25
competency
  41:19
complaint  73:25
  74:5,22 75:16
  77:8
complete  22:9
  23:24 25:18,24
  26:3,7,13 60:22
complicated
  41:5
concept  37:20,22
  59:6 63:11,12

concluded  92:5
conclusion  25:6
  26:25
condolences
  33:17
conferences
  17:15
confidential  51:5
  51:13,15,19 52:5
confidentiality
  51:22
confirm  39:13
  39:16,20 40:4
  71:5
conflict  43:16
confused  91:6
congress  2:20
connection
  21:12
connectivity
  12:23
considering  56:3
constitute  7:4
cont'd  3:1
contact  22:15,17
  22:18 38:14,16
  38:19 43:9
  78:16,21 79:4
  80:13,21
contacted  38:5
contend  67:23
contents  15:4
contest  46:25
  77:7
context  52:8
  61:2
continued  68:6

continuing  56:11
continuous
  13:11
contract  31:14
  31:16 41:25
conversation
  45:10 91:8
conversations
  23:3
convicted  88:11
cooperated
  24:13
copied  64:25
  91:4
copies  91:7
copy  89:20 90:2
  91:23
copying  28:11
corner  40:20
corporate  13:7
correct  9:4,18
  23:6 25:22
  33:20 36:2
  53:22 54:8
  55:18 56:22
  64:7,8 78:10
  80:15,22 81:25
  82:16 84:8,11
  87:24 91:5
correction  18:24
  32:23
correctly  62:25
counsel  7:8 8:15
  16:4,19,24 17:13
  40:21 93:10,13
  94:6,9
counsel's  17:16

count  33:15 49:5
couple  39:6 73:9
　86:21
course  55:25
　61:16 67:8 68:4
court  1:1 84:13
crime  88:11
crossed  23:14
　33:23 34:2
　37:18,21
current  18:15
　60:23 88:19
currently  15:23
　16:11 85:25
cut  12:5
cv  1:8

**d**

d  4:1 5:1 9:17
daily  70:11
date  1:13 22:22
　45:10 67:16
　74:3 95:3
dated  68:13
day  66:24 70:2,2
　92:11 95:22
days  76:19
deal  48:20
decade  63:16
december  44:22
　44:24 45:3,4
　48:22 50:19
　52:15,21 53:20
　54:17,24 55:13
　55:15,16 56:15
　58:11 67:2,4
　68:13 82:5

decide  22:15
decided  37:4
deciding  17:18
decision  69:25
decline  35:21
defendant  1:9
　2:17 3:2 6:10
　7:15 88:17,24
definitely  32:5
　32:14,16 56:13
　69:17,18 71:11
　89:13
degree  18:2
delay  10:16,17
deliver  85:20
demand  23:23
demanding  25:4
　26:23
demands  28:2
department
　28:23
deposed  84:8
deposition  1:11
　4:7 6:7,11 7:2
　13:20 20:21
　21:2,6 22:12
　33:10 68:10
　88:6 93:1 95:3
depositions
　13:13
description  4:6
　5:2
despite  43:10
detail  34:21
determine  47:15
dictionary  35:10
difference  49:6

different  37:25
　51:3 62:3 63:23
　73:14 74:24,25
　75:18,22 76:14
　76:24
difficult  60:13
difficulties  65:15
digital  93:7 94:3
diligence  36:15
direct  30:15
　49:23 50:21
　58:24 64:20,22
directed  74:23
　75:17
director  18:21
　18:24 28:20
　85:7 89:10
director's  28:19
discuss  53:16
discussing  42:2
　48:20
discussion  43:20
　43:22 45:13
　49:5 60:10,15
discussions
　55:21
displeasure  46:8
district  1:1,2
division  1:3
document  13:22
　13:25 14:15,16
　14:20 15:3,4,12
　15:15 28:6 29:7
　35:18 40:21,22
　40:25 52:18
　54:23 58:8
　64:22 81:13
　90:17,23

documents
　22:11 40:7,22,23
　90:16
drop  73:6 85:15
dubai  86:4,19,20
dudkiewicz  94:2
　94:14
due  36:8,15 37:7
duly  8:11 93:5
duty  54:21
dying  33:13

**e**

e  2:1,1 3:1,1 4:1
　4:5 5:1,1,1
　11:15 12:20,22
　13:3 90:3
earlier  25:2 84:7
easier  45:18
　65:18 66:9,14
edgar  4:18 67:18
effect  59:25
effective  58:13
　60:3,5 61:21
　62:18 65:19
　66:8,13 67:7,24
eight  57:20
either  49:12
　69:23
email  4:8,10,13
　4:15,19 28:10,14
　29:20,22,23
　39:14,24 40:3,5
　40:12,16 41:21
　41:25 44:18
　54:25 55:5,13,14
　58:12 61:2
　64:24 65:5 66:2

66:4 69:11,13
70:6,8 72:3
73:18,20 81:23
82:5,24 83:2
**emails** 40:9
43:23 82:14,15
**emphasis** 67:6
**employed** 54:16
93:10,13 94:7,9
**employee** 54:2
93:12 94:9
**employees** 20:2
20:11,15 49:17
49:24
**ended** 22:4,5
38:6,10 55:21
59:14 67:3
**ends** 30:18
**engage** 17:14
**engagement**
55:22 56:11
**engaging** 56:21
**engine** 48:13
**english** 8:3,25
9:11,12,14,19,21
9:24 10:10,14
11:19 14:2
20:12,14 24:23
32:13 33:2
41:12,17 43:23
43:25 55:6,16
58:15 60:19
69:3,18 78:2
82:11 90:9
**enter** 24:3,8
**entered** 23:4
63:7 79:7

**entire** 29:7 64:21
**entirely** 21:7
56:20
**entities** 47:5
72:23
**entity** 74:24
75:18
**equity** 19:9,11
**errata** 95:1
**es** 93:4
**especially** 33:11
**esquire** 2:3,10
2:18 3:3
**essentially** 67:19
**estimate** 79:22
**evening** 10:8
**everybody** 50:9
64:18
**everybody's**
41:6
**everyday** 10:6
**evidentiary** 6:25
**exact** 48:24 74:3
**exactly** 45:10
**examination** 4:2
8:16
**examined** 8:13
**exchange** 63:18
70:6
**exchanged** 70:5
**exchanges** 70:8
**excuse** 18:23
27:11 30:22
31:22 47:25
76:3
**exhibit** 4:7,8,10
4:12,13,15,18,19
5:3 13:11,14,15

15:21 28:6
29:10,12 39:8,11
52:16,17,22
53:13,14,15,16
54:22 55:3
60:17 64:16
65:2 67:17,20
68:9,9,11,16
73:7,8,8,17,21
77:20 81:23
82:4
**exhibits** 4:21 5:5
39:6 81:23
**expense** 19:20
**experience** 19:11
19:17,22 61:24
64:6,11
**expires** 95:25
**explain** 52:10
**explained** 37:20
**extent** 25:5
26:24 42:14
75:2

**f**

**f** 39:10
**face** 16:10,11
**fact** 42:22 43:10
53:23 57:7
76:17
**facts** 75:11
**failed** 23:24
**fails** 26:18
**fair** 73:24
**familiar** 19:15
**far** 34:6 44:17
49:13 58:25
59:10 62:7,17

83:10 89:9
**father** 33:13
**fault** 53:2
**fees** 25:3,11
26:22 27:25
**fft** 79:10 84:23
84:24
**filed** 59:9 67:14
74:2,5 76:12
79:25
**filing** 63:20,21
68:2
**finance** 28:22
**financially** 93:14
94:10
**financing** 35:22
55:24 56:23
**find** 46:13,21,22
61:11 76:9,21
77:2
**finding** 61:12
**fine** 23:19 57:21
61:5
**fintech** 1:8 2:17
3:2 6:10 10:11
13:7 18:16 19:7
19:13,25 20:10
20:18,25 22:15
23:4,10,15 24:3
24:8 28:15 30:7
32:9 35:7 37:15
37:16 38:25
47:14,20 48:5
49:14 55:2
60:21 68:14
69:6,15,22 70:10
70:22 71:7
72:20 74:23

75:16 78:7,8,16
78:21 79:4 80:5
80:13,21 81:16
81:16 82:19
84:17 88:17,24
95:2

**fintech's** 40:23
59:9 64:6 75:9
77:10

**first** 8:10 22:19
41:8 45:4 50:6
55:11 56:25
58:14 63:3,4,6
63:10,13 67:13
68:3,18 76:12
84:7,9

**fisher** 2:19 3:4
7:14

**fisherbroyles.c...**
2:22 3:7

**five** 34:9

**fleming** 2:10
7:11

**floor** 3:5

**focused** 65:19
67:7

**follow** 85:14

**follows** 8:13

**foregoing** 93:3,4
94:4

**form** 81:6

**formal** 31:10

**former** 29:2

**found** 46:2

**four** 24:4,9,16
46:19 47:3,15
49:11,12,25
72:22 86:14,25

87:19

**friday** 1:13

**frome** 2:4,11
7:12

**frozen** 21:8

**fruit** 78:5,8,13

**ft** 1:5 2:2 6:8
20:17 22:15
23:5,9,10,13
25:3,11,23 26:22
27:25 30:9 32:7
35:22 37:17
42:4 51:7 57:4
66:17 69:6 95:2

**ftft** 28:13 40:24

**ftft0000491** 4:11
39:10

**ftft0000618** 4:14
54:24

**ftft0005361**
68:21

**ftft0006906** 4:20
73:18

**ftftex.com** 28:12
28:14 73:20

**ftglobalga000...**
30:19,25

**ftglobalga000...**
4:17 64:19

**full** 7:20

**fully** 54:21

**fund** 19:9 59:15
74:25

**fundraising**
58:21,22 59:2,4

**funds** 59:20
60:13 63:24
65:16 66:10,14

67:12 77:18
78:17,22

**further** 93:12
94:8

**future** 1:8 2:17
3:2 6:9 10:10
13:7 18:16 19:7
19:13,25 20:10
20:18,25 22:14
23:4,10,15 24:3
24:8 28:15 30:7
32:8 35:7 37:15
38:24 40:23
47:13,20 48:4
49:14 55:2 59:9
60:21 64:5
68:13 69:6,14,21
70:10,22 71:7
72:20 74:22
75:9,16 77:10
78:7,16,21 79:4
80:5,13,20 81:16
81:16 82:19
84:17 88:17,23
95:2

**g**

**g** 8:20 9:7

**gain** 87:12

**general** 62:16

**generally** 87:8
87:13

**george** 70:21,22

**georgia** 1:2

**give** 11:4 28:7
34:20

**given** 57:7 77:6

**global** 1:5 2:2
6:8 22:15 23:5,9
23:11,14 25:3,11
25:23 26:22
27:25 30:9 32:7
35:23 37:17
42:10 57:4 95:2

**global's** 20:17
42:4 51:7 66:17

**globally** 88:18

**go** 11:2 21:15
24:25 29:15
34:12,18 53:11
59:5 61:21 66:2
67:7 68:8,18,19
73:8 76:5 81:22
87:22

**god** 46:8

**goes** 62:7

**going** 11:2 13:10
13:11,18 15:20
21:14,16 28:5
29:6 30:13,15
34:3 39:5 45:17
49:4 52:16
53:12 54:22
55:14 56:6
57:15 58:7
60:17 64:15
66:2,8 67:17
68:8,11,18 69:3
73:6,7,9,17
79:12 82:11
83:24 85:13
88:3,7 92:2

**good** 6:2 10:7,7
10:7 27:6 41:19

**goodbye** 10:8
**google** 47:21
  48:6,10,12 49:21
**great** 15:20
**group** 1:8 2:17
  3:2 6:10 13:8
  95:2
**guess** 33:19,20
  36:17 37:10,11
  67:3
**guys** 88:25 91:19

**h**

**h** 4:5 5:1 8:20,25
  9:7,7 90:3
**half** 55:6,6 79:15
  79:16,17,18,19
  86:24 87:19
**hand** 7:25 8:7
  30:17 61:14
**happened** 17:4
  22:10 59:13
  88:14
**happens** 21:13
**happy** 64:21
**hard** 67:9,24
  91:20
**hear** 11:19 21:10
**heard** 58:23
  77:18,22 79:25
**held** 18:18 19:3
  19:7
**hello** 21:9 58:3
**help** 59:20
**helpful** 27:8
**helps** 40:20
**hereto** 93:13
  94:10

**highlighted** 30:4
**highlighting**
  70:20
**ho** 3:10 7:17,17
  7:22,24 8:2
  10:16 12:5,24
  16:25 18:10
  20:7 21:7 29:15
  68:22
**hold** 15:5
**home** 50:9
**honest** 79:6
**hong** 86:3,16,17
**hoo** 4:9 28:10,17
  28:18 29:20
  32:14,20 33:9,18
  40:14 41:12,23
  52:13 70:4,8,13
  70:14 74:11,18
  79:9,13
**hope** 61:10
**hoped** 59:19,19
**hoping** 65:17
**hour** 34:4,8
**hours** 57:16
  83:18
**house** 85:19,20
**huang** 1:12 6:1,8
  7:1,20,22,23 8:1
  8:6,9,18,23 9:1,3
  9:10,22 10:1
  11:1,18 12:1,4
  13:1,6 14:1 15:1
  15:22 16:1 17:1
  18:1,5,15 19:1
  20:1 21:1 22:1
  23:1 24:1 25:1
  26:1 27:1 28:1,9

  29:1,20 30:1,6
  30:20 31:1 32:1
  33:1 34:1,18
  35:1 36:1 37:1
  38:1 39:1,13
  40:1,6,18 41:1
  42:1 43:1,17
  44:1,5 45:1 46:1
  46:24 47:1 48:1
  48:15 49:1 50:1
  51:1 52:1,12,24
  53:1,19 54:1
  55:1,7 56:1,9
  57:1 58:1,3 59:1
  60:1,18 61:1
  62:1 63:1 64:1
  65:1,4 66:1,16
  67:1 68:1 69:1
  70:1 71:1 72:1
  72:19 73:1,10
  74:1 75:1,7 76:1
  77:1 78:1 79:1
  80:1 81:1 82:1
  83:1 84:1,6 85:1
  86:1,2 87:1 88:1
  88:10 89:1 90:1
  90:13 91:1,18
  92:1,9 95:3,21
**hudson** 79:4,25
  80:5,14,21
**huge** 72:16

**i**

**identification**
  13:16 29:13
  39:12 52:23
  55:4 65:3 67:21
  68:17 73:22

**identify** 7:7
**identities** 49:24
**important** 62:6
  62:19,24
**impression** 44:9
  61:7
**including** 28:12
  29:8 47:21 48:5
  69:22
**indicate** 73:12
**individuals**
  50:25
**information**
  51:6
**informed** 33:5
**initial** 63:4 68:2
**initially** 59:8
**inquiry** 65:23
  85:2
**instruct** 88:4
**instructed** 5:7
**intended** 6:23
**intention** 35:19
  56:13
**interest** 56:11
**interested** 93:14
  94:11
**interpeter** 62:10
**interpret** 76:4
**interpreter** 3:10
  7:16,18 8:2
  10:21 11:9 12:7
  12:8 14:17 17:3
  17:5,19,23 18:21
  18:23 21:9,16,23
  23:16,16,21 24:6
  24:12 25:8,14
  27:11,12,16,18

29:16 30:22,23
31:2,22,23 32:2
32:19,22,22,24
35:9,9,12 38:7,7
38:11,12 44:11
44:11 47:25
48:2,9 51:8,11
54:7,7,10 61:3,4
61:6 66:11,22
68:23 71:21,25
72:13,17 76:3,4
76:6 78:18,23
79:18 80:16,23
85:16 89:5,5,8
90:20

**interpreter's**
71:21

**interrupt** 43:3

**interruption**
12:23

**interview** 87:25

**introduce** 13:10
26:10,12 31:18
31:20 34:23
64:16 67:17

**introduced**
23:14 31:14,16
31:17 32:3,10
33:19 34:19,23
35:5,16,23,25
36:25 37:17
38:5

**introducing**
73:16

**invest** 31:19 35:2
35:4,19 36:10,14
36:18 37:5,12
77:9,15

**invested** 32:4
64:12 77:25
78:12 79:10

**investigate**
47:17

**investigating**
88:2

**investigation**
87:23

**investment** 36:6

**investor** 26:11
35:17,22 36:4,8
36:9,12,18,25
37:7,12 38:13,18
38:24 42:20
50:18 51:5 71:9
77:14 81:17
82:19 90:8

**investor's** 47:10

**investors** 23:13
24:16,19,20,22
26:12 31:18,20
32:3,9 33:19
34:24,24 35:4,8
35:13 37:17
38:5,15 42:4,13
44:2 45:15,16,20
45:23,25 46:4,14
46:14,19,25 47:3
47:4,6,14,24
48:8 49:25
50:20,23 55:25
56:17 61:11,13
65:16 66:10,15
68:15 69:2 71:9
71:19 72:21
73:13 74:23
75:17,20,22 76:8

76:13,20,22,24
77:2,3,5,8,24
78:12 79:10
80:25 81:8 82:6
82:12

**involved** 20:16
43:14

**involves** 42:15

**iphone** 21:11

**ipos** 19:19 64:12

**issue** 33:12
65:20 72:16
81:4,9

**itnerpreter** 43:5

**j**

**j** 11:15

**jacqueline** 2:3
7:10

**january** 73:24

**jeffrey** 3:3 7:14
29:3,21 41:23
74:14,17

**jeffrey.li** 3:7

**jian** 10:23 11:11
11:12,20

**jma** 2:7

**job** 1:18

**joined** 79:8

**jpb** 1:9

**judge's** 17:12

**juice** 78:5,8,13
79:11 80:8

**juicing** 81:2

**july** 23:6 28:10
29:19 66:25

**k**

**k** 5:1 11:15
12:15,20,20,22
13:3,4

**ke** 10:23 11:11
11:12,20

**keep** 30:13

**kind** 18:4 84:10
84:12

**knew** 46:10,16
49:3 63:15,17
64:2,3 75:19
80:5

**know** 9:24 10:2
10:4,17,23 11:10
11:22 12:12,18
13:19,21 14:2,2
17:9 18:2 19:14
19:18 21:13
35:14 37:6,22
38:3,15,16 40:10
40:11 41:3 46:9
46:9,10,11,16,18
47:6 51:12,19,23
58:15,17 61:20
61:23,25 62:4,17
62:22 63:8,12
67:13 68:23
69:2,8,21,24
70:3,7,11,15
71:5 77:12,16
78:6,11 79:7,8
79:12 80:4,8
81:4,7,20 83:11
88:16 89:11
90:22,24 91:3,19

**knowledge** 93:9
94:6

**knows** 46:9
**ko** 4:9,10,13,16
  4:19 11:20,22
  12:17 13:19
  22:23,25 28:11
  29:21 30:2 31:7
  35:6 38:4,23
  39:15 40:15,15
  41:21 42:21,23
  43:18 44:7,21
  45:6,8,14 49:2
  50:5,12,15,16
  54:25 56:4,10,16
  57:7,8 58:11
  59:14,16 60:3
  62:15 64:24
  67:5 73:11,19,25
  76:17,18,18
  81:15 82:18
  83:6 89:19 90:8
**ko's** 10:14 55:19
**kong** 86:3,16,17

**l**

**l** 5:1 54:6
**l1** 43:4,5,6,7
  90:10
**labeled** 40:24
**large** 58:14
**late** 23:6 53:19
**latest** 55:13
**laura** 94:2,14
**laws** 6:25
**lawsuit** 74:4
  88:13,25 89:10
  89:12
**lawsuits** 88:16
  88:23 89:3,17

**lawyers** 21:5
  89:20 90:2
**learn** 63:10,13
**learned** 75:23
**leased** 53:24
**lee** 4:9 28:10,17
  28:18 29:20
  32:14,20 33:9,12
  33:18 40:14
  41:12,12,22,23
  52:13 70:3,8,13
  70:13 74:11,17
  79:9,13
**left** 28:23 30:17
  34:5
**legal** 25:6 26:25
**leo** 28:21,22
  29:19
**letter** 9:20
**letters** 9:17
  12:15
**li** 3:3 7:14 14:5
  15:18 18:20
  27:2 29:3,4,5,21
  32:17 41:24
  42:9,12,24,25
  74:14,17 90:12
**limited** 9:13,15
  10:2 43:25
**line** 5:8 95:5
**list** 37:16 38:4
  38:13,24 39:3
  42:2,3,4,9,13,20
  42:21,23 43:9,11
  43:11,15,19 44:3
  44:8 45:16,20,23
  46:2,13,15,20,22
  46:23 47:2,5,7

  47:11,19 50:18
  50:21 51:3,5,13
  56:17 71:10,13
  71:14,17 72:9,23
  73:13 75:21
  76:8,9,20,22
  77:3 81:17,24
  82:2,6,12,20,21
  82:24 83:3,7
**listed** 39:19 47:5
**little** 19:14 34:20
  56:8 75:25
  86:11
**liu** 54:3
**lived** 86:3
**llc** 24:16,22
  70:17,19 95:1
**llp** 2:4,11,19 3:4
**located** 20:2
  53:9 54:3,13
**location** 1:15
  15:23
**london** 15:24
  16:5 48:15 86:4
  86:13,14
**long** 18:18 19:3
  28:24 57:14
  59:12 61:20
  62:5 63:2 86:23
  87:3,8,9,14
**look** 30:2 39:21
  40:4 43:23 47:9
  47:10
**looked** 50:25
  76:7
**looking** 39:18
  55:24 58:8

**lot** 66:14
**lower** 37:2
**lp** 77:18

**m**

**m** 5:1
**ma** 2:3 4:3 7:9
  7:10,10 8:17 9:5
  9:7,9 10:16
  11:15,17 12:5,14
  12:24 13:10,17
  15:7,10 16:25
  17:8,21 18:4,6
  18:10 19:2 20:6
  21:7,15 22:2
  23:19 24:2,8,14
  25:10,20 27:14
  27:17,21 29:14
  29:17,18 30:25
  31:4 32:6,16
  33:8 34:3,9,12
  34:17 35:11,20
  38:9,20 42:17
  44:13 48:4,14
  51:10,18 53:3,5
  53:6,15,18 54:12
  57:14,18,22 58:2
  61:5,19 71:24
  72:4,15,18 75:5
  75:11,14 76:5,10
  79:2,20 81:12
  83:16,20 84:5
  85:14,22 89:7,14
  89:25 91:2,11
**ma'am** 36:17
  54:6
**mahadeo** 1:17
  6:3 93:2,17

**mailbox** 39:21
40:4 54:11
**mailing** 53:25
**mainland** 12:21
**major** 52:14
**maker** 70:2
**making** 67:7
**management**
77:18 78:17,22
79:5 80:2,6,14
80:22 89:11
**managing** 19:9
**mandarin** 3:10
7:17 8:4 14:18
**manner** 7:2
**march** 19:5
**mark** 52:16
53:12 73:7
**marked** 13:15
29:12 39:9,11
52:22 55:3 65:2
67:20 68:10,16
73:21
**market** 64:10,11
64:14
**markets** 19:11
19:18,23 61:22
64:7
**material** 18:7
**matter** 6:8 42:22
53:23 57:7
76:17 85:3
**mean** 11:18
31:17 33:23
59:9 69:24
74:14 91:6,7
**meaning** 31:15
33:25 56:7

**means** 7:3 34:21
51:20,24 52:5
57:11 58:21
87:5
**meant** 45:15
66:19,20
**meet** 22:23 35:2
**meeting** 14:10
41:9 84:20
**memory** 45:12
**mentioned** 11:21
**mentions** 58:12
**messages** 89:21
90:3 91:5
**met** 22:24
**metadata** 52:20
**mind** 57:18
**minute** 34:9
57:20 83:21
**minutes** 57:17
83:19
**moment** 11:5
**money** 19:22,23
32:4 63:20,21
**month** 86:20
**months** 49:11,12
79:21 86:10,11
86:15,18 87:6,21
**morning** 6:2
10:7
**move** 72:11
**moved** 70:17
**multiple** 23:2
81:15,20 82:20

**n**

**n** 2:1 3:1 4:1
8:20,25 9:7,7

11:15
**name** 6:2 7:20
8:19,20,21,25
9:3,11 10:14
11:11,14,19,23
11:24 12:9,11,12
12:17,19,22 13:2
24:23 39:19
47:22 48:6 69:4
69:13 70:20
71:15 73:14
74:20,25 75:18
76:8,14,22 77:14
77:25 78:3 90:7
90:9,10 95:2,3
**named** 78:5
**names** 8:23 10:9
46:22,23 47:9,10
47:19,19 51:2,3
72:23,24,25
75:22 76:7,24
77:2,4,9
**nathoo** 69:14,15
69:23
**need** 12:6 17:9
17:25 18:5 27:2
27:3 76:4
**negotiate** 30:8
**negotiated** 30:11
**neither** 93:10
94:6
**never** 17:3 22:24
64:9,13 76:23
77:6
**new** 1:16 2:6,13
3:6 6:15 49:15
50:3,12 53:9,21
53:21 93:19

95:1
**northern** 1:2
**notary** 1:17 6:13
92:14 93:18
95:25
**notes** 18:8
**notice** 4:7 13:20
**november** 81:24
82:13
**number** 28:11
30:24 39:10
40:19,19 68:21
70:18 73:18
**numbered** 30:19
**numbering**
13:12
**ny** 1:16 2:6,13
3:6

**o**

**o** 5:1 12:15,20
13:4
**oaths** 6:14
**object** 88:3
**objection** 6:17
25:5,13 26:24
27:22 42:14
75:2
**objections** 27:7
27:9
**objectively** 66:7
**obligated** 23:10
**obligations** 26:7
**occasionally**
8:24 86:4
**occurred** 45:10
**october** 64:23

**offered** 58:24
**office** 18:12,13
  18:14 49:18
  50:4,12
**officer** 85:7 93:1
  93:2
**offices** 49:14
  53:20
**oh** 15:16 18:21
  27:14 43:5
  66:22 72:13,13
  76:5 85:13,17
**okay** 10:22,22
  11:10 12:7 13:5
  13:18 15:9,20
  16:16 17:3,8,24
  20:20 21:18,21
  23:18,19 24:15
  24:25 28:8 29:6
  29:17,25 30:13
  31:13,24 34:3
  36:22 37:14
  38:2,11,21 39:5
  39:23 40:6 41:2
  41:7 42:8 44:13
  49:7 50:10
  52:15 53:5,11
  54:9 55:10,11
  57:18,22 64:15
  66:7,22 68:8
  72:11,15,15
  73:16 74:21
  76:5 81:13,22
  84:3 85:13,25
  87:22 88:10
  91:11,22
**olshan** 2:4,11
  7:11

**olshanlaw.com**
  2:7,14
**once** 38:25 90:22
**ones** 40:12
**ongoing** 89:3
**open** 58:21
**operating** 48:11
**opportunities**
  24:15,22 70:16
  70:19
**opportunity**
  30:7
**option** 81:4,8,9
**options** 37:3
  81:2
**oral** 91:9
**orally** 14:15 74:8
  74:10 90:21
**order** 17:12 35:2
  35:4
**ordering** 91:23
**ordinary** 47:8
**outcome** 93:14
  94:11
**outside** 88:5

**p**

**p** 2:1,1 3:1,1 5:1
**p.m.** 92:2,4
**page** 4:2,6,12 5:2
  5:8 13:25 14:3
  30:16,18,24 31:6
  41:6 42:3 52:20
  55:12 68:19,20
  68:25 69:2,5
  70:19 95:5
**paid** 26:16 61:12

**pandemic** 50:8
  54:20
**paper** 69:13
**paragraph** 58:14
**park** 3:5
**part** 14:6 30:3
  38:8 54:19 62:6
**participate** 33:3
  41:8
**participated**
  69:11,12
**particular** 68:15
**parties** 6:15,19
  93:11,13 94:7,10
**partners** 42:10
**pass** 91:14
**patience** 41:11
**patrick** 4:9,10
  4:13,16,19 10:14
  11:19,21 12:11
  12:11 22:23
  28:11 29:21
  31:7 35:6 38:4
  39:14 54:25
  58:11 60:3,20,21
  60:22 64:24
  65:11,14 73:19
  73:25 81:15
**pay** 23:10 25:19
  26:14,19 75:24
  76:11,15
**paying** 25:3,11
  25:23 26:22
  27:25
**people** 21:3
  28:11
**perfect** 16:18

**perform** 54:21
**performance**
  37:9
**period** 23:13
  24:5,11 48:25
  57:11 66:21
  87:2,4,5,8,14
**permission**
  23:17 35:10
**permitted** 6:23
**person** 50:7
  69:10,12,19
**personal** 33:12
  85:3
**personally** 69:8
  70:24 85:10
  88:2
**personnel** 53:21
**phone** 16:7,9,10
  16:14 21:11,12
  43:20,22 44:2,15
  44:20,22 45:8,9
  45:22 56:18,19
  73:12 76:16
  81:8 83:5,11
  91:4
**phrase** 89:6
**phrases** 10:6
**physical** 72:5,7
**physically** 72:2
**place** 28:5 53:24
**placement** 22:16
  23:5 24:5,10
  28:13 30:9
  33:24 51:7
  52:11 55:19,20
  56:4 57:3 59:22
  66:17

**placing** 67:5
**plaintiff** 1:6 2:2
  6:9 7:12
**plaintiff's** 7:8
  13:12
**plaintiffs** 40:8
**please** 7:19,25
  8:5,6,19 9:6
  10:19 11:13
  16:14 24:7 25:9
  27:20 28:7,21
  29:22 30:2 44:5
  44:13 46:4 48:3
  48:3 51:9 54:4
  62:11 65:4
  71:23 78:19
  89:6,23
**point** 44:19
  77:19
**pop** 58:20
**portions** 55:9
**pose** 37:24
**possibility** 36:19
  36:24 37:6
**possible** 65:9,12
  65:25
**possibly** 32:20
  40:13 65:13,21
**potential** 35:7
  55:22 56:4
**potentially**
  56:21
**preparation**
  20:23
**prepare** 20:21
  20:25 21:5 22:3
  22:12

**prepared** 21:24
  94:3
**preparing** 33:10
**present** 3:9
  15:23 29:4
**previous** 38:18
**previously** 19:10
  68:16
**price** 37:2
**prior** 19:12
  32:10 55:14
  64:5 67:5 77:17
  78:7,15,20 79:3
  79:24 80:6 93:4
**private** 17:14
  19:9 59:2,3
**privately** 88:9
**privilege** 17:18
  42:16 75:4,10
**privileged** 75:11
**problem** 9:20
  27:15 35:11
**procedural** 6:24
**proceed** 8:15
**proceeding** 1:15
  6:5,22 92:5 94:4
**proceedings**
  93:3,4,5,8 94:5
**process** 24:18
  36:9 37:7 41:5
  62:7,18,23
**produced** 6:21
  40:7,20 52:18
  70:9 90:15,17
**proper** 10:9
**proposed** 65:8
**proposing** 35:23

**proprietary** 51:6
  51:14,15,24,25
  52:5
**protected** 38:24
  42:4,13,20 45:23
  50:17 51:4 71:9
  74:23 81:17
  82:6,19
**provide** 42:12
**provided** 36:12
  37:15,16 40:13
  40:14,21 42:21
  42:24 44:3
  45:16,21,24
  46:13 47:7,12
  57:5 61:16 71:3
  71:14,14 75:21
  77:3
**public** 1:17
  19:11,18,23
  63:19 64:7,10,11
  64:14 92:14
  93:18 95:25
**pull** 64:17
**pulled** 40:8
**purchase** 5:3
  47:23 48:7
  68:12
**purchasers**
  68:14
**purchasing**
  85:19
**purpose** 17:17
**purposes** 49:8
**put** 16:14,16
  17:10 28:9 39:7
  58:7 60:17 82:8

**putting** 36:7
  82:3

**q**

**qualified** 93:7
**quantify** 10:4
**question** 9:23,25
  10:3 15:7 16:13
  19:16 27:7,19,20
  37:25 38:8
  42:18 44:6 46:5
  46:7 51:17
  53:17 56:7
  62:16 66:12
  71:4,23 72:8
  74:16 81:21
  85:15 87:12
  89:24 90:14,16
  91:12
**questioning**
  16:20,24
**questions** 5:7
  17:16 23:17
  37:8 60:23 62:9
  62:19,24,25 65:8
  65:12,25 73:10
  84:23 91:17
**quick** 74:16
**quite** 32:13
  57:12 76:18
**quote** 33:23
**quoting** 61:2

**r**

**r** 2:1 3:1 5:1,1
**raise** 7:25 8:6
  20:17 25:15,17
  26:14,18 59:15
  59:20 60:13

**[raise - right]**

63:20,24 66:9,14
67:12
**raised**  26:17
**raising**  19:21,23
23:12 24:4,9
25:25 65:15
**rd**  58:23 59:3
**reach**  36:20 44:3
81:3
**reached**  43:8
81:11,15
**read**  9:14,16,21
9:24 10:5 29:22
39:17,25 41:16
55:7,8,9 60:19
65:4,6 69:3,3
82:11
**readback**  24:7
25:9 30:24 48:2
48:3 51:9 62:11
66:12 78:19
80:17
**realize**  60:18
**really**  36:3 42:23
46:10,11 57:12
62:22 65:19
86:5
**reason**  28:3
36:17 37:4
43:13 95:5
**recall**  38:23
44:17 49:13
59:7 60:20 63:2
66:16
**received**  39:14
**recognize**  9:16
10:9,13 12:2,9
12:10 39:24

42:3
**recommend**  60:4
60:6,8
**recommendation**
61:8,17
**recommendati...**
61:18
**recommended**
60:22
**record**  6:4,6,18
7:7 8:19 11:3,5
11:6,8 17:11,14
21:15,19,20,22
27:10 29:10
34:13,14,15,16
57:23,24,25
83:25 84:2,4
92:2 93:9 94:5
**recorded**  7:2
91:9 93:6
**recording**  6:21
93:8 94:3
**records**  7:21
**reduced**  93:6
**referred**  90:8
**referring**  11:22
62:13
**refers**  58:20
**reflect**  29:10
**reflected**  46:7
**regard**  60:16
**regarding**  17:15
**registered**  58:24
**registration**  59:8
**regular**  33:2
**rejected**  36:4
**related**  89:16
90:6 93:10 94:7

**relates**  90:4
**relating**  18:8
89:21
**relation**  74:17
**relationship**
50:5,11,15 59:14
**relative**  93:12
94:9
**remain**  56:20
**remember**  22:21
24:24 31:8,9
32:13 36:23
37:10,12 38:4
39:2,2,4 45:9
48:24 49:6
59:10 61:7,8
63:5 67:16 74:3
78:2
**remind**  17:11
**reminded**  50:17
**remote**  1:15
**remotely**  6:12,16
**repeat**  10:19
27:20 31:24
44:12 89:6,23
**rephrase**  15:8
42:18 56:7
**replied**  46:6
**reply**  43:24
44:18
**reported**  1:17
**reporter**  6:2,3
7:16,19,24 8:5
8:14 9:5,8 10:25
11:4,7,13,16
21:18,21 29:9
34:7,14,16 53:4
53:14 54:4

57:16,23,25
78:20 79:17
80:18 83:18,24
84:3 89:23
91:22,25
**reporting**  95:1
**representative**
13:7
**reproter**  10:19
**request**  35:3
**requested**  93:21
**requires**  63:19
**research**  47:14
47:21 48:5
49:24 50:22
71:7,12 72:21
77:13
**researched**
71:18 72:6
**reserve**  91:16
**reserved**  92:3
**reside**  86:2,22
87:15
**resolve**  81:4,9
**responding**  66:3
**responsible**  70:4
**rest**  43:8
**restart**  17:2
**restate**  25:21
**retracted**  32:8
**retranslate**
23:17
**review**  22:11
93:21
**right**  7:25 8:6
13:23 14:10
15:24 18:3 20:8
20:9 31:9 33:11

**[right - showed]**                                           Page 15

33:15 34:12
36:23 39:16
45:25 46:23
48:16 66:3 67:9
73:4 82:6 83:12
83:17 90:16,19
**roaming**  86:5
**role**  18:16,19
19:4,7 61:10
**roman**  9:17
**room**  15:25 18:8
**routine**  70:11
**rules**  6:25
**runtime**  34:7

**s**

**s**  2:1 3:1 4:5 5:1
5:1 6:1 7:1 8:1
8:25 9:1,7 10:1
11:1 12:1 13:1
14:1 15:1 16:1
17:1 18:1 19:1
20:1 21:1 22:1
23:1 24:1 25:1
26:1 27:1 28:1
29:1 30:1 31:1
32:1 33:1 34:1
35:1 36:1 37:1
38:1 39:1 40:1
41:1 42:1 43:1
44:1 45:1 46:1
47:1 48:1 49:1
50:1 51:1 52:1
53:1 54:1 55:1
56:1 57:1 58:1
59:1 60:1 61:1
62:1 63:1 64:1
65:1 66:1,5 67:1

68:1 69:1 70:1
71:1 72:1 73:1
74:1 75:1 76:1
77:1 78:1 79:1
80:1 81:1 82:1
83:1 84:1 85:1
86:1 87:1 88:1
89:1 90:1 91:1
92:1 95:5
**s3**  58:12,16,19
58:20 59:6,7,11
59:15,17,21 60:2
60:14,16,24
61:21 62:12,18
62:20 63:4,4,11
63:12,14,22,24
65:8,19 66:4,8
66:13 67:6,7,14
67:24
**s3s**  62:8
**sad**  33:17
**saddened**  33:13
**sat**  87:24
**sates**  64:14
**saw**  51:2
**saying**  26:6
36:11,24 44:16
65:23 72:4
**says**  82:12
**sc**  63:20
**scc**  59:12 60:24
62:8,23 63:9
68:7 84:15,20
87:23,25
**scc's**  62:19 65:24
67:19 85:2
**scope**  88:5

**screen**  13:19,23
16:7,9,12,15,17
18:2 39:7 82:4
**screenshot**  4:18
67:18
**scroll**  13:24 14:3
29:6 64:21
**scrolling**  30:14
**search**  48:13
50:24 71:11
**searched**  40:12
**sec**  65:8
**second**  28:7 37:6
55:22
**seconds**  34:8
**secretary**  28:19
28:19
**security**  63:18
**security's**  5:3
47:23 48:7
68:12
**see**  12:3,15 14:4
16:15,17 21:17
25:21 29:7
39:21 45:25
55:5 58:13
64:18 66:4,6
82:10,17 90:14
**seek**  71:7
**seeking**  25:12
75:25
**seen**  13:22 81:14
**send**  81:16
**sender**  40:15
**sends**  41:21
58:12
**sent**  29:19 38:4
38:24 39:25

40:3,5 42:9,20
43:11,13,24
73:25 82:2,13,19
82:21,24
**sentence**  31:24
44:13 46:6 65:5
75:6
**separately**  16:23
**seriously**  56:3
**services**  20:16
22:16
**set**  50:4,13,13
**seven**  20:5,8,9
57:17,19
**sh**  28:12,14
73:20
**shan**  9:3
**shanchun**  1:12
6:7 7:22 8:9,22
92:9 95:3,21
**share**  13:18 28:6
39:5 73:17
77:19
**shawn**  8:25 9:11
**sheet**  35:6,13
36:13 69:13
95:1
**short**  29:24
39:23 87:2,3,5,8
87:14
**shorter**  45:17
87:6
**show**  14:14
54:22 55:14
71:12
**showed**  14:20
15:2,11 47:22
48:6 55:12

| | | | |
|---|---|---|---|
| **shown** 39:18 | 21:17 27:17 | 44:20 69:22 | **subsequent** |
| **sic** 13:19 | 29:9,14 32:8 | 73:11 76:17 | 82:14 |
| **side** 23:22 27:12 | 37:15 41:23 | **spoken** 22:25 | **subsequently** |
| 27:13 30:17 | 43:3,5 45:6 47:2 | **stamped** 54:24 | 82:15 |
| 72:24,24 83:9 | 47:4 53:2 55:16 | 64:19 | **subsidiaries** |
| **sides** 30:11,12 | 55:20 56:6,6 | **stand** 32:22 | 88:22 |
| 36:5,20 | 60:20 61:3 | **standard** 14:7 | **subsidiary** 89:16 |
| **sign** 33:6 | 66:19,22,23 69:6 | **standing** 17:12 | **substance** 29:23 |
| **signatory** 69:4 | 72:14 82:14 | **stands** 18:23 | 45:13 75:6 |
| 70:21 | 85:14 | **start** 40:24 | **successful** 26:12 |
| **signature** 4:12 | **speak** 9:11 20:11 | **starts** 39:9 | 26:17 |
| 30:16,20,21 31:3 | 20:24 32:9 33:9 | **state** 6:15 7:20 | **successfully** |
| 31:6,9 52:20,24 | 41:12 44:21 | 38:14 93:19 | 26:18 |
| 52:25 53:8 | 45:5,8,17 58:4 | **stated** 32:25 | **sue** 85:17 |
| 68:19,20,25 | 59:17,21 69:6,15 | **statement** 59:8 | **sued** 85:6,9,11 |
| 70:18 92:3 | 69:17 70:22 | 68:2 | 88:14 |
| 93:16 94:13 | **speaking** 14:17 | **statements** 15:17 | **suit** 75:19 |
| **signed** 28:13 | 56:10 66:8 87:7 | 62:20 | **suitable** 55:25 |
| 31:11 33:5 | 87:9 | **states** 1:1 17:12 | **suite** 2:20 |
| 35:17 52:12 | **specialty** 60:8 | 19:12 20:11 | **sure** 27:14 34:11 |
| 66:24 | 61:15 | 54:14 63:18 | 35:11 41:6 48:4 |
| **signing** 22:5 | **specific** 22:21 | 64:9 87:2,11,16 | 50:10 51:10 |
| 47:22 48:6 | **specifically** | 87:20 | 67:3 69:16 71:4 |
| **simpler** 35:15 | 51:25 64:23 | **stay** 87:10,15 | 71:24 80:18 |
| **sincere** 56:12,14 | 80:4 87:7,9 | **stayed** 50:9 | 81:11 83:23,24 |
| 56:20 | **specified** 23:25 | 86:25 87:20 | **surina** 1:17 6:3 |
| **sitting** 46:18,24 | 26:4,8 | **stenographic** 7:3 | 34:4 53:3 57:14 |
| 80:11,18 91:13 | **speculation** | **steps** 60:4,6,8 | 83:16 93:2,17 |
| **situation** 33:14 | 42:15 | **stipulation** 7:5 | **swear** 6:16 |
| **six** 20:8,9 79:21 | **spell** 8:18 9:6 | **story** 23:22 | **sworn** 6:18 8:2 |
| **skills** 93:9 94:6 | 11:13 54:4 | **subject** 84:25 | 8:11 92:11 93:5 |
| **skypeople** 78:5 | **spelled** 11:25 | **submission** 63:3 | 95:22 |
| **small** 21:17 | 12:3,19 | **submit** 62:8,20 | |
| 64:12 | **spelling** 10:10,14 | **submitted** 59:11 | **t** |
| **soon** 65:8,12,25 | **spells** 12:21 | 60:24 62:2 63:7 | **t** 4:5 5:1 90:3 |
| **sorry** 9:5 15:16 | **spent** 86:8,13 | 63:8 | **table** 16:11 |
| 16:25 18:22 | **spoke** 15:14 | **subscribed** | **tail** 23:13 24:5 |
| 19:16 20:16 | 33:18 43:25 | 92:11 95:22 | 24:10 57:11 |

**take** 6:4,13
  15:21 30:2 34:9
  40:3 57:19 60:4
  83:20 85:23
**taken** 6:8,12
  39:21 59:25
  93:3,11 94:8
**takes** 61:21 62:4
**talk** 35:13 52:2
  62:12 70:13
  85:4
**talked** 38:17
  74:12 81:18
  83:13
**talking** 19:19,21
  35:24 44:25
  62:14 72:3 77:4
  77:5,21 84:19
  87:13 88:19,21
**task** 25:18
**tech** 24:15,22
  70:16,19
**telephone** 23:2
**tell** 8:11 14:9,15
  17:7 36:16,22
  40:20 41:11
  43:14,18 44:8
  46:4 50:10
  59:16 74:21
  88:9
**telling** 17:20
  60:11 65:10
**tells** 52:20
**ten** 63:17 64:2,3
  83:21
**term** 25:16
  31:14 33:22
  34:2,19,21 35:13

36:12,13 37:18
  38:6,9 46:8 52:2
  55:19 57:10
  59:22 66:17,19
  66:20 75:23
**terminated** 50:5
**terms** 9:23 12:10
  23:24 26:4,8
  30:8,10 33:2,5
  35:2,3,6 36:5,21
  37:9 39:3 44:25
  48:12 51:6,16
  52:10,14 56:23
  57:5,6,8 66:20
  69:25 70:2,6,25
  88:13 89:12
  90:21,23
**testified** 8:13
  80:7
**testifying** 13:6
  93:5
**testimony** 38:18
  69:20
**tfleming** 2:14
**thank** 7:24 8:5
  8:14 9:8 11:16
  15:20 16:18
  17:8,21 18:5
  22:14 27:16
  29:14 30:5
  31:13 34:13
  37:14 38:2,21
  41:7,10 53:11
  58:7,10 64:15
  66:7 67:22
  72:17 91:12,18
  91:19,21,25

**thankful** 61:17
**thee** 87:18
**therefor** 33:2
  70:14 77:16
**thing** 72:20
  80:24
**things** 10:8
**think** 10:15,22
  10:25 11:10
  12:2 19:5 20:5,9
  27:8 32:14,17
  33:14 40:14
  42:5 44:9,17
  49:11,11 51:16
  57:13 61:15
  62:3,21,23 65:13
  65:14,21 66:25
  72:8 76:15
  78:14,24 79:15
  79:16,23 80:24
  81:20 86:10,11
  86:14 90:7 91:8
  91:10,11
**thinking** 59:5
**thomas** 2:10
**thought** 44:14
  44:19 46:9
**three** 49:12
  61:24 83:18
  86:14,17,24 87:6
  87:21
**time** 1:14 7:6
  21:13 28:24
  33:15 34:5 41:8
  43:21 46:21
  48:16,18,24 49:2
  49:6,8,10 50:16
  50:21 54:18,19

56:9,15 59:24
  60:2,18 61:25
  62:5 63:6 65:15
  65:18,21 66:20
  76:19 79:23
  80:25 82:9
  83:16 84:7,9,17
  84:22 86:8,13,23
  87:14,18
**times** 39:4 81:15
  81:20 82:20,23
**today** 6:10 21:12
  23:9 29:4 46:18
  46:24 80:11,19
  81:14 91:13
**today's** 14:10
**told** 14:12 15:18
  37:21 44:14
  45:21,21 50:18
  52:13 56:16,18
  56:19 60:21
  62:15 70:14
  74:7,9 76:14,23
  76:25 79:9 83:6
**tom** 7:11
**tony** 12:9
**topic** 88:6
**transaction**
  25:24,25 32:11
  44:23 45:5,7
  50:20 68:15
  74:25 77:15,23
**transactions**
  23:12 24:4,17
  46:20 47:3,15
  50:2 72:22
  77:10,11

**transcriber** 94:1
**transcript** 6:20
 91:23 93:21
 94:3,4
**transcriptionist**
 93:7
**translate** 8:3
 12:6 27:2,5
 45:18
**translated** 15:12
 27:4,8,9 72:8
 74:6 75:8
**translating**
 15:17 75:6
**translation** 14:6
 14:6,7 18:20
 54:8 82:10
**translator** 15:17
**tried** 81:3
**true** 93:8 94:4
**truncations** 24:9
**trust** 61:9
**truth** 8:11,12,12
 17:7 36:22
**trying** 36:16
 65:7,24 67:8,10
 67:12
**turn** 18:2
**turned** 37:7
**two** 24:18,20,22
 46:19,25 47:3,14
 47:24 48:8
 49:25 50:22
 57:16 61:24
 67:25 77:24
 80:25 83:11,14
 86:10,11

**tx** 2:21
**types** 63:21
**typewriting** 93:6
**typically** 61:21

**u**

**u** 5:1 8:20 9:7
 54:6
**unable** 54:20
**uncommon** 12:4
**understand** 6:19
 11:20 12:16
 13:5,9 15:3,16
 16:13 20:13
 23:8 31:5 32:12
 32:25 33:22,25
 41:2,10 51:14,16
 51:21,24 52:3,4
 52:7 57:10,12,13
 62:17 77:21
**understandable**
 33:16
**understanding**
 31:15 34:22
 35:5 42:19
 58:18,25 62:7
**unhappy** 43:13
**united** 1:1 19:12
 20:11 54:13
 63:18 64:9 87:2
 87:11,15,20
**unlisted** 71:13
**unreasonable**
 23:23
**unrelated** 84:24
**use** 8:24 21:11
 21:11 45:20
 52:8 74:24

75:17 76:25
**uses** 6:23 31:14

**v**

**v** 1:7 5:1 95:2
**veritext** 6:4 95:1
**veronica** 4:15
 28:25 64:24
 65:10 66:3
**version** 60:23
 82:11
**videoconference**
 1:11 2:3,10,18
 3:3,11
**virtual** 12:22
**visible** 16:8
**voices** 83:14
**vp** 28:22
**vs** 6:9

**w**

**w** 8:25 90:3
**wall** 23:14 33:23
 34:2 37:18,21
**want** 17:11
 27:19 36:10,14
 36:18 40:17
 41:5 43:12
 80:24 85:4
**wanted** 81:9
**way** 11:24 12:19
 12:21 13:2,3
 36:7 37:25 47:8
 47:9 50:25 62:2
 74:16 80:16
 85:18
**ways** 63:24
**we've** 34:3

**website** 67:19
**wechat** 89:21
 90:3,5 91:5,7
**weeks** 86:21
**welcome** 84:6
**welcomed** 56:2
**went** 50:8
**whatsoever**
 74:19
**william** 2:18
 7:13
**william.akins**
 2:22
**winson** 69:5,7,23
**withdrawn** 15:7
**witness** 6:16,18
 6:19 8:10 10:21
 11:9 12:8 17:5
 17:13,19,23
 21:23 23:21
 24:12 25:14
 27:18 31:2,23
 32:2,19,24 35:12
 38:12 44:12
 48:9 51:11
 54:10 61:6 76:6
 78:23 80:23
 85:16 88:4 89:6
 89:8 90:20
 91:15 93:4
**witness's** 17:16
**witnesses'** 95:3
**wolosky** 2:4,11
 7:12
**word** 31:16
 34:22 35:5
**words** 31:17
 66:5

| | |
|---|---|
| **work**  20:11 50:8 | 50:4,12 53:9,21 |
| **worked**  64:9,13 | 53:21 93:19 |
| 77:24 80:9 | 95:1 |
| **working**  48:25 | **z** |
| 50:4,11,15 54:19 | **zero**  64:6 |
| 59:13 64:10 | **zoom**  6:12 |
| 67:24 91:20 | |
| **world**  88:13 | |
| 89:19 | |
| **worries**  41:4 | |
| **write**  11:23 | |
| 20:12 39:3 | |
| 41:17 43:18 | |
| 44:7 82:25 | |
| **writes**  41:14 | |
| **writing**  83:2 | |
| **written**  7:4 13:3 | |
| 18:7 29:25 | |
| 44:18 90:23 | |
| **wrote**  42:7 | |

**x**

**x**  4:1,5 5:1 93:21
**xue**  29:20 41:24

**y**

**y**  5:1
**yeah**  11:4 79:18
**year**  67:2 86:9
86:12
**years**  61:25
63:17 64:2,3
67:25 79:15,16
79:17,18,19
85:18 86:24,25
87:19,19 88:14
**yi**  28:21 29:19
**york**  1:16 2:6,13
3:6 6:15 49:15

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.