1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF GEORGIA

3

4      ---------------------------x

5      FT GLOBAL CAPITAL, INC.,

6              Plaintiff,

7        v.   Civil Action 1:21-CV-00594-JPB

8      FUTURE FINTECH GROUP, INC.,

9              Defendant.

10     ---------------------------x

11

12              "CONFIDENTIAL"

13          VIDEOTAPE DEPOSITION OF

14              AMIN NATHOO

15          VIA ZOOM VIDEOCONFERENCE

16              June 17, 2022

17              11:00 a.m.

18

19

20

21

22

23     Reported by:

24     Maureen Ratto, RPR, CCR

25

Page 2

1                    * * *

2

3          Videotape deposition of Amin

4     Nathoo held virtually via Zoom

5     Teleconference, hosted from Veritext

6     Legal Solutions, pursuant to notice,

7     before Maureen Ratto, Certified Court

8     Reporter, License No. XI01165,

9     Registered Professional Reporter,

10    License No. 817125, and Notary Public.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

```
 1    A P P E A R A N C E S:

 2

 3    Counsel for the Plaintiff:

 4       OLSHAN FROME WOLOSKY, LLP

 5       1325 Avenue of the Americas

 6       New York, New York 10019

 7       (212) 451-2213

 8       BY:  THOMAS J. FLEMING, ESQ.

 9            Tfleming@olshanlaw.com

10            JACQUELINE Y. MA, ESQ.

11            JMa@olshanlaw.com

12

13    Counsel for the Defendant:

14       FISHER BROYLES, LLP

15       100 Overlook Center

16       Princeton, New Jersey 08540

17       BY: DIEM N. KAELBER, ESQ.

18            Diem.kaelber@fisherbroyles.com

19            EDMUND FITZGERALD BROWN, ESQ.

20            edmund.brown@fisherbroyles.com

21

22

23

24

25
```

Page 4

1    A P P E A R A N C E S, continued:

2

3        FISHER BROYLES, LLP

4        100 Congress Avenue Suite 2000

5        Austin, Texas 78701

6        BY: WILLIAM J. AKINS, ESQ.

7            William.akins@fisherbroyles.com

8

9    Counsel for Anson Funds and the

10   Witness:

11       WICK PHILLIPS GOULD & MARTIN, LLP

12       100 Throckmorton Street

13       Dallas, Texas 76102

14       (214) 420-4455

15       BY:   JOHN W. LILLEY III, ESQ.

16            Jack.lilley@wickphillips.com

17

18   ALSO PRESENT:

19   LAURA SALVATORI, Esq., Anson Funds

20   JAMES ROBERTS, Legal Video Specialist

21

22

23

24

25

1          VIDEOGRAPHER:  Good morning.

2     We're going on the record at

3     approximately 11:01 a.m. on June

4     17, 2022.

5          Please note that this

6     deposition is being conducted

7     virtually. The quality of recording

8     depends upon the quality of the

9     camera and the internet connection

10    of the participants. What is heard

11    from the witness and seen on screen

12    is what will be recorded.  Audio

13    and video recording will continue

14    to take place unless all parties

15    agree to go off the record.

16          This is Media Unit 1 of the

17    video-recorded deposition of Amin

18    Nathoo, taken by counsel for

19    plaintiff in the matter of FT

20    Global Capital Incorporated versus

21    Future FinTech Group Incorporated,

22    filed in the U.S. District Court,

23    Northern District of Georgia, Civil

24    Action 1:21-CV-00594.

25          My name is Jim Roberts

1          representing Veritext New York, I'm

2          the videographer. The court

3          reporter is Maureen Ratto, also

4          with Veritext.

5                    I'm not authorized to

6          administer an oath, I'm not related

7          to any party in the action, nor am

8          I financially interested in the

9          outcome.

10                   All counsel consent to this

11         remote video arrangement and waive

12         objections to this manner of

13         reporting and to the remote

14         swearing in of the witness.

15                   The court reporter has noted

16         counsel's appearances and will now

17         please swear in the witness.

18                        *  *  *

19    A M I N   N A T H O O,  having been

20    first duly sworn according to law by

21    the Officer, testifies as follows:

22    DIRECT EXAMINATION BY MR. FLEMING:

23                   VIDEOGRAPHER:  You may

24         proceed.

25         Q.    Good morning, Mr. Nathoo.

1            AMIN NATHOO - CONFIDENTIAL
2    Thank you for making yourself available
3    remotely this morning.
4              My name is Thomas Fleming, I
5    represent the plaintiff in this case, FT
6    Global, and I'm going to be asking you
7    some questions this morning. If any of my
8    questions are unclear to you or my
9    terminology is not clear, will you let me
10   know, please?
11        A.    Yes.
12        Q.    And if you have technical
13   problems or there is some glitch that you
14   can't hear or can't see with what is
15   being put on the screen let us know and
16   we'll try and correct that. Is that
17   acceptable?
18        A.    Yes.
19        Q.    And also you have to give
20   verbal answers to the question. A nod of
21   the head can't be picked up by our court
22   reporter.
23              Where do you work, Mr. Nathoo?
24        A.    I work for Anson Advisors in
25   Toronto, Canada.

1              AMIN NATHOO - CONFIDENTIAL
2         Q.     And are you familiar with --
3    how long have you worked for Anson
4    Advisors?
5         A.     Just over ten years.
6         Q.     Are you familiar with a
7    company called A&T SPV, LLC?
8         A.     Yes.
9         Q.     Can I call that SPV, that
10   entity?  Is that acceptable?
11        A.     Yes.
12        Q.     Can you tell us what SPV is?
13   Describe that for us, please.
14        A.     SPV is an entity in which we
15   make certain investments underlying our
16   Anson Investments Master Fund LP, our
17   flagship fund.
18        Q.     And the Master Fund is a
19   Cayman Islands entity that holds a
20   portfolio of securities; is that correct?
21        A.     Yes.
22        Q.     And is Anson Advisors an
23   advisor to the Master Fund?
24        A.     Yes.
25        Q.     And is Anson Investments --

1          AMIN NATHOO - CONFIDENTIAL

2     I'm sorry.  Is Anson Fund Management, LLP

3     also an advisor to the Master Fund?

4          A.    Yes.

5          Q.    Just for ease of

6     communication, when I use the term

7     "Master Fund", you understand I'm

8     referring to Anson Investments Master

9     Fund Limited?

10         A.    Yes.

11         Q.    Thank you. And what

12    affiliation, if any, do you have with

13    Anson Fund Management Limited?

14         A.    I have no affiliation. The two

15    -- the two entities work together to

16    advise the fund but I personally have no

17    affiliation.

18         Q.    So Anson Advisors, your

19    company, and Anson Fund Management, both

20    jointly manage the portfolio of

21    securities that is held by the Master

22    Fund?  Is that how it works?

23         A.    Yes.

24         Q.    Okay. And is the same true for

25    SPV?

```
 1            AMIN NATHOO - CONFIDENTIAL
 2        A.    Yes.
 3        Q.    I'm going to show you what
 4   we've marked as Exhibit 1 to your
 5   deposition. If you could look in the
 6   document exhibit window that we have.
 7   It's a subpoena to testify in a Civil
 8   Action. Can you see that?
 9        A.    Yes. I have Exhibit 1 open.
10            (Nathoo Exhibit 1, subpoena to
11        A&T SPV, LLC, was received and
12        marked on this date for
13        identification.)
14        Q.    And this is a subpoena that we
15   served directed to A&T SPV, LLC. You're
16   here as a representative of the SPV?
17        A.    Yes.
18        Q.    And do you understand that
19   under this subpoena as a representative I
20   may ask you questions about the topics
21   that are listed in the subpoena?  If you
22   take a look at page -- Exhibit B to the
23   subpoena, I think it's page 9 or 10,
24   there is a list of deposition topics.
25        A.    Yes. I have that in front of
```

```
 1           AMIN NATHOO - CONFIDENTIAL
 2    me as well.
 3           Q.     Have you taken any steps to
 4    prepare for your testimony today in terms
 5    of reviewing documents or speaking with
 6    others?
 7           A.     Yes. I've spoken to our
 8    general counsel, I've spoken to
 9    Mr. Lilley and I've reviewed documents to
10    refresh my recollection of the matter.
11           Q.     Thank you. About how much time
12    have you spent in preparation for the
13    deposition?
14           A.     Ten to 12 hours.
15           Q.     Okay. Let me show you what I'm
16    going to mark -- what's been marked as
17    Exhibit 2.
18                  (Nathoo Exhibit 2, Securities
19           Purchase Agreement dated December
20           4, 2020, was received and marked on
21           this date for identification.)
22           Q.     This is a Securities Purchase
23    Agreement dated December 4, 2020.
24                  Did SPV make an investment in
25    Future FinTech Group pursuant to this
```

```
 1            AMIN  NATHOO  -  CONFIDENTIAL
 2    agreement?
 3         A.    Yes,  we  did.
 4         Q.    And  could  you  take  a  look  at
 5    the  signature  page  for  SPV?
 6         A.    Yes.  I'm  looking  at  it.
 7         Q.    Let  me  get  there.  And  the
 8    signature  page  indicates  that  the  amount
 9    that  SPV  subscribed  for  was
10    $4,000,003.50.
11              Is  that  what  SPV  paid  for  its
12    investment  in  FinTech  on  December  24?
13         A.    Yes.
14         Q.    And  it  describes  the
15    consideration  that  it  received  as  shares
16    of  common  stock  and  common  stock  purchase
17    warrants  and  the  amounts  there  of
18    $2,105,265  for  each  of  those.   Those  are
19    accurate,  correct?
20         A.    Yes.
21         Q.    And  the  authorized  signatory
22    for  SPV  is  a  gentleman  named  Bruce
23    Winson.  Can  you  tell  us  who  Mr.  Winson
24    is?
25         A.    He  is  the  managing  member  of
```

```
1              AMIN NATHOO - CONFIDENTIAL
2    Anson Funds Management LP.
3         Q.     Okay. And is he also -- so
4    through his capacity as a managing member
5    of Anson Funds Management LP, he also
6    advises the Master Fund, as do you?
7         A.     That's correct.
8         Q.     And the email address for the
9    authorized signatory, is that your email
10   address?
11        A.     Yes.
12        Q.     So the two of you jointly
13   participated in the decision to invest in
14   Future FinTech?
15        A.     Yes.
16        Q.     And is it fair to say that you
17   and Mr. Winson are the decisionmakers for
18   SPV when it comes to all matters?
19        A.     There is one additional
20   individual who is Moez Kassam, who is a
21   decisionmaker for SPV.
22        Q.     And is Mr. Kassam, is he part
23   of Anson Advisors, the same business that
24   you work for?
25        A.     Yes.
```

```
 1              AMIN NATHOO - CONFIDENTIAL
 2         Q.     Okay. And in the informal
 3    sense of the term, are you and Mr. Kassam
 4    partners?
 5         A.     Yes.
 6         Q.     Okay. Thank you. I'd like to
 7    show you if you can take a look at
 8    Exhibit 3. This is another Securities
 9    Purchase Agreement dated January 11,
10    2021. And if you can take a look at the
11    signature page, this is another
12    investment that SPV made in Future
13    FinTech, correct?
14              (Nathoo Exhibit 3, Securities
15         Purchase Agreement dated January
16         11, 2021, was received and marked
17         on this date for identification.)
18         A.     Yes.
19         Q.     And the amounts paid in and
20    the consideration received are accurately
21    recited on the signature page that we
22    see, that we're looking at here on
23    Exhibit 3; is that right?
24         A.     Yes.
25         Q.     So SPV paid $7.5 million and
```

```
1              AMIN NATHOO - CONFIDENTIAL
2    received one million and a half shares of
3    Future FinTech?
4         A.    Yes.
5         Q.    And again, it's the same
6    individuals who are listed as the
7    authorized signatory and the email
8    address with the authorized email address
9    as we saw before, correct?
10        A.    Correct.
11        Q.    All right. And let me just go
12   to Exhibit 4.
13              This is another Securities
14   Purchase Agreement dated February 9, 2011
15   that SPV entered into with Future FinTech
16   Group, correct?
17              (Nathoo Exhibit 4, Securities
18         Purchase Agreement dated February
19         9, 2011, was received and marked on
20         this date for identification.)
21        A.    Yes.
22        Q.    And the signature page
23   reflects that the subscription amount was
24   $5,950,000 and in return, SPV received a
25   million shares of Future FinTech; that's
```

```
1              AMIN NATHOO - CONFIDENTIAL
2      accurate, correct?
3           A.    Correct.
4           Q.    And there is another exhibit
5      I'm going to show you, 5. That's another
6      Securities Purchase Agreement dated April
7      1, and this is another investment that
8      SPV made in Future FinTech, correct?
9                 (Nathoo Exhibit 5, Securities
10           Purchase Agreement dated April 1,
11           2011, was received and marked on
12           this date for identification.)
13          A.    Correct.
14          Q.    And the signature page here
15     again accurately recites the
16     consideration that SPV paid to Future
17     FinTech and the number of shares that it
18     received --
19          A.    That's correct.
20          Q.    -- correct?  And the amounts
21     are $17,500,003.30 and in consideration
22     of that SPV received 2,868,853 shares.
23                Did SPV at some point also
24     exercise the warrants that it received
25     from the initial investment in Future
```

```
                                          Page 17
 1            AMIN NATHOO - CONFIDENTIAL
 2    FinTech?
 3            A.    Yes. They were exercised.
 4            Q.    Was that sometime in January
 5    of 2021 the warrants were exercised?
 6            A.    I'd have to check the exact
 7    date but I believe it was the 12th of
 8    January 2021.
 9            Q.    Thank you. And between these
10    four Securities Purchase Agreements and
11    the warrant exercise, is that the
12    totality of the investments that SPV made
13    in Future FinTech?
14            A.    I believe that's correct, yes.
15            Q.    Yes. Thank you. Let me -- I'd
16    like to mark some other exhibits here.
17                 Before I do that, with respect
18    to the investment, the first investment
19    that was made in December of 2020, did
20    the funds that SPV used for that
21    investment, did they come from the Master
22    Fund?
23            A.    Yes.
24            Q.    And is that true for each of
25    the subsequent investments, that the
```

```
 1              AMIN NATHOO - CONFIDENTIAL
 2      Master Fund wired money to SPV so it
 3      could purchase the securities?
 4           A.    Yes.
 5                 (Reporter clarification.)
 6                 MR. FLEMING:  Let me introduce
 7            another exhibit.
 8                 (Nathoo Exhibit 6, screenshots
 9            from Anson Funds website, was
10            received and marked on this date
11            for identification.)
12           Q.    I've marked, Mr. Nathoo,
13      Exhibit 6. It's a few screenshots from
14      the Anson Funds' website.
15                 Do you have that in front of
16      you?
17           A.    Yes, I do.
18           Q.    And if you look at the first
19      page it says Anson Funds.  And is the
20      Master Fund one of the Anson Funds?
21           A.    Yes, it is.
22           Q.    And is SPV also one of the
23      Anson Funds?
24           A.    The SPV, itself, is not a
25      fund. It is a special purpose vehicle
```

```
 1              AMIN NATHOO - CONFIDENTIAL
 2      that is part of the Master Fund.
 3           Q.    Okay. Thank you. And the
 4      individuals that appear, there's
 5      Mr. Kassam and Mr. Winson, they're both
 6      listed as principals and you're listed as
 7      a portfolio manager.
 8                  Are those the positions that
 9      each of you has with the Anson Funds?
10           A.    These are the positions that
11      we have. It doesn't describe
12      responsibilities fully, but yes.
13           Q.    This is the team of people
14      that make investment decisions and manage
15      the Anson Fund family --
16           A.    Yes.
17           Q.    -- is that fair to say?
18                  Let me show you -- I'm going
19      to mark another exhibit.
20                  (Nathoo Exhibit 7, Texas
21           Secretary of State public report
22           for A&T SPV, LLC, was received and
23           marked on this date for
24           identification.)
25           Q.    I'm showing you what's been
```

```
 1            AMIN NATHOO - CONFIDENTIAL
 2     marked as Exhibit 7. This is a document
 3     we obtained from the Secretary of State
 4     in Texas. It's a public report for A&T
 5     SPV, LLC.  It lists Mr. Bruce Winson as
 6     the Director of SPV.  Is that accurate,
 7     as far as you know.
 8           A.    Yes.
 9           Q.    And the address that appears
10     there, 5950 Berkshire Lane, Suite 210, is
11     that an office that the Anson Fund
12     Management LP operates out of?
13           A.    It is the old office that
14     Anson Funds Management LP operates out of
15     -- operated out of. They recently moved
16     to a new office.
17           Q.    Okay. And does the -- do the
18     Anson Fund operations, do they operate
19     out of an office in Texas and the one
20     you're in in Ontario; is that the setup?
21           A.    Correct.
22           Q.    And is this -- this is dated
23     2021.  And was this accurate in 2020, the
24     form we're looking at?
25           A.    Yes.
```

```
 1          AMIN NATHOO - CONFIDENTIAL
 2          Q.     It also has a gentleman named
 3    Tony Moore signing. Do you know who
 4    Mr. Moore is?
 5          A.     Mr. Moore is our Chief
 6    Financial Officer and Chief Compliance
 7    Officer for the Anson Funds Management LP
 8    company.
 9          Q.     Okay. Let me -- I'm going to
10    show you another exhibit.
11                 (Nathoo Exhibit 8,
12          organizational chart re: A&T SPV,
13          LLC was received and marked on this
14          date for identification.)
15          Q.     I'm showing you a document
16    that we received in response to the
17    subpoena we served. It's been marked as
18    Exhibit 8.
19                 Is this an organization chart
20    that shows where SPV fits in within the
21    fund structure at Anson?
22          A.     Yes, it is.
23          Q.     Okay. And the Master Fund here
24    is -- appears immediately above SPV.  And
25    is that because the Master Fund owns 100%
```

1           AMIN NATHOO - CONFIDENTIAL

2      of SPV?

3           A.     The Master Fund is the sole

4      member of A&T SPV.

5           Q.     Okay. Thank you.  And the

6      Master Fund, there were two lines, one

7      leading to Anson Investments Offshore

8      Fund Limited and the other Anson

9      Investments LP, are those what are called

10     feeder funds?

11          A.     Yes.  That's correct.

12          Q.     And those are the funds that

13     collect investment capital from investors

14     and then invest that in the Master Fund

15     and the Master Fund then purchases the

16     securities; is that the basic fund

17     structure?

18          A.     Correct.

19          Q.     And then you'll see on here

20     there is Anson Advisors and Anson Funds

21     Management LP.  Those are the two

22     entities we spoke about before that

23     manage the Master Fund, correct?

24          A.     That's correct.

25          Q.     Do you have, yourself, a

```
                                                  Page 23
 1              AMIN NATHOO - CONFIDENTIAL
 2     position with the Master Fund?
 3          A.    I have -- I am a Director of
 4     Anson Advisors, Inc., which is an advisor
 5     to the fund.
 6          Q.    And do you have a position as
 7     an officer, director or general partner
 8     or limited partner or anything with Anson
 9     Investment Master Fund LP?
10          A.    No.
11          Q.    Do you know who the general
12     partner is of Anson Investment Master
13     Fund LP?
14          A.    That would be -- I believe
15     it's called AIMF GP, LLC.
16          Q.    And is that an entity that
17     Mr. Winson controls?
18          A.    That's correct.
19          Q.    Okay. And through --
20     Mr. Winson is also the person that
21     controls Anson Funds Management LP,
22     correct?
23          A.    Yes.  He controls that entity
24     through Anson Management GP, LLC, which
25     controls Anson Funds Management LP.
```

1          AMIN NATHOO - CONFIDENTIAL

2          Q.    I see.  And is Mr. Winson --

3     is AIMF GP, LLC the sole general partner

4     of Anson Investments Master Fund LP?

5          A.    Yes.

6          Q.    Are you familiar -- you're

7     familiar with a company called AGP or

8     Alliance Global Partners?

9          A.    Yes, I am.

10         Q.    And was AGP the placement

11    agent on the -- for investments that we

12    saw that were marked as Exhibits 2

13    through 5?

14         A.    Yes, they were.

15         Q.    Did you ever learn that FT

16    Global had previously served as a

17    placement agent for Future FinTech?

18         A.    I was not aware of the exact

19    relationship between FT Global and FTFT,

20    but I know that FT Global contacted me at

21    one time in August of 2020 regarding

22    FTFT.

23         Q.    But at the time of the

24    investment that was made in December 2020

25    did anyone from AGP indicate to you that

1              AMIN NATHOO - CONFIDENTIAL

2      FT Global had submitted a list of

3      investors that it claimed to have tail

4      financing rights for?

5              A.    No.

6              Q.    Okay. Let me -- I just want to

7      show you an exhibit.

8                    (Nathoo Exhibit 9, email dated

9              December 13, 2020 was received and

10             marked on this date for

11             identification.)

12             Q.    I'm marking this document as

13     Exhibit 9.  You're not on this email, Mr.

14     Nathoo.  I just want to show it to you to

15     see if it refreshes your recollection.

16                  This is an email from Mr. Li

17     at Fisher Broyles listing various funds

18     and saying; could you please confirm that

19     it, meaning AGP, will not involve any of

20     the investors in the tail list below?

21     And there is a confirm list below. Do you

22     see Anson Funds is listed on that list?

23             A.    Yes, I do.

24             Q.    Does looking at this list

25     refresh your recollection as to any

1            AMIN NATHOO - CONFIDENTIAL

2       communications with AGP or anyone in

3       which you were told that Anson Funds

4       couldn't be used as an, or shouldn't be

5       used as an investor in Future FinTech?

6            A.    No.

7            Q.    How did it come to be that SPV

8       was selected or chosen to make the

9       investment in Future FinTech in December

10      2020?

11           A.    It was requested of us to use

12      our SPV by the placement agent.

13           Q.    And did the placement agent

14      give you any reason why he wanted you to

15      use the SPV?

16           A.    No, they didn't.

17           Q.    I'm going to show you -- had

18      the SPV been used for other investments

19      at this point?

20           A.    Yes, it had in the past.

21           Q.    And when was the last time the

22      SPV had been used for an investment prior

23      to this?

24           A.    I do not recall exactly, but I

25      believe we had done a few investments,

1            AMIN NATHOO - CONFIDENTIAL
2      either late 2019 or early 2020 but I
3      don't recall exactly.
4           Q.    Is there anything about the
5      nature of the investments that the SPV
6      makes that would lead one to include the
7      investment in the SPV versus the Master
8      Fund?
9                MR. LILLEY:  Objection, vague.
10          Q.    You can answer.
11               MR. AKINS:  Can you clarify
12          what you mean?
13               MR. FLEMING: You know what,
14          I'll withdraw the question.
15               Let me show you another
16          exhibit which we'll mark as Exhibit
17          10.
18               (Nathoo Exhibit 10, email
19          dated December 23, 2020, Bates
20          AT_000158, was received and marked
21          on this date for identification.)
22          Q.    Showing you, Mr. Nathoo, an
23      email from December 23, 2020 that begins
24      with the Bates stamp AT_158. Do you have
25      that in front of you?

```
 1            AMIN NATHOO - CONFIDENTIAL
 2        A.    Yes. I'm taking a look at it.
 3        Q.    Please.
 4        A.    I have it.
 5        Q.    And this -- these are some
 6   emails that were exchanged in connection
 7   with the first investment that SPV made
 8   in Future FinTech, correct?
 9        A.    That's correct.
10        Q.    And there is discussion here
11   in the first email about "account opening
12   docs for SPV in case we need to settle
13   DVP."  And "account opening docs", is
14   that referring to documents open a
15   brokerage account?
16        A.    That's referring to documents
17   to open an account at Alliance Global to
18   be able to settle trades that are done
19   via DVP.
20        Q.    And did -- did SPV otherwise
21   have a brokerage account?
22        A.    SPV has an account at DVP as a
23   custodian.
24        Q.    And did it have one as of
25   December 2020?
```

```
 1              AMIN NATHOO - CONFIDENTIAL
 2         A.     Yes.
 3         Q.     Let me show you another
 4    exhibit.
 5                (Nathoo Exhibit 11, email
 6         dated December 28, 2020, Bates
 7         AT_000223, was received and marked
 8         on this date for identification.)
 9         Q.     This is Exhibit 11.
10         A.     Yes. I have it in front of me.
11         Q.     This is an email, this is also
12    some email exchanges within Anson in
13    connection with the first investment that
14    was made in Future FinTech, correct?
15         A.     Yes.
16         Q.     And it's from Daniel Kim to
17    Tim Hansen and William Gardner.  Who is
18    Mr. Kim?
19         A.     Mr. Kim is an operations
20    manager here at Anson.
21         Q.     Mr. Kim's email, he writes, if
22    you see the third paragraph he says "I
23    can't re the last time we would have done
24    something on this account." Do you see
25    that?
```

1            AMIN NATHOO - CONFIDENTIAL

2        A.     Yes, I do.

3        Q.     Is this because Tech -- I'm

4    sorry -- SPV had not done any trading in

5    the BNP account for quite some time?

6             MR. LILLEY:  Objection to the

7        form. You can answer if you know.

8        A.     As I had mentioned previously,

9    I believe we had done some transactions

10   in that account earlier in 2020 but I

11   don't recall the exact date.

12       Q.     Mr. Kim seems -- would you

13   agree that he seems -- he states he can't

14   remember the last time we've done

15   something on this account. And by "this

16   account", he's referring to SPV, correct?

17       A.     Yes.

18       Q.     Let me show you another

19   exhibit.

20             (Nathoo Exhibit 12, email

21        dated December 24, 2020, Bates

22        AT_000196, was received and marked

23        on this date for identification.)

24       Q.     I'm showing you what we've

25   marked as Exhibit 12. This is an email

```
                                      Page 31
 1            AMIN NATHOO - CONFIDENTIAL
 2    exchange dated December 24, 2020 between
 3    Mr. Wildfong and Timothy Hansen, bears
 4    the Bates stamp AT_196.
 5                 Can you tell us who
 6    Mr. Wildfong is?
 7         A.    Mr. Wildfong is an operations
 8    associate at Anson.
 9         Q.    Who is Mr. Hansen?
10         A.    Mr. Hansen works for BNP
11    Paribas, which is the prime broker that's
12    the custodian for the A&T SPV.
13         Q.    And the email attached is a
14    journal entry between AIMF and A&T SPV in
15    the amount of 4,100,000. AIMF is the
16    Master Fund; is that correct? Mr. Nathoo
17    --
18         A.    That's correct.
19         Q.    -- that's an acronym for the
20    Master Fund?
21                 And if you look at the
22    following page, that's the document
23    signed by Mr. Winson authorizing a
24    transfer of funds between these two
25    entities, correct?
```

1          AMIN NATHOO - CONFIDENTIAL

2          A.      That's correct.

3          Q.      This reflects the transfer of

4     money from the BNP account that the

5     Master Fund had to an account at BNP for

6     SPV in order to fund the purchase of

7     securities in December 2020; is that

8     right?

9          A.      That's correct.

10         Q.      Okay.   I'm going to mark as

11    Exhibit 12, the Notice of Exercise.

12              (Nathoo Exhibit 13, Notice of

13         Exercise, dated January 12, 2021,

14         Bates AT_000411, was received and

15         marked on this date for

16         identification.)

17         Q.      Mr. Nathoo, I'm showing you

18    what we marked as Exhibit 13. This is a

19    document entitled Notice of Exercise.

20              Is this the Notice of Exercise

21    through which the SPV exercised the

22    warrants that it held in Future FinTech?

23         A.      That's correct.

24         Q.      It's dated January 12, 2021.

25    And that's the signature of Mr. Winson

```
 1              AMIN NATHOO - CONFIDENTIAL
 2    that appears there; is that correct?
 3         A.     That's correct.
 4         Q.     And the amount of
 5    consideration that was paid to exercise
 6    the warrants is recited 4,526,319.75, is
 7    that what was paid for the warrant
 8    exercise?
 9         A.     Yes.  That's correct.
10         Q.     Do you recall some discussion
11    at this point in time about trying to
12    keep the name of Anson -- have it not
13    appear in print in connection with the
14    warrant exercise?
15         A.     Yes.
16         Q.     Was there a particular reason
17    why you or -- actually, who was concerned
18    about Anson's name not appearing anywhere
19    in connection with the warrant exercise?
20         A.     That would have been myself.
21         Q.     And is there a particular
22    reason why you didn't want the name Anson
23    to appear?
24         A.     In connection with the initial
25    offering where it was requested that the
```

```
 1          AMIN NATHOO - CONFIDENTIAL
 2    name Anson did not appear, I was just
 3    following on for that initial request.
 4          Q.    So at the time you made your
 5    investment when AG -- someone from AGP
 6    had told you that the name Anson
 7    shouldn't be used in connection with the
 8    investment?
 9          A.    Correct.
10          Q.    Who said that to you from AGP?
11          A.    I'm quite certain it was a
12    gentleman named Harry Ioannou.
13          Q.    Did Mr. Ioannou give you any
14    reasons why the Anson name shouldn't
15    appear?
16          A.    No, he didn't.
17          Q.    Did that seem unusual or
18    strange to you, that request that
19    Mr. Ioannou made?
20          A.    No.
21          Q.    Did he make that request
22    orally or was it in writing?
23          A.    If I recall correctly, it was
24    on the phone.
25          Q.    Let me -- I'm going to show
```

```
                                    Page 35
 1           AMIN NATHOO - CONFIDENTIAL
 2    you what I'm going to mark as Exhibit 14.
 3               (Nathoo Exhibit 14, email
 4          dated January 12, 2021, Bates
 5          AT_000374, was received and marked
 6          on this date for identification.)
 7          Q.    This is an email in January of
 8    2021 -- sorry -- in connection with the
 9    exercise of the warrants, correct?
10          A.    That's correct.
11          Q.    And I'm looking at the
12    document, it has a Bates stamp of AT_374.
13    The first email on top is from someone
14    named Zach Grodko. Can you tell me who
15    Mr. Grodko is?
16          A.    I don't know his exact
17    position but he works for Alliance
18    Global.
19          Q.    And the cc's, there's
20    Mr. Ioannou, that's the gentleman you
21    just mentioned earlier?
22          A.    Correct.
23          Q.    And do you know who Carmelo
24    Cataudella is?
25          A.    I believe he's the investment
```

```
 1           AMIN NATHOO - CONFIDENTIAL
 2    banker on the file for this transaction.
 3           Q.    And he's also with AGP?
 4           A.    That's correct.
 5           Q.    And your email at six a.m. on
 6    January 12th says, "Gents, looking to
 7    exercise our FTFT warrants today. Can you
 8    guys help facilitate this so we don't
 9    reveal that it's actually Anson as the
10    investor?  Remember we used the SPV."
11                 That's what your email said to
12    Mr. Grodko, Mr. Ioannou and
13    Mr. Cataudella, correct?
14           A.    That's correct.
15           Q.    And you were reminding them of
16    their earlier request to you to keep the
17    identity of Anson hidden?
18           A.    That's correct.
19           Q.    Let me show you another
20    exhibit, which we'll mark as Exhibit 15.
21                 (Nathoo Exhibit 15, email
22           dated January 12, 2021, Bates
23           AT_000374, was received and marked
24           on this date for identification.)
25           Q.    And this is a response --
```

1           AMIN NATHOO - CONFIDENTIAL
2   Exhibit 15 is a response from Mr. Grodko
3   to you later in the morning on January
4   12, 2021; is that correct?
5           A.    That's correct.
6           Q.    His response is saying, "Yes,
7   this makes no sense. We will facilitate.
8   Just make sure the notice says A&T and
9   incoming wire doesn't mention any name
10  and we should be good." Did I read that
11  correctly?
12          A.    That's correct.
13          Q.    Is it fair to say you
14  understood Mr. Grodko was confirming and
15  telling you how to document the
16  transaction so that Anson did not appear
17  in the paperwork; is that correct?
18          A.    Yes. That's correct.
19          Q.    I'm going to show you one
20  more.
21                (Nathoo Exhibit 16, Microsoft
22          Teams Chats messages, Bates
23          AT_000405, was received and marked
24          on this date for identification.)
25          Q.    This is what we're marking as

1              AMIN NATHOO - CONFIDENTIAL
2     Exhibit 16. Do you have Exhibit 16 front
3     of you?
4          A.    Yes.
5          Q.    This is a document produced by
6     SPV and it's Bates stamped 405. These are
7     text messages, is that what they are?
8          A.    I believe it's Microsoft Teams
9     Chats.
10         Q.    Okay. And this is between you,
11    Mr. Wildfong and Mr. Kim; is that
12    correct?
13         A.    That's correct.
14         Q.    And if you look at the one in
15    the middle from you it says, "Also,
16    please send FTFT wire from A&T SPV.
17    Hopefully that wire doesn't say Anson
18    anywhere."
19              Were you giving instructions
20    to Mr. Wildfong as to wiring of funds to
21    exercise the warrants?
22         A.    That's correct.
23         Q.    And your instructions there
24    were reflecting the earlier advice you
25    received from AGP to keep Anson's name

```
                                             Page 39
 1             AMIN NATHOO - CONFIDENTIAL
 2    off the paperwork; is that right?
 3         A.    That's correct.
 4              (Nathoo Exhibit 17, email re:
 5         Transfer of Shares, dated January
 6         13, 2021, Bates AT_000689, was
 7         received and marked on this date
 8         for identification.)
 9         Q.    I'm going to show you another
10    Exhibit. We'll mark it Exhibit 17. This
11    is an email from Mr. Wildfong to
12    Mr. Hansen at BNP; is that correct?
13         A.    Yes. That's correct.
14         Q.    Right. And his direction to
15    Mr. -- I'm sorry -- to BNP is to transfer
16    the shares of common stock that SPV
17    purchased on exercise of the warrants to
18    Master Fund's account; is that right?
19         A.    It is, yes. It is a message to
20    transfer shares. I believe it was from
21    the warrant, but that I'm not 100% sure
22    about.
23         Q.    Okay. But if you take a look
24    at the second page, that's an official
25    authorization from Mr. Winson directing
```

```
                                        Page 40
 1            AMIN NATHOO - CONFIDENTIAL
 2    BNP to make the transfer from SPV to the
 3    Master Fund?
 4         A.    That's correct.
 5         Q.    Okay. And the funds for the
 6    exercise of the warrants, those had come
 7    from the Master Fund as well; is that
 8    right?
 9         A.    Yes. That's correct.
10         Q.    I'm going to show you -- are
11    you familiar with a service called
12    Placement Tracker?
13         A.    Yes, I am.
14         Q.    Okay. Is that something that
15    you use from time to time to keep track
16    of who's investing in what?
17         A.    It is a service I used to
18    subscribe to at some point in the past. I
19    no longer do.
20         Q.    I'm going to show you a
21    document that we have from -- hold on a
22    second. This is Exhibit 18.
23              (Nathoo Exhibit 18, report
24         from Placement Tracker, was
25         received and marked on this date
```

```
                                        Page 41

 1          AMIN NATHOO - CONFIDENTIAL

 2       for identification.)

 3       Q.    This is a report from

 4   Placement Tracker that we ran yesterday

 5   under the name Anson Funds. And if you

 6   take a look at the second page you see

 7   the list of funds managed by Anson Funds

 8   that appears there?

 9       A.    Yes, I do.

10       Q.    And are each of those fund's

11   entities that the Anson Fund family has

12   included at one point in time or another?

13       A.    No. There are additional names

14   there that either don't exist or we have

15   never invested through.

16       Q.    Okay. Which names are those?

17       A.    So Anson Master Investment

18   Funds doesn't exist. It appears to be a

19   type of graphical error. Anson Capital LP

20   is an entity that's never existed. Anson

21   Advisors, Inc. would not have made any

22   investments. And other than that, I

23   believe it's correct.

24       Q.    Okay. And Anson Master

25   Investment Fund and Anson Investments
```

```
 1            AMIN NATHOO - CONFIDENTIAL
 2    Master Fund, does it seem, looking at the
 3    numbers there, likely to you that those
 4    are the Master Fund?
 5         A.    It would seem likely but I'm
 6    not sure where the data is coming from.
 7         Q.    Right. Do you know of any
 8    reason why A&T SPV would not appear in
 9    Placement Tracker?
10            MR. LILLEY:  Objection, calls
11         for speculation. There is no
12         foundation.
13         Q.    You can answer the question.
14         A.    I don't know where Placement
15    Tracker gathers its data from.  So I'm
16    not sure what they decide to include in
17    or what they have access to.
18         Q.    Okay. Let me just show you one
19    other document. This is -- I'll mark this
20    as Exhibit 19. We also ran yesterday
21    through Placement Tracker Anson
22    Investments Master Fund. And I'm showing
23    you the report that we received that's
24    been marked as Exhibit 19.
25            (Nathoo Exhibit 19, Placement
```

```
                                                   Page 43

 1            AMIN NATHOO - CONFIDENTIAL
 2         Tracker report re: Anson
 3         Investments Master Fund, was
 4         received and marked on this date
 5         for identification.)
 6         Q.    Do you have that in front of
 7    you?
 8         A.    Yes, I do.
 9         Q.    Could you take a look at I
10    guess the third page, there's a list of
11    company names under and then has the
12    heading Type Placements. Do you see
13    those?
14         A.    Yes, I do.
15         Q.    And when you look down that
16    list, at least on page 3, do you
17    recognize those as investments in which
18    the Master Fund, indeed, participated?
19              MR. LILLEY:  Objection,
20         overbroad and outside the scope of
21         your notice.
22              Mr. Fleming, what is the point
23         here?
24              MR. FLEMING:  I'm just trying
25         to get a measure of the extent of
```

```
 1            AMIN NATHOO - CONFIDENTIAL
 2        Master Fund's investments versus
 3        those of the SPV. So I'm just --
 4        he's raised some question about the
 5        source of information that
 6        Placement Tracker uses, so I'm just
 7        asking him if this list is one that
 8        appears accurate to him.
 9             MR. LILLEY:  First of all,
10        we're not -- he didn't raise a
11        question about the document. He's
12        saying he doesn't know where it
13        gets its information. And we are
14        not going to comment on these four
15        or so pages of information from
16        that entity, and it's outside your
17        scope. You can reform your question
18        if you like.
19             MR. FLEMING:  I'll reform my
20        question. We've had a lot of
21        directions.
22        Q.    Mr. Nathoo, just take a look
23    at page 3 here, the list of placements,
24    can you tell me if you recognize those as
25    financings in which the Master Fund
```

```
                                          Page 45
 1            AMIN NATHOO - CONFIDENTIAL
 2    participated?
 3         A.    I believe they are investments
 4    that the Master Fund participated in but
 5    I don't recall every single detail.
 6         Q.    Thank you. Let me switch
 7    gears.
 8              Are you familiar with a
 9    gentleman named Patrick Ko?
10         A.    Yes, I am.
11         Q.    And are you familiar with his
12    firm FT Global?
13         A.    Yes, I am.
14         Q.    Has one or more of the Anson
15    family of funds made investments in
16    offerings where FT Global was a placement
17    agent?
18         A.    Yes, they have.
19         Q.    Can you give me an approximate
20    number of offerings in which one of the
21    Anson Funds has participated where FT
22    Global was the placement agent?
23         A.    To the best of my
24    recollection, I would have to put the
25    number approximately at eight or ten.
```

1        AMIN NATHOO - CONFIDENTIAL

2        Q.      When was the first time you

3    met Mr. Ko either on the phone or in

4    person?

5        A.      I believe the first time I had

6    contact with Mr. Ko was in August of

7    2020. He had sent me an email.

8        Q.      Let me -- I'm going to mark an

9    exhibit here.

10               (Nathoo Exhibit 20, email

11          dated August 3, 2020, Bates

12          AT_000008, was received and marked

13          on this date for identification.)

14        Q.      This is Exhibit 20. Do you

15    have that in front of you?

16        A.      Yes, I do.

17        Q.      And is this the August 2020

18    email contact that you were referring to?

19        A.      Yes.  That's correct.

20        Q.      Okay. And I'd like to ask you

21    to take a look at the first email in the

22    string. It's from Mr. Ko to you on August

23    1, 2020 at 9:55 p.m.  Do you see that?

24        A.      Yes.

25        Q.      He recites, "This is Patrick

```
                                          Page 47

1            AMIN NATHOO - CONFIDENTIAL
2    Ko from FT Global Capital.  My firm has
3    been recently engaged by Future FinTech
4    Group to contact you with regards to your
5    warrant position in the company."
6            Had one of the Anson Funds
7    made an investment in the company called
8    Sky People Fruit Juice, Inc.?
9       A.    Yes, they had.
10      Q.    And as part of that investment
11   had -- had the Anson Fund received some
12   warrants?
13      A.    I believe they had, yes.
14      Q.    And then if you look further
15   up you respond after several emails from
16   him, "No warrants left." Do you see that?
17      A.    Yes, I do.
18      Q.    And those were warrants that
19   the fund, the Anson Funds had acquired in
20   the Sky People Fruit Juice, Inc.,
21   correct?
22      A.    I believe that's what he was
23   referring to. When I made that email I
24   just did not see any warrants in the
25   portfolio, but I did not recall the
```

```
 1            AMIN NATHOO - CONFIDENTIAL
 2    history of what had happened.
 3         Q.    Okay. Do you remember that the
 4    Anson Funds had, in fact, invested in
 5    2017 in a company called the Sky People
 6    Fruit Juice, Inc.?
 7         A.    That transaction sounds
 8    familiar but I don't have the details of
 9    it.
10         Q.    Okay. Had anyone from the --
11    from a company called Future FinTech
12    contacted you before Mr. Ko sent these,
13    the email we're looking at here in early
14    August?
15         A.    Not that I recall.
16         Q.    Had anyone told you, for
17    example, that the Sky People Fruit Juice
18    Company had changed its name and its
19    business?
20         A.    I don't believe anyone had
21    told me but that is something that we
22    would have been aware of by following the
23    company.
24         Q.    Simply by looking at what's
25    available on the internet?
```

```
                                        Page 49
 1            AMIN NATHOO - CONFIDENTIAL
 2         A.    Via Bloomberg.
 3         Q.    Once you had sold your
 4   warrants would you continue to follow a
 5   company where they were -- where there
 6   was no longer an investment?
 7         A.    Oftentimes it would remain on
 8   my watchlist of companies but I would not
 9   be actively following it, other than
10   perhaps some of the 8-Ks and press
11   releases.
12         Q.    I'm going to show you another
13   document. I'm going to mark this as
14   Exhibit 21.
15              (Nathoo Exhibit 21, email
16         dated August 3, 2020, Bates
17         AT_000011, was received and marked
18         on this date for identification.)
19         Q.    Do you have Exhibit 21 in
20   front of you, Mr. Nathoo?
21         A.    Yes, I do.
22         Q.    This is an email from Mr. Ko.
23   And if you look, he sent this in response
24   to your email saying "No warrants left."
25   And he says, "I will call you about our
```

```
                                            Page 50
 1              AMIN NATHOO - CONFIDENTIAL
 2     other transactions in coming days and
 3     weeks. In the meantime, here are some of
 4     the latest transactions for US-listed
 5     Chinese companies."
 6                  Did I read that correctly?
 7          A.     That's correct.
 8          Q.     Do you recall having any
 9     telephone calls with Mr. Ko at this point
10     in early August?
11          A.     I believe in connection with
12     his original email we did have a brief
13     phone conversation, but I don't recall
14     for certain.
15          Q.     Do you recall anything that
16     was said by either of you in that phone
17     conversation?
18          A.     I don't recall what would have
19     been said on the phone conversation.
20                  (Nathoo Exhibit 22, email
21              dated September 11, 2020, was
22              received and marked on this date
23              for identification.)
24          Q.     I'm going to mark another
25     exhibit. This is an email dated September
```

1          AMIN NATHOO - CONFIDENTIAL

2     11, 2020 from Mr. Ko to you with a

3     response.

4               Mr. Ko writes, "Hi Amin, How

5     are you?  Do you have five minutes around

6     10:30 a.m. ET today?  We would like to

7     bring you OTW on a liquid NASDAQ name, if

8     you are interested.  Please let me know

9     your availability. Thank you." And you

10    respond, "I'm around between now and five

11    p.m. Else we can chat on Monday. Thanks."

12              Did I read that correctly?

13         A.    That's correct.

14         Q.    And then "OTW", is that jargon

15    for over the wall?

16         A.    Correct.

17         Q.    And just explain to mean

18    generally, how you understand that term,

19    "over the wall"?

20         A.    I understand that to be that

21    the placement agent is going to provide

22    me with material non-public information

23    about a particular issuer.

24         Q.    Did you have -- do you recall

25    having any conversations with Mr. Ko on

```
                                           Page 52
 1              AMIN NATHOO - CONFIDENTIAL
 2      or about September 11 or on the following
 3      Monday?
 4            A.     I don't recall.
 5            Q.     All right. Do you recall
 6      having any discussions at all with Mr. Ko
 7      about Future FinTech?
 8            A.     My only recollection of the
 9      conversation with Mr. Ko about Future
10      FinTech was around that warrants
11      transaction in August, to which I then
12      responded to him that I have no warrants
13      in the company, so it was not applicable
14      to me.
15            Q.     Okay. Let me show you -- I'm
16      going to mark another exhibit here.
17                   (Nathoo Exhibit 23, email
18               dated October 1, 2020, Bates
19               AT_000028, was received and marked
20               on this date for identification.)
21            Q.     I marked Exhibit 23. It's some
22      emails in October 2020 and begins with
23      the Bates stamped AT_028.
24                   Mr. Nathoo, I'd like to call
25      your attention to Mr. Ko's email to you
```

1          AMIN NATHOO - CONFIDENTIAL
2    on September 30 at 10:19 at night.
3          A.    I see it.
4          Q.    He says, "Hi, Tony and Amin,
5    per our recent call can I trouble you to
6    send me the following information for
7    your U.S. registered entity Anson Funds
8    Management?"  And then he asks for some
9    information.
10              Do you recall having a call
11   with Mr. Ko on the subject of the
12   information that's requested here?
13         A.    I don't recall the
14   conversation.
15         Q.    And Mr. Wildfong sends some
16   material to Mr. Kim. Is that material
17   that's to be transmitted to Mr. Ko?
18         A.    That's correct.
19         Q.    Did you understand Mr. Ko was
20   going through some due diligence for a
21   know-your-customer or anti-money
22   laundering process?
23         A.    Yes.
24         Q.    And Anson was cooperating with
25   him by providing the requested

```
 1          AMIN NATHOO - CONFIDENTIAL
 2    information, is that what was going on?
 3         A.    That's correct.
 4         Q.    Let me show you another
 5    exhibit.
 6               (Nathoo Exhibit 24, email
 7         dated October 2, 2020, Bates
 8         AT_000082, was received and marked
 9         on this date for identification.)
10         Q.    Do you have Exhibit 24 in
11    front of you?
12         A.    Yes, I do.
13         Q.    This is an email from
14    Mr. Wildfong to Mr. Ko with a copy to
15    you. Again, this is part of what the
16    subject calls the KYC AML file for Anson
17    Funds Management?
18         A.    That's correct.
19         Q.    And KYC is an acronym in the
20    securities world for "know your
21    customer"; is that right?
22         A.    Yes.
23         Q.    And AML is an acronym for
24    anti-money laundering, is that your
25    understanding?
```

1          AMIN NATHOO - CONFIDENTIAL

2          A.     Yes.

3          Q.     So I'd like to ask you to take

4     a look at the documents that are included

5     here. You see there's an org chart that

6     is sent?

7          A.     Yes, I do.

8          Q.     And is that org chart the same

9     as the one that was produced in discovery

10    here, other than the fact that A&T SPV is

11    not included?

12         A.     I believe it is. I don't have

13    the two side by side.

14         Q.     I'd like to -- the last

15    exhibit there's also something called a

16    Partnership Certification. And this

17    concerns the partnership that this

18    concerns is the Master Fund, correct?

19         A.     That's correct.

20         Q.     And this identifies the

21    general and limited partners of the

22    Master Fund?

23         A.     It identifies the individuals

24    that are authorized to sign on behalf of

25    the Master Fund.

```
 1            AMIN NATHOO - CONFIDENTIAL
 2        Q.      Thank you. So Mr. Winson
 3    controls the general partner and he,
 4    along with you and Mr. Kassam, are
 5    authorized signatories for the Master
 6    Fund; is that --
 7        A.      That's correct.
 8                VIDEOGRAPHER:  This is the
 9        videographer.  I'm losing your
10        screen off the bottom.
11                MR. FLEMING:  I think I've
12        covered the questions that I have
13        for you.
14                I'd like to take a short break
15        and confer with my associate. Maybe
16        we come back in ten minutes, if
17        that's okay with you?
18                THE WITNESS:  Yes. That's fine
19        with me.
20                MR. FLEMING:  Mr. Akins, do
21        you have some followup questions?
22                MR. AKINS:  I will.
23                VIDEOGRAPHER:  Off the record
24        at 12:04 p.m.
25                (Recess is taken.)
```

1          AMIN NATHOO - CONFIDENTIAL

2              VIDEOGRAPHER:  Going back on

3          the record 12:21 p.m.  This is the

4          beginning of Media Unit 2. Okay.

5          You may proceed.

6              MR. FLEMING: Mr. Nathoo, I

7          have no further questions for you.

8          Thank you for your time today. My

9          colleague Mr. Akins may have some.

10             MR. AKINS:  I do.

11    CROSS-EXAMINATION BY MR. AKINS:

12        Q.    Hello, Mr. Nathoo.  I

13    represent the defendants in this lawsuit,

14    Future FinTech Group. I have a few

15    followup questions.

16             When did Harry Ioannou make

17    the formal request that Anson's name not

18    be involved in the Future FinTech

19    investment?

20        A.    If I recall correctly, it was

21    during the midst of the negotiation of

22    the terms.

23        Q.    And do you know why he made

24    that request?

25        A.    No, I do not.

1          AMIN NATHOO - CONFIDENTIAL

2          Q.     Did you ask him?

3          A.     Sorry.

4          Q.     Did you ask him?

5          A.     No, I didn't.

6          Q.     Okay. Did FT Global bring the

7    Future FinTech investment opportunity to

8    Anson SPV or any Master Fund or affiliate

9    of Anson?

10         A.     I'm not sure what you mean by

11   "bring the investment" to us.

12         Q.     Did FT Global present the

13   opportunity for Anson to invest in Future

14   FinTech to Anson?

15         A.     FT Global contacted us in

16   regards to a potential transaction with

17   our existing warrants that carried over

18   from Sky People Fruit Juice, but since we

19   did not have any of those warrants the

20   conversation stopped there.

21         Q.     Did FT Global provide any

22   material non-public information about

23   Future FinTech to Anson regarding an

24   investment other than the warrants?

25         A.     No.

```
 1              AMIN NATHOO - CONFIDENTIAL
 2         Q.    I'm going to show you Exhibit
 3    25.
 4              Now, I am blocked from
 5    uploading exhibits to the Exhibit Share,
 6    so I'm just going to share my screen, if
 7    I have the ability to do that. Okay?
 8         A.    Yes.
 9         Q.    Mr. Nathoo, we left off at 24.
10    What I'm going to mark as 25, this is a
11    Teams message transcript, Bates labeled
12    AT_000364.
13              (Nathoo Exhibit 25, Teams
14         message transcript, Bates
15         AT_000364, was received and marked
16         on this date for identification.)
17         Q.    It appears to be a message
18    exchanged between Brent Levenstadt and
19    Taheer Datoo.
20              Who are those individuals and
21    what are their roles at Anson?
22         A.    Brent Levenstadt is a former
23    analyst. Taheer Datoo is another one of
24    the portfolio managers.
25         Q.    Taheer Datoo says, "We got
```

```
1              AMIN NATHOO - CONFIDENTIAL
2      taken over the wall a little while ago."
3              Do you know what he's
4      referring to there?
5          A.    I believe that would have been
6      in regards to the January transaction.
7      We had been contacted about the
8      transaction, therefore, we're in
9      possession of MMPI.
10         Q.    And was it AGP who contacted
11     Hansen?
12         A.    That's correct.
13         Q.    So just to be clear, when
14     Mr. Datoo is referring to, "We got taken
15     over the wall a little while ago", he's
16     referring to AGP taking Anson over the
17     wall?
18         A.    That's correct.
19             MR. AKINS:  I'm going to end
20         sharing. I'll provide that exhibit
21         to the court reporter afterward.
22         Q.    Has anyone at Future FinTech
23     communicated with Anson about an
24     investment in Future FinTech -- let me
25     rephrase that.
```

```
                                       Page 61
 1              AMIN NATHOO - CONFIDENTIAL
 2                 Did anyone at Future FinTech
 3      communicate with Anson about SPV's
 4      investment in Future FinTech?
 5           A.    No, they did not.
 6           Q.    Has anyone at FT Global called
 7      anybody at Anson to talk about the
 8      lawsuit they filed against Future
 9      FinTech?
10           A.    I ran into Patrick Ko at an
11      investment conference in May in Miami and
12      he apologized for dragging me into the
13      situation, but that was the extent of it.
14           Q.    You haven't talked to Patrick
15      Ko or anybody at FT Global separate and
16      apart from that about this lawsuit?
17           A.    No, I have not.
18                 Sorry.  I apologize. Patrick
19      Ko, and FT Global's General Counsel
20      called us the day before we received the
21      subpoena to advise that we would be
22      getting the subpoena.
23           Q.    Okay. Nothing beyond that?
24           A.    No, nothing beyond that.
25           Q.    Did you read the lawsuit
```

1          AMIN NATHOO - CONFIDENTIAL

2    that's been filed in this case?

3          A.    I have browsed through it.

4          Q.    Do you understand that FT

5    Global is alleging that an investor who

6    it contacted on its protected investor

7    list had invested in Future FinTech?

8          A.    That's correct. That's my

9    understanding of the lawsuit.

10         Q.    When was the first time that

11   anybody at Anson, if they have, ever saw

12   the protected investor list from FT

13   Global?

14         A.    During this deposition is the

15   first time I saw that list.

16              MR. AKINS:  Okay. I'll pass

17        the witness.

18              MR. FLEMING:  I have no

19        questions for you, Mr. Nathoo.

20        Thank you very much.

21              THE WITNESS:  Thank you.

22              VIDEOGRAPHER:  We're

23        completed, counsel? No more

24        questions?

25              MR. FLEMING:  That's right.

Page 63

1          AMIN NATHOO - CONFIDENTIAL
2               VIDEOGRAPHER:  Stand by. We're
3       going off the record 12:28 p.m.
4               This concludes today's
5       testimony given by Amin Nathoo.
6       There are two media units and will
7       be retained by Veritext.
8               (The proceedings were
9    adjourned at 12:29 p.m.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1            C E R T I F I C A T E
 2              I, MAUREEN M. RATTO, a
 3    Registered Professional Reporter, do
 4    hereby certify that prior to the
 5    commencement of the examination, Amin
 6    Nathoo was sworn by me to testify the
 7    truth, the whole truth and nothing but
 8    the truth.
 9              I DO FURTHER CERTIFY that the
10    foregoing is a true and accurate
11    transcript of the proceedings as taken
12    stenographically by and before me at
13    the time, place and on the date
14    hereinbefore set forth.
15              I DO FURTHER CERTIFY that I am
16    neither a relative nor employee nor
17    attorney nor counsel of any of the
18    parties to this action, and that I am
19    neither a relative nor employee of such
20    attorney or counsel, and that I am not
21    financially interested in this action.
22
23
24
      MAUREEN M. RATTO, RPR
25       License No. 817125
```

1                    I N D E X

2     WITNESS: AMIN NATHOO                    6

3     DIRECT EXAMINATION BY                   6

4     MR. FLEMING

5     CROSS-EXAMINATION BY MR. AKINS    57

6

7                  E X H I B I T S

8     Nathoo Exhibit 1, subpoena to     10

9     A&T SPV, LLC,

10    Nathoo Exhibit 2, Securities      11

11    Purchase Agreement dated

12    December 4, 2020,

13    Nathoo Exhibit 3, Securities      14

14    Purchase Agreement dated January

15    11, 2021,

16    Nathoo Exhibit 4, Securities      15

17    Purchase Agreement dated

18    February 9, 2011,

19    Nathoo Exhibit 5, Securities      16

20    Purchase Agreement dated April

21    1, 2011,

22    Nathoo Exhibit 6, screenshots     18

23    from Anson Funds website,

24    Nathoo Exhibit 7, Texas           19

25    Secretary of State public report

```
                                        Page 66
 1     for A&T SPV, LLC,

 2     Nathoo Exhibit 8, organizational 21

 3     chart re: A&T SPV, LLC

 4     Nathoo Exhibit 9, email dated    25

 5     December 13, 2020

 6     Nathoo Exhibit 10, email dated   27

 7     December 23, 2020, Bates

 8     AT_000158,

 9     Nathoo Exhibit 11, email dated   29

10     December 28, 2020, Bates

11     AT_000223,

12     Nathoo Exhibit 12, email dated   30

13     December 24, 2020, Bates

14     AT_000196,

15     Nathoo Exhibit 13, Notice of     32

16     Exercise, dated January 12,

17     2021, Bates AT_000411,

18     Nathoo Exhibit 14, email dated   35

19     January 12, 2021, Bates

20     AT_000374,

21     Nathoo Exhibit 15, email dated   36

22     January 12, 2021, Bates

23     AT_000374,

24     Nathoo Exhibit 16, Microsoft     37

25     Teams Chats messages, Bates
```

```
                                        Page 67
 1     AT_000405,
 2     Nathoo Exhibit 17, email re:      39
 3     Transfer of Shares, dated
 4     January 13, 2021, Bates
 5     AT_000689,
 6     Nathoo Exhibit 18, report from    40
 7     Placement Tracker,
 8     Nathoo Exhibit 19, Placement      42
 9     Tracker report re: Anson
10     Investments Master Fund,
11     Nathoo Exhibit 20, email dated    46
12     August 3, 2020, Bates AT_000008,
13     Nathoo Exhibit 21, email dated    49
14     August 3, 2020, Bates AT_000011,
15     Nathoo Exhibit 22, email dated    50
16     September 11, 2020,
17     Nathoo Exhibit 23, email dated    52
18     October 1, 2020, Bates
19     AT_000028,
20     Nathoo Exhibit 24, email dated    54
21     October 2, 2020, Bates
22     AT_000082,
23     Nathoo Exhibit 25, Teams message 59
24     transcript, Bates AT_000364,
25
```

Page 68

1                    J U R A T

2

3          I do hereby certify that I

have read the foregoing transcript of

4    my deposition.

5

     _____

6                 Amin Nathoo

7

8

9

10   Subscribed and sworn to before me

11   this _____ day of _____, 2022.

12

     _____

13   a Notary Public of

     the State of _____

14

15

16

17

18

19

20

21

22

23

24

25

Page 69

1                          ERRATA SHEET
                    VERITEXT/NEW YORK REPORTING, LLC
2

     CASE NAME: Ft Global Capital Inc. v. Future Fintech Group Inc.
3    DATE OF DEPOSITION: 6/17/2022
     WITNESSES' NAME: Amin Nathoo
4
5      PAGE   LINE (S)       CHANGE              REASON
       ____|_____|_____|_____
6
       ____|_____|_____|_____
7
       ____|_____|_____|_____
8
       ____|_____|_____|_____
9
       ____|_____|_____|_____
10
       ____|_____|_____|_____
11
       ____|_____|_____|_____
12
       ____|_____|_____|_____
13
       ____|_____|_____|_____
14
       ____|_____|_____|_____
15
       ____|_____|_____|_____
16
       ____|_____|_____|_____
17
       ____|_____|_____|_____
18
       ____|_____|_____|_____
19
       ____|_____|_____|_____
20
21                                  _____
                                    Amin Nathoo
22   SUBSCRIBED AND SWORN TO BEFORE ME
     THIS _____ DAY OF _____, 20__.
23
24

25   _____            _____
     (NOTARY PUBLIC)                  MY COMMISSION EXPIRES:

[& - 6/17/2022]                                                              Page 1

| & |
| --- |
| **&**   4:11 |

| 0 |
| --- |
| **000008**   46:12 |
| 67:12 |
| **000011**   49:17 |
| 67:14 |
| **000028**   52:19 |
| 67:19 |
| **000082**   54:8 67:22 |
| **000158**   27:20 66:8 |
| **000196**   30:22 |
| 66:14 |
| **000223**   29:7 66:11 |
| **000364**   59:12,15 |
| 67:24 |
| **000374**   35:5 36:23 |
| 66:20,23 |
| **000405**   37:23 67:1 |
| **000411**   32:14 |
| 66:17 |
| **000689**   39:6 67:5 |
| **00594**   1:7 5:24 |
| **028**   52:23 |
| **08540**   3:16 |

| 1 |
| --- |
| **1**   5:16 10:4,9,10 |
| 16:7,10 46:23 |
| 52:18 65:8,21 |
| 67:18 |
| **10**   10:23 27:17,18 |
| 65:8 66:6 |
| **100**   3:15 4:4,12 |
| 21:25 39:21 |
| **10019**   3:6 |
| **10:19**   53:2 |
| **10:30**   51:6 |
| **11**   14:9,16 29:5,9 |
| 50:21 51:2 52:2 |
| 65:10,15 66:9 |

67:16
**11:00**   1:17
**11:01**   5:3
**12**   11:14 30:20,25
32:11,13,24 35:4
36:22 37:4 66:12
66:16,19,22
**12:04**   56:24
**12:21**   57:3
**12:28**   63:3
**12:29**   63:9
**12th**   17:7 36:6
**13**   25:9 32:12,18
39:6 66:5,15 67:4
**1325**   3:5
**14**   35:2,3 65:13
66:18
**15**   36:20,21 37:2
65:16 66:21
**158**   27:24
**16**   37:21 38:2,2
65:19 66:24
**17**   1:16 5:4 39:4
39:10 67:2
**17,500,003.30**
16:21
**17425**   64:24
**18**   40:22,23 65:22
67:6
**19**   42:20,24,25
65:24 67:8
**196**   31:4
**1:21**   1:7 5:24

| 2 |
| --- |
| **2**   11:17,18 24:12 |
| 54:7 57:4 65:10 |
| 67:21 |
| **2,105,265**   12:18 |
| **2,868,853**   16:22 |
| **20**   46:10,14 67:11 |
| 69:22 |

**2000**   4:4
**2011**   15:14,19
16:11 65:18,21
**2017**   48:5
**2019**   27:2
**2020**   11:20,23
17:19 20:23 24:21
24:24 25:9 26:10
27:2,19,23 28:25
29:6 30:10,21
31:2 32:7 46:7,11
46:17,23 49:16
50:21 51:2 52:18
52:22 54:7 65:12
66:5,7,10,13 67:12
67:14,16,18,21
**2021**   14:10,16 17:5
17:8 20:23 32:13
32:24 35:4,8
36:22 37:4 39:6
65:15 66:17,19,22
67:4
**2022**   1:16 5:4
68:11
**21**   49:14,15,19
66:2 67:13
**210**   20:10
**212**   3:7
**214**   4:14
**22**   50:20 67:15
**23**   27:19,23 52:17
52:21 66:7 67:17
**24**   12:12 30:21
31:2 54:6,10 59:9
66:13 67:20
**25**   59:3,10,13 66:4
67:23
**27**   66:6
**28**   29:6 66:10
**29**   66:9

| 3 |
| --- |
| **3**   14:8,14,23 43:16 |
| 44:23 46:11 49:16 |
| 65:13 67:12,14 |
| **30**   53:2 66:12 |
| **32**   66:15 |
| **35**   66:18 |
| **36**   66:21 |
| **37**   66:24 |
| **374**   35:12 |
| **39**   67:2 |

| 4 |
| --- |
| **4**   11:20,23 15:12 |
| 15:17 65:12,16 |
| **4,000,003.50.** |
| 12:10 |
| **4,100,000**   31:15 |
| **4,526,319.75**   33:6 |
| **40**   67:6 |
| **405**   38:6 |
| **42**   67:8 |
| **420-4455**   4:14 |
| **451-2213**   3:7 |
| **46**   67:11 |
| **49**   67:13 |

| 5 |
| --- |
| **5**   16:5,9 24:13 |
| 65:19 |
| **5,950,000**   15:24 |
| **50**   67:15 |
| **52**   67:17 |
| **54**   67:20 |
| **57**   65:5 |
| **59**   67:23 |
| **5950**   20:10 |

| 6 |
| --- |
| **6**   18:8,13 65:2,3,22 |
| **6/17/2022**   69:3 |

[7 - arrangement]                                                Page 2

**7**

**7**  19:20 20:2 65:24
**7.5**  14:25
**76102**  4:13
**78701**  4:5

**8**

**8**  21:11,18 49:10
66:2
**817125**  2:10 64:25

**9**

**9**  10:23 15:14,19
25:8,13 65:18
66:4
**9:55**  46:23

**a**

**a&t**  8:7 10:11,15
19:22 20:4 21:12
22:4 31:12,14
37:8 38:16 42:8
55:10 65:9 66:1,3
**a.m.**  1:17 5:3 36:5
51:6
**ability**  59:7
**able**  28:18
**acceptable**  7:17
8:10
**access**  42:17
**account**  28:11,13
28:15,17,21,22
29:24 30:5,10,15
30:16 32:4,5
39:18
**accurate**  12:19
16:2 20:6,23 44:8
64:10
**accurately**  14:20
16:15
**acquired**  47:19
**acronym**  31:19
54:19,23

**action**  1:7 5:24 6:7
10:8 64:18,21
**actively**  49:9
**additional**  13:19
41:13
**address**  13:8,10
15:8,8 20:9
**adjourned**  63:9
**administer**  6:6
**advice**  38:24
**advise**  9:16 61:21
**advises**  13:6
**advisor**  8:23 9:3
23:4
**advisors**  7:24 8:4
8:22 9:18 13:23
22:20 23:4 41:21
**affiliate**  58:8
**affiliation**  9:12,14
9:17
**afterward**  60:21
**ag**  34:5
**agent**  24:11,17
26:12,13 45:17,22
51:21
**ago**  60:2,15
**agp**  24:7,10,25
25:19 26:2 34:5
34:10 36:3 38:25
60:10,16
**agree**  5:15 30:13
**agreement**  11:19
11:23 12:2 14:9
14:15 15:14,18
16:6,10 65:11,14
65:17,20
**agreements**  17:10
**aimf**  23:15 24:3
31:14,15
**akins**  4:6 27:11
56:20,22 57:9,10

57:11 60:19 62:16
65:5
**alleging**  62:5
**alliance**  24:8
28:17 35:17
**americas**  3:5
**amin**  1:14 2:3 5:17
7:1 8:1 9:1 10:1
11:1 12:1 13:1
14:1 15:1 16:1
17:1 18:1 19:1
20:1 21:1 22:1
23:1 24:1 25:1
26:1 27:1 28:1
29:1 30:1 31:1
32:1 33:1 34:1
35:1 36:1 37:1
38:1 39:1 40:1
41:1 42:1 43:1
44:1 45:1 46:1
47:1 48:1 49:1
50:1 51:1,4 52:1
53:1,4 54:1 55:1
56:1 57:1 58:1
59:1 60:1 61:1
62:1 63:1,5 64:5
65:2 68:6 69:3,21
**aml**  54:16,23
**amount**  12:8
15:23 31:15 33:4
**amounts**  12:17
14:19 16:20
**analyst**  59:23
**anson**  4:9,19 7:24
8:3,16,22,25 9:2,8
9:13,18,19 13:2,5
13:23 18:9,14,19
18:20,23 19:9,15
20:11,14,18 21:7
21:21 22:7,8,20,20
23:4,8,12,21,24,25

24:4 25:22 26:3
29:12,20 31:8
33:12,22 34:2,6,14
36:9,17 37:16
38:17 41:5,7,11,17
41:19,20,24,25
42:21 43:2 45:14
45:21 47:6,11,19
48:4 53:7,24
54:16 58:8,9,13,14
58:23 59:21 60:16
60:23 61:3,7
62:11 65:23 67:9
**anson's**  33:18
38:25 57:17
**answer**  27:10 30:7
42:13
**answers**  7:20
**anti**  53:21 54:24
**anybody**  61:7,15
62:11
**apart**  61:16
**apologize**  61:18
**apologized**  61:12
**appear**  19:4 33:13
33:23 34:2,15
37:16 42:8
**appearances**  6:16
**appearing**  33:18
**appears**  20:9
21:24 33:2 41:8
41:18 44:8 59:17
**applicable**  52:13
**approximate**
45:19
**approximately**  5:3
45:25
**april**  16:6,10
65:20
**arrangement**  6:11

asking 7:6 44:7
asks 53:8
associate 31:8
    56:15
attached 31:13
attention 52:25
attorney 64:17,20
audio 5:12
august 24:21 46:6
    46:11,17,22 48:14
    49:16 50:10 52:11
    67:12,14
austin 4:5
authorization
    39:25
authorized 6:5
    12:21 13:9 15:7,8
    55:24 56:5
authorizing 31:23
availability 51:9
available 7:2
    48:25
avenue 3:5 4:4
aware 24:18 48:22

**b**

b 10:22 65:7
back 56:16 57:2
banker 36:2
basic 22:16
bates 27:19,24
    29:6 30:21 31:4
    32:14 35:4,12
    36:22 37:22 38:6
    39:6 46:11 49:16
    52:18,23 54:7
    59:11,14 66:7,10
    66:13,17,19,22,25
    67:4,12,14,18,21
    67:24
bears 31:3

beginning 57:4
begins 27:23 52:22
behalf 55:24
believe 17:7,14
    23:14 26:25 30:9
    35:25 38:8 39:20
    41:23 45:3 46:5
    47:13,22 48:20
    50:11 55:12 60:5
berkshire 20:10
best 45:23
beyond 61:23,24
blocked 59:4
bloomberg 49:2
bnp 30:5 31:10
    32:4,5 39:12,15
    40:2
bottom 56:10
break 56:14
brent 59:18,22
brief 50:12
bring 51:7 58:6,11
broker 31:11
brokerage 28:15
    28:21
brown 3:19
browsed 62:3
broyles 3:14 4:3
    25:17
bruce 12:22 20:5
business 13:23
    48:19

**c**

c 3:1 4:1 64:1,1
call 8:9 49:25
    52:24 53:5,10
called 8:7 22:9
    23:15 24:7 40:11
    47:7 48:5,11
    55:15 61:6,20

calls 42:10 50:9
    54:16
camera 5:9
canada 7:25
capacity 13:4
capital 1:5 5:20
    22:13 41:19 47:2
    69:2
carmelo 35:23
carried 58:17
case 7:5 28:12
    62:2 69:2
cataudella 35:24
    36:13
cayman 8:19
cc's 35:19
ccr 1:24
center 3:15
certain 8:15 34:11
    50:14
certification 55:16
certified 2:7
certify 64:4,9,15
    68:3
change 69:5
changed 48:18
chart 21:12,19
    55:5,8 66:3
chat 51:11
chats 37:22 38:9
    66:25
check 17:6
chief 21:5,6
chinese 50:5
chosen 26:8
civil 1:7 5:23 10:7
claimed 25:3
clarification 18:5
clarify 27:11
clear 7:9 60:13

colleague 57:9
collect 22:13
come 17:21 26:7
    40:6 56:16
comes 13:18
coming 42:6 50:2
commencement
    64:5
comment 44:14
commission 69:25
common 12:16,16
    39:16
communicate 61:3
communicated
    60:23
communication
    9:6
communications
    26:2
companies 49:8
    50:5
company 8:7 9:19
    21:8 24:7 43:11
    47:5,7 48:5,11,18
    48:23 49:5 52:13
completed 62:23
compliance 21:6
concerned 33:17
concerns 55:17,18
concludes 63:4
conducted 5:6
confer 56:15
conference 61:11
confidential 1:12
    7:1 8:1 9:1 10:1
    11:1 12:1 13:1
    14:1 15:1 16:1
    17:1 18:1 19:1
    20:1 21:1 22:1
    23:1 24:1 25:1
    26:1 27:1 28:1

29:1 30:1 31:1
32:1 33:1 34:1
35:1 36:1 37:1
38:1 39:1 40:1
41:1 42:1 43:1
44:1 45:1 46:1
47:1 48:1 49:1
50:1 51:1 52:1
53:1 54:1 55:1
56:1 57:1 58:1
59:1 60:1 61:1
62:1 63:1
**confirm** 25:18,21
**confirming** 37:14
**congress** 4:4
**connection** 5:9
28:6 29:13 33:13
33:19,24 34:7
35:8 50:11
**consent** 6:10
**consideration**
12:15 14:20 16:16
16:21 33:5
**contact** 46:6,18
47:4
**contacted** 24:20
48:12 58:15 60:7
60:10 62:6
**continue** 5:13 49:4
**continued** 4:1
**controls** 23:17,21
23:23,25 56:3
**conversation**
50:13,17,19 52:9
53:14 58:20
**conversations**
51:25
**cooperating** 53:24
**copy** 54:14
**correct** 7:16 8:20
12:19 13:7 14:13

15:9,10,16 16:2,3
16:8,13,19,20
17:14 20:21 22:11
22:18,23,24 23:18
23:22 28:8,9
29:14 30:16 31:16
31:18,25 32:2,9,23
33:2,3,9 34:9 35:9
35:10,22 36:4,13
36:14,18 37:4,5,12
37:17,18 38:12,13
38:22 39:3,12,13
40:4,9 41:23
46:19 47:21 50:7
51:13,16 53:18
54:3,18 55:18,19
56:7 60:12,18
62:8
**correctly** 34:23
37:11 50:6 51:12
57:20
**counsel** 3:3,13 4:9
5:18 6:10 11:8
61:19 62:23 64:17
64:20
**counsel's** 6:16
**court** 1:1 2:7 5:22
6:2,15 7:21 60:21
**covered** 56:12
**cross** 57:11 65:5
**custodian** 28:23
31:12
**customer** 53:21
54:21
**cv** 1:7 5:24

**d**

**d** 65:1
**dallas** 4:13
**daniel** 29:16
**data** 42:6,15

**date** 10:12 11:21
14:17 15:20 16:12
17:7 18:10 19:23
21:14 25:10 27:21
29:8 30:11,23
32:15 35:6 36:24
37:24 39:7 40:25
43:4 46:13 49:18
50:22 52:20 54:9
59:16 64:13 69:3
**dated** 11:19,23
14:9,15 15:14,18
16:6,10 20:22
25:8 27:19 29:6
30:21 31:2 32:13
32:24 35:4 36:22
39:5 46:11 49:16
50:21,25 52:18
54:7 65:11,14,17
65:20 66:4,6,9,12
66:16,18,21 67:3
67:11,13,15,17,20
**datoo** 59:19,23,25
60:14
**day** 61:20 68:11
69:22
**days** 50:2
**december** 11:19
11:23 12:12 17:19
24:24 25:9 26:9
27:19,23 28:25
29:6 30:21 31:2
32:7 65:12 66:5,7
66:10,13
**decide** 42:16
**decision** 13:13
**decisionmaker**
13:21
**decisionmakers**
13:17

**decisions** 19:14
**defendant** 1:9
3:13
**defendants** 57:13
**depends** 5:8
**deposition** 1:13
2:3 5:6,17 10:5,24
11:13 62:14 68:4
69:3
**describe** 8:13
19:11
**describes** 12:14
**detail** 45:5
**details** 48:8
**diem** 3:17
**diem.kaelber** 3:18
**diligence** 53:20
**direct** 6:22 65:3
**directed** 10:15
**directing** 39:25
**direction** 39:14
**directions** 44:21
**director** 20:6 23:3
23:7
**discovery** 55:9
**discussion** 28:10
33:10
**discussions** 52:6
**district** 1:1,2 5:22
5:23
**docs** 28:12,13
**document** 10:6
20:2 21:15 25:12
31:22 32:19 35:12
37:15 38:5 40:21
42:19 44:11 49:13
**documents** 11:5,9
28:14,16 55:4
**dragging** 61:12
**due** 53:20

**duly** 6:20
**dvp** 28:13,19,22

**e**

**e** 3:1,1 4:1,1 64:1,1 65:1,7
**earlier** 30:10 35:21 36:16 38:24
**early** 27:2 48:13 50:10
**ease** 9:5
**edmund** 3:19
**edmund.brown** 3:20
**eight** 45:25
**either** 27:2 41:14 46:3 50:16
**email** 13:8,9 15:7 15:8 25:8,13,16 27:18,23 28:11 29:5,11,12,21 30:20,25 31:13 35:3,7,13 36:5,11 36:21 39:4,11 46:7,10,18,21 47:23 48:13 49:15 49:22,24 50:12,20 50:25 52:17,25 54:6,13 66:4,6,9 66:12,18,21 67:2 67:11,13,15,17,20
**emails** 28:6 47:15 52:22
**employee** 64:16,19
**engaged** 47:3
**entered** 15:15
**entities** 9:15 22:22 31:25 41:11
**entitled** 32:19
**entity** 8:10,14,19 23:16,23 41:20 44:16 53:7
**entry** 31:14
**errata** 69:1
**error** 41:19
**esq** 3:8,10,17,19 4:6,15,19
**et** 51:6
**exact** 17:6 24:18 30:11 35:16
**exactly** 26:24 27:3
**examination** 6:22 57:11 64:5 65:3,5
**example** 48:17
**exchange** 31:2
**exchanged** 28:6 59:18
**exchanges** 29:12
**exercise** 16:24 17:11 32:11,13,19 32:20 33:5,8,14,19 35:9 36:7 38:21 39:17 40:6 66:16
**exercised** 17:3,5 32:21
**exhibit** 10:4,6,9,10 10:22 11:17,18 14:8,14,23 15:12 15:17 16:4,9 18:7 18:8,13 19:19,20 20:2 21:10,11,18 25:7,8,13 27:16,16 27:18 29:4,5,9 30:19,20,25 32:11 32:12,18 35:2,3 36:20,20,21 37:2 37:21 38:2,2 39:4 39:10,10 40:22,23 42:20,24,25 46:9 46:10,14 49:14,15 49:19 50:20,25 52:16,17,21 54:5,6 54:10 55:15 59:2 59:5,13 60:20 65:8,10,13,16,19 65:22,24 66:2,4,6 66:9,12,15,18,21 66:24 67:2,6,8,11 67:13,15,17,20,23
**exhibits** 17:16 24:12 59:5
**exist** 41:14,18
**existed** 41:20
**existing** 58:17
**expires** 69:25
**explain** 51:17
**extent** 43:25 61:13

**f**

**f** 64:1
**facilitate** 36:8 37:7
**fact** 48:4 55:10
**fair** 13:16 19:17 37:13
**familiar** 8:2,6 24:6 24:7 40:11 45:8 45:11 48:8
**family** 19:15 41:11 45:15
**far** 20:7
**february** 15:14,18 65:18
**feeder** 22:10
**file** 36:2 54:16
**filed** 5:22 61:8 62:2
**financial** 21:6
**financially** 6:8 64:21
**financing** 25:4
**financings** 44:25
**fine** 56:18
**fintech** 1:8 5:21 11:25 12:12 13:14 14:13 15:3,15,25 16:8,17 17:2,13 24:17 26:5,9 28:8 29:14 32:22 47:3 48:11 52:7,10 57:14,18 58:7,14 58:23 60:22,24 61:2,4,9 62:7 69:2
**firm** 45:12 47:2
**first** 6:20 17:18 18:18 28:7,11 29:13 35:13 44:9 46:2,5,21 62:10,15
**fisher** 3:14 4:3 25:17
**fisherbroyles.com** 3:18,20 4:7
**fits** 21:20
**fitzgerald** 3:19
**five** 51:5,10
**flagship** 8:17
**fleming** 3:8 6:22 7:4 18:6 27:13 43:22,24 44:19 56:11,20 57:6 62:18,25 65:4
**follow** 49:4
**following** 31:22 34:3 48:22 49:9 52:2 53:6
**follows** 6:21
**followup** 56:21 57:15
**foregoing** 64:10 68:3
**form** 20:24 30:7
**formal** 57:17
**former** 59:22
**forth** 64:14
**foundation** 42:12
**four** 17:10 44:14

**frome** 3:4
**front** 10:25 18:15
  27:25 29:10 38:2
  43:6 46:15 49:20
  54:11
**fruit** 47:8,20 48:6
  48:17 58:18
**ft** 1:5 5:19 7:5
  24:15,19,20 25:2
  45:12,16,21 47:2
  58:6,12,15,21 61:6
  61:15,19 62:4,12
  69:2
**ftft** 24:19,22 36:7
  38:16
**fully** 19:12
**fund** 8:16,17,18,23
  9:2,3,7,9,13,16,19
  9:22 13:6 17:22
  18:2,20,25 19:2,15
  20:11,18 21:21,23
  21:25 22:3,6,8,14
  22:15,16,23 23:2,5
  23:9,13 24:4 27:8
  31:16,20 32:5,6
  40:3,7 41:11,25
  42:2,4,22 43:3,18
  44:25 45:4 47:11
  47:19 55:18,22,25
  56:6 58:8 67:10
**fund's** 39:18 41:10
  44:2
**funds** 4:9,19 13:2
  13:5 17:20 18:9
  18:14,19,20,23
  19:9 20:14 21:7
  22:10,12,20 23:21
  23:25 25:17,22
  26:3 31:24 38:20
  40:5 41:5,7,7,18
  45:15,21 47:6,19

  48:4 53:7 54:17
  65:23
**further** 47:14 57:7
  64:9,15
**future** 1:8 5:21
  11:25 13:14 14:12
  15:3,15,25 16:8,16
  16:25 17:13 24:17
  26:5,9 28:8 29:14
  32:22 47:3 48:11
  52:7,9 57:14,18
  58:7,13,23 60:22
  60:24 61:2,4,8
  62:7 69:2

### g

**gardner** 29:17
**gathers** 42:15
**gears** 45:7
**general** 11:8 23:7
  23:11 24:3 55:21
  56:3 61:19
**generally** 51:18
**gentleman** 12:22
  21:2 34:12 35:20
  45:9
**gents** 36:6
**georgia** 1:2 5:23
**getting** 61:22
**give** 7:19 26:14
  34:13 45:19
**given** 63:5
**giving** 38:19
**glitch** 7:13
**global** 1:5 5:20 7:6
  24:8,16,19,20 25:2
  28:17 35:18 45:12
  45:16,22 47:2
  58:6,12,15,21 61:6
  61:15 62:5,13
  69:2

**global's** 61:19
**go** 5:15 15:11
**going** 5:2 7:6 10:3
  11:16 16:5 19:18
  21:9 26:17 32:10
  34:25 35:2 37:19
  39:9 40:10,20
  44:14 46:8 49:12
  49:13 50:24 51:21
  52:16 53:20 54:2
  57:2 59:2,6,10
  60:19 63:3
**good** 5:1 6:25
  37:10
**gould** 4:11
**gp** 23:15,24 24:3
**graphical** 41:19
**grodko** 35:14,15
  36:12 37:2,14
**group** 1:8 5:21
  11:25 15:16 47:4
  57:14 69:2
**guess** 43:10
**guys** 36:8

### h

**h** 6:19 65:7
**half** 15:2
**hansen** 29:17 31:3
  31:9,10 39:12
  60:11
**happened** 48:2
**harry** 34:12 57:16
**head** 7:21
**heading** 43:12
**hear** 7:14
**heard** 5:10
**held** 2:4 9:21
  32:22
**hello** 57:12
**help** 36:8

**hereinbefore**
  64:14
**hi** 51:4 53:4
**hidden** 36:17
**history** 48:2
**hold** 40:21
**holds** 8:19
**hopefully** 38:17
**hosted** 2:5
**hours** 11:14

### i

**identification**
  10:13 11:21 14:17
  15:20 16:12 18:11
  19:24 21:14 25:11
  27:21 29:8 30:23
  32:16 35:6 36:24
  37:24 39:8 41:2
  43:5 46:13 49:18
  50:23 52:20 54:9
  59:16
**identifies** 55:20,23
**identity** 36:17
**iii** 4:15
**immediately** 21:24
**include** 27:6 42:16
**included** 41:12
  55:4,11
**incoming** 37:9
**incorporated** 5:20
  5:21
**indicate** 24:25
**indicates** 12:8
**individual** 13:20
**individuals** 15:6
  19:4 55:23 59:20
**informal** 14:2
**information** 44:5
  44:13,15 51:22
  53:6,9,12 54:2
  58:22

**initial**  16:25 33:24 34:3
**instructions**  38:19 38:23
**interested**  6:8 51:8 64:21
**internet**  5:9 48:25
**introduce**  18:6
**invest**  13:13 22:14 58:13
**invested**  41:15 48:4 62:7
**investing**  40:16
**investment**  11:24 12:12 14:12 16:7 16:25 17:18,18,21 19:14 22:13 23:9 23:12 24:24 26:9 26:22 27:7 28:7 29:13 34:5,8 35:25 41:17,25 47:7,10 49:6 57:19 58:7,11,24 60:24 61:4,11
**investments**  8:15 8:16,25 9:8 17:12 17:25 22:7,9 24:4 24:11 26:18,25 27:5 41:22,25 42:22 43:3,17 44:2 45:3,15 67:10
**investor**  26:5 36:10 62:5,6,12
**investors**  22:13 25:3,20
**involve**  25:19
**involved**  57:18
**ioannou**  34:12,13 34:19 35:20 36:12 57:16

**islands**  8:19
**issuer**  51:23

**j**

**j**  3:8 4:6 68:1
**jack.lilley**  4:16
**jacqueline**  3:10
**james**  4:20
**january**  14:9,15 17:4,8 32:13,24 35:4,7 36:6,22 37:3 39:5 60:6 65:14 66:16,19,22 67:4
**jargon**  51:14
**jersey**  3:16
**jim**  5:25
**jma**  3:11
**john**  4:15
**jointly**  9:20 13:12
**journal**  31:14
**jpb**  1:7
**juice**  47:8,20 48:6 48:17 58:18
**june**  1:16 5:3

**k**

**kaelber**  3:17
**kassam**  13:20,22 14:3 19:5 56:4
**keep**  33:12 36:16 38:25 40:15
**kim**  29:16,18,19 30:12 38:11 53:16
**kim's**  29:21
**know**  7:10,15 20:7 21:3 23:11 24:20 27:13 30:7 35:16 35:23 42:7,14 44:12 51:8 53:21 54:20 57:23 60:3

**ko**  45:9 46:3,6,22 47:2 48:12 49:22 50:9 51:2,4,25 52:6,9 53:11,17,19 54:14 61:10,15,19
**ko's**  52:25
**ks**  49:10
**kyc**  54:16,19

**l**

**labeled**  59:11
**lane**  20:10
**late**  27:2
**latest**  50:4
**laundering**  53:22 54:24
**laura**  4:19
**law**  6:20
**lawsuit**  57:13 61:8 61:16,25 62:9
**lead**  27:6
**leading**  22:7
**learn**  24:15
**left**  47:16 49:24 59:9
**legal**  2:6 4:20
**levenstadt**  59:18 59:22
**li**  25:16
**license**  2:8,10 64:25
**lilley**  4:15 11:9 27:9 30:6 42:10 43:19 44:9
**limited**  9:9,13 22:8 23:8 55:21
**line**  69:5
**lines**  22:6
**liquid**  51:7
**list**  10:24 25:2,20 25:21,22,24 41:7 43:10,16 44:7,23

62:7,12,15
**listed**  10:21 15:6 19:6,6 25:22 50:4
**listing**  25:17
**lists**  20:5
**little**  60:2,15
**llc**  8:7 10:11,15 19:22 20:5 21:13 23:15,24 24:3 65:9 66:1,3 69:1
**llp**  3:4,14 4:3,11 9:2
**long**  8:3
**longer**  40:19 49:6
**look**  10:5,22 12:4 14:7,10 18:18 28:2 31:21 38:14 39:23 41:6 43:9 43:15 44:22 46:21 47:14 49:23 55:4
**looking**  12:6 14:22 20:24 25:24 35:11 36:6 42:2 48:13 48:24
**losing**  56:9
**lot**  44:20
**lp**  8:16 13:2,5 20:12,14 21:7 22:9,21 23:9,13,21 23:25 24:4 41:19

**m**

**m**  6:19 64:2,24
**ma**  3:10
**making**  7:2
**manage**  9:20 19:14 22:23
**managed**  41:7
**management**  9:2 9:13,19 13:2,5 20:12,14 21:7 22:21 23:21,24,25

53:8 54:17
**manager** 19:7
  29:20
**managers** 59:24
**managing** 12:25
  13:4
**manner** 6:12
**mark** 11:16 17:16
  19:19 27:16 32:10
  35:2 36:20 39:10
  42:19 46:8 49:13
  50:24 52:16 59:10
**marked** 10:4,12
  11:16,20 14:16
  15:19 16:11 18:10
  18:12 19:23 20:2
  21:13,17 24:12
  25:10 27:20 29:7
  30:22,25 32:15,18
  35:5 36:23 37:23
  39:7 40:25 42:24
  43:4 46:12 49:17
  50:22 52:19,21
  54:8 59:15
**marking** 25:12
  37:25
**martin** 4:11
**master** 8:16,18,23
  9:3,7,8,21 13:6
  17:21 18:2,20
  19:2 21:23,25
  22:3,6,14,15,23
  23:2,9,12 24:4
  27:7 31:16,20
  32:5 39:18 40:3,7
  41:17,24 42:2,4,22
  43:3,18 44:2,25
  45:4 55:18,22,25
  56:5 58:8 67:10
**material** 51:22
  53:16,16 58:22

**matter** 5:19 11:10
**matters** 13:18
**maureen** 1:24 2:7
  6:3 64:2,24
**mean** 27:12 51:17
  58:10
**meaning** 25:19
**measure** 43:25
**media** 5:16 57:4
  63:6
**member** 12:25
  13:4 22:4
**mention** 37:9
**mentioned** 30:8
  35:21
**message** 39:19
  59:11,14,17 67:23
**messages** 37:22
  38:7 66:25
**met** 46:3
**miami** 61:11
**microsoft** 37:21
  38:8 66:24
**middle** 38:15
**midst** 57:21
**million** 14:25 15:2
  15:25
**minutes** 51:5
  56:16
**mmpi** 60:9
**moez** 13:20
**monday** 51:11
  52:3
**money** 18:2 32:4
  53:21 54:24
**moore** 21:3,4,5
**morning** 5:1 6:25
  7:3,7 37:3
**moved** 20:15

**n**

**n** 3:1,17 4:1 6:19
  6:19 65:1
**name** 5:25 7:4
  33:12,18,22 34:2,6
  34:14 37:9 38:25
  41:5 48:18 51:7
  57:17 69:2,3
**named** 12:22 21:2
  34:12 35:14 45:9
**names** 41:13,16
  43:11
**nasdaq** 51:7
**nathoo** 1:14 2:4
  5:18 6:25 7:1,23
  8:1 9:1 10:1,10
  11:1,18 12:1 13:1
  14:1,14 15:1,17
  16:1,9 17:1 18:1,8
  18:12 19:1,20
  20:1 21:1,11 22:1
  23:1 24:1 25:1,8
  25:14 26:1 27:1
  27:18,22 28:1
  29:1,5 30:1,20
  31:1,16 32:1,12,17
  33:1 34:1 35:1,3
  36:1,21 37:1,21
  38:1 39:1,4 40:1
  40:23 41:1 42:1
  42:25 43:1 44:1
  44:22 45:1 46:1
  46:10 47:1 48:1
  49:1,15,20 50:1,20
  51:1 52:1,17,24
  53:1 54:1,6 55:1
  56:1 57:1,6,12
  58:1 59:1,9,13
  60:1 61:1 62:1,19
  63:1,5 64:6 65:2,8
  65:10,13,16,19,22

65:24 66:2,4,6,9
  66:12,15,18,21,24
  67:2,6,8,11,13,15
  67:17,20,23 68:6
  69:3,21
**nature** 27:5
**need** 28:12
**negotiation** 57:21
**neither** 64:16,19
**never** 41:15,20
**new** 3:6,6,16 6:1
  20:16 69:1
**night** 53:2
**nod** 7:20
**non** 51:22 58:22
**northern** 1:2 5:23
**notary** 2:10 68:13
  69:25
**note** 5:5
**noted** 6:15
**notice** 2:6 32:11
  32:12,19,20 37:8
  43:21 66:15
**number** 16:17
  45:20,25
**numbers** 42:3

**o**

**o** 6:19,19
**oath** 6:6
**objection** 27:9
  30:6 42:10 43:19
**objections** 6:12
**obtained** 20:3
**october** 52:18,22
  54:7 67:18,21
**offering** 33:25
**offerings** 45:16,20
**office** 20:11,13,16
  20:19
**officer** 6:21 21:6,7
  23:7

**official** 39:24
**offshore** 22:7
**oftentimes** 49:7
**okay** 9:24 11:15
  13:3 14:2,6 19:3
  20:17 21:9,23
  22:5 23:19 25:6
  32:10 38:10 39:23
  40:5,14 41:16,24
  42:18 46:20 48:3
  48:10 52:15 56:17
  57:4 58:6 59:7
  61:23 62:16
**old** 20:13
**olshan** 3:4
**olshanlaw.com**
  3:9,11
**once** 49:3
**ontario** 20:20
**open** 10:9 28:14
  28:17
**opening** 28:11,13
**operate** 20:18
**operated** 20:15
**operates** 20:12,14
**operations** 20:18
  29:19 31:7
**opportunity** 58:7
  58:13
**orally** 34:22
**order** 32:6
**org** 55:5,8
**organization**
  21:19
**organizational**
  21:12 66:2
**original** 50:12
**otw** 51:7,14
**outcome** 6:9
**outside** 43:20
  44:16

**overbroad** 43:20
**overlook** 3:15
**owns** 21:25

**p**

**p** 3:1,1 4:1,1
**p.m.** 46:23 51:11
  56:24 57:3 63:3,9
**page** 10:22,23 12:5
  12:8 14:11,21
  15:22 16:14 18:19
  31:22 39:24 41:6
  43:10,16 44:23
  69:5
**pages** 44:15
**paid** 12:11 14:19
  14:25 16:16 33:5
  33:7
**paperwork** 37:17
  39:2
**paragraph** 29:22
**paribas** 31:11
**part** 13:22 19:2
  47:10 54:15
**participants** 5:10
**participated** 13:13
  43:18 45:2,4,21
**particular** 33:16
  33:21 51:23
**parties** 5:14 64:18
**partner** 23:7,8,12
  24:3 56:3
**partners** 14:4 24:8
  55:21
**partnership** 55:16
  55:17
**party** 6:7
**pass** 62:16
**patrick** 45:9 46:25
  61:10,14,18
**people** 19:13 47:8
  47:20 48:5,17

58:18
**person** 23:20 46:4
**personally** 9:16
**phillips** 4:11
**phone** 34:24 46:3
  50:13,16,19
**picked** 7:21
**place** 5:14 64:13
**placement** 24:10
  24:17 26:12,13
  40:12,24 41:4
  42:9,14,21,25 44:6
  45:16,22 51:21
  67:7,8
**placements** 43:12
  44:23
**plaintiff** 1:6 3:3
  5:19 7:5
**please** 5:5 6:17
  7:10 8:13 25:18
  28:3 38:16 51:8
**point** 16:23 26:19
  33:11 40:18 41:12
  43:22 50:9
**portfolio** 8:20 9:20
  19:7 47:25 59:24
**position** 23:2,6
  35:17 47:5
**positions** 19:8,10
**possession** 60:9
**potential** 58:16
**preparation** 11:12
**prepare** 11:4
**present** 4:18 58:12
**press** 49:10
**previously** 24:16
  30:8
**prime** 31:11
**princeton** 3:16
**principals** 19:6

**print** 33:13
**prior** 26:22 64:4
**problems** 7:13
**proceed** 6:24 57:5
**proceedings** 63:8
  64:11
**process** 53:22
**produced** 38:5
  55:9
**professional** 2:9
  64:3
**protected** 62:6,12
**provide** 51:21
  58:21 60:20
**providing** 53:25
**public** 2:10 19:21
  20:4 51:22 58:22
  65:25 68:13 69:25
**purchase** 11:19,22
  12:16 14:9,15
  15:14,18 16:6,10
  17:10 18:3 32:6
  65:11,14,17,20
**purchased** 39:17
**purchases** 22:15
**purpose** 18:25
**pursuant** 2:6
  11:25
**put** 7:15 45:24

**q**

**quality** 5:7,8
**question** 7:20
  27:14 42:13 44:4
  44:11,17,20
**questions** 7:7,8
  10:20 56:12,21
  57:7,15 62:19,24
**quite** 30:5 34:11

**r**

**r**  3:1 4:1 64:1 68:1
**raise**  44:10
**raised**  44:4
**ran**  41:4 42:20
  61:10
**ratto**  1:24 2:7 6:3
  64:2,24
**read**  37:10 50:6
  51:12 61:25 68:3
**reason**  26:14
  33:16,22 42:8
  69:5
**reasons**  34:14
**recall**  26:24 27:3
  30:11 33:10 34:23
  45:5 47:25 48:15
  50:8,13,15,18
  51:24 52:4,5
  53:10,13 57:20
**received**  10:11
  11:20 12:15 14:16
  14:20 15:2,19,24
  16:11,18,22,24
  18:10 19:22 21:13
  21:16 25:9 27:20
  29:7 30:22 32:14
  35:5 36:23 37:23
  38:25 39:7 40:25
  42:23 43:4 46:12
  47:11 49:17 50:22
  52:19 54:8 59:15
  61:20
**recess**  56:25
**recited**  14:21 33:6
**recites**  16:15
  46:25
**recognize**  43:17
  44:24
**recollection**  11:10
  25:15,25 45:24

52:8
**record**  5:2,15
  56:23 57:3 63:3
**recorded**  5:12,17
**recording**  5:7,13
**referring**  9:8
  28:14,16 30:16
  46:18 47:23 60:4
  60:14,16
**reflecting**  38:24
**reflects**  15:23 32:3
**reform**  44:17,19
**refresh**  11:10
  25:25
**refreshes**  25:15
**regarding**  24:21
  58:23
**regards**  47:4
  58:16 60:6
**registered**  2:9
  53:7 64:3
**related**  6:6
**relationship**  24:19
**relative**  64:16,19
**releases**  49:11
**remain**  49:7
**remember**  30:14
  36:10 48:3
**reminding**  36:15
**remote**  6:11,13
**remotely**  7:3
**rephrase**  60:25
**report**  19:21 20:4
  40:23 41:3 42:23
  43:2 65:25 67:6,9
**reported**  1:23
**reporter**  2:8,9 6:3
  6:15 7:22 18:5
  60:21 64:3
**reporting**  6:13
  69:1

**represent**  7:5
  57:13
**representative**
  10:16,19
**representing**  6:1
**request**  34:3,18,21
  36:16 57:17,24
**requested**  26:11
  33:25 53:12,25
**respect**  17:17
**respond**  47:15
  51:10
**responded**  52:12
**response**  21:16
  36:25 37:2,6
  49:23 51:3
**responsibilities**
  19:12
**retained**  63:7
**return**  15:24
**reveal**  36:9
**reviewed**  11:9
**reviewing**  11:5
**right**  14:23 15:11
  32:8 39:2,14,18
  40:8 42:7 52:5
  54:21 62:25
**rights**  25:4
**roberts**  4:20 5:25
**roles**  59:21
**rpr**  1:24 64:24

**s**

**s**  3:1 4:1 65:7 69:5
**salvatori**  4:19
**saw**  15:9 24:12
  62:11,15
**saying**  25:18 37:6
  44:12 49:24
**says**  18:19 29:22
  36:6 37:8 38:15
  49:25 53:4 59:25

**scope**  43:20 44:17
**screen**  5:11 7:15
  56:10 59:6
**screenshots**  18:8
  18:13 65:22
**second**  39:24
  40:22 41:6
**secretary**  19:21
  20:3 65:25
**securities**  8:20
  9:21 11:18,22
  14:8,14 15:13,17
  16:6,9 17:10 18:3
  22:16 32:7 54:20
  65:10,13,16,19
**see**  7:14 10:8
  14:22 22:19 24:2
  25:15,22 29:22,24
  41:6 43:12 46:23
  47:16,24 53:3
  55:5
**seen**  5:11
**selected**  26:8
**send**  38:16 53:6
**sends**  53:15
**sense**  14:3 37:7
**sent**  46:7 48:12
  49:23 55:6
**separate**  61:15
**september**  50:21
  50:25 52:2 53:2
  67:16
**served**  10:15
  21:17 24:16
**service**  40:11,17
**set**  64:14
**settle**  28:12,18
**setup**  20:20
**share**  59:5,6
**shares**  12:15 15:2
  15:25 16:17,22

39:5,16,20 67:3
**sharing**  60:20
**sheet**  69:1
**short**  56:14
**show**  10:3 11:15
  14:7 16:5 19:18
  21:10 25:7,14
  26:17 27:15 29:3
  30:18 34:25 36:19
  37:19 39:9 40:10
  40:20 42:18 49:12
  52:15 54:4 59:2
**showing**  19:25
  21:15 27:22 30:24
  32:17 42:22
**shows**  21:20
**side**  55:13,13
**sign**  55:24
**signatories**  56:5
**signatory**  12:21
  13:9 15:7
**signature**  12:5,8
  14:11,21 15:22
  16:14 32:25 64:24
**signed**  31:23
**signing**  21:3
**simply**  48:24
**single**  45:5
**situation**  61:13
**six**  36:5
**sky**  47:8,20 48:5
  48:17 58:18
**sold**  49:3
**sole**  22:3 24:3
**solutions**  2:6
**sorry**  9:2 30:4
  35:8 39:15 58:3
  61:18
**sounds**  48:7
**source**  44:5

**speaking**  11:5
**special**  18:25
**specialist**  4:20
**speculation**  42:11
**spent**  11:12
**spoke**  22:22
**spoken**  11:7,8
**spv**  8:7,9,12,14
  9:25 10:11,15,16
  11:24 12:5,9,11,22
  13:18,21 14:12,25
  15:15,24 16:8,16
  16:22,23 17:12,20
  18:2,22,24 19:22
  20:5,6 21:12,20,24
  22:2,4 26:7,12,15
  26:18,22 27:5,7
  28:7,12,20,22 30:4
  30:16 31:12,14
  32:6,21 36:10
  38:6,16 39:16
  40:2 42:8 44:3
  55:10 58:8 65:9
  66:1,3
**spv's**  61:3
**stamp**  27:24 31:4
  35:12
**stamped**  38:6
  52:23
**stand**  63:2
**state**  19:21 20:3
  65:25 68:13
**states**  1:1 30:13
**stenographically**
  64:12
**steps**  11:3
**stock**  12:16,16
  39:16
**stopped**  58:20
**strange**  34:18

**street**  4:12
**string**  46:22
**structure**  21:21
  22:17
**subject**  53:11
  54:16
**submitted**  25:2
**subpoena**  10:7,10
  10:14,19,21,23
  21:17 61:21,22
  65:8
**subscribe**  40:18
**subscribed**  12:9
  68:10 69:22
**subscription**  15:23
**subsequent**  17:25
**suite**  4:4 20:10
**sure**  37:8 39:21
  42:6,16 58:10
**swear**  6:17
**swearing**  6:14
**switch**  45:6
**sworn**  6:20 64:6
  68:10 69:22

### t

**t**  6:19 64:1,1 65:7
  68:1
**taheer**  59:19,23,25
**tail**  25:3,20
**take**  5:14 10:22
  12:4 14:7,10
  39:23 41:6 43:9
  44:22 46:21 55:3
  56:14
**taken**  5:18 11:3
  56:25 60:2,14
  64:11
**talk**  61:7
**talked**  61:14
**team**  19:13

**teams**  37:22 38:8
  59:11,13 66:25
  67:23
**tech**  30:3
**technical**  7:12
**teleconference**  2:5
**telephone**  50:9
**tell**  8:12 12:23
  31:5 35:14 44:24
**telling**  37:15
**ten**  8:5 11:14
  45:25 56:16
**term**  9:6 14:3
  51:18
**terminology**  7:9
**terms**  11:4 57:22
**testifies**  6:21
**testify**  10:7 64:6
**testimony**  11:4
  63:5
**texas**  4:5,13 19:20
  20:4,19 65:24
**text**  38:7
**tfleming**  3:9
**thank**  7:2 9:11
  11:11 14:6 17:9
  17:15 19:3 22:5
  45:6 51:9 56:2
  57:8 62:20,21
**thanks**  51:11
**think**  10:23 56:11
**third**  29:22 43:10
**thomas**  3:8 7:4
**throckmorton**
  4:12
**tim**  29:17
**time**  11:11 24:21
  24:23 26:21 29:23
  30:5,14 33:11
  34:4 40:15,15
  41:12 46:2,5 57:8

62:10,15 64:13
**timothy**  31:3
**today**  11:4 36:7
  51:6 57:8
**today's**  63:4
**told**  26:3 34:6
  48:16,21
**tony**  21:3 53:4
**top**  35:13
**topics**  10:20,24
**toronto**  7:25
**totality**  17:12
**track**  40:15
**tracker**  40:12,24
  41:4 42:9,15,21
  43:2 44:6 67:7,9
**trades**  28:18
**trading**  30:4
**transaction**  36:2
  37:16 48:7 52:11
  58:16 60:6,8
**transactions**  30:9
  50:2,4
**transcript**  59:11
  59:14 64:11 67:24
  68:3
**transfer**  31:24
  32:3 39:5,15,20
  40:2 67:3
**transmitted**  53:17
**trouble**  53:5
**true**  9:24 17:24
  64:10
**truth**  64:7,7,8
**try**  7:16
**trying**  33:11 43:24
**two**  9:14,15 13:12
  22:6,21 31:24
  55:13 63:6
**type**  41:19 43:12

## u

**u**  68:1
**u.s.**  5:22 53:7
**unclear**  7:8
**underlying**  8:15
**understand**  9:7
  10:18 51:18,20
  53:19 62:4
**understanding**
  54:25 62:9
**understood**  37:14
**unit**  5:16 57:4
**united**  1:1
**units**  63:6
**unusual**  34:17
**uploading**  59:5
**use**  9:6 26:11,15
  40:15
**uses**  44:6

## v

**v**  1:7 69:2
**vague**  27:9
**various**  25:17
**vehicle**  18:25
**verbal**  7:20
**veritext**  2:5 6:1,4
  63:7 69:1
**versus**  5:20 27:7
  44:2
**video**  4:20 5:13,17
  6:11
**videoconference**
  1:15
**videographer**  5:1
  6:2,23 56:8,9,23
  57:2 62:22 63:2
**videotape**  1:13 2:3
**virtually**  2:4 5:7

## w

**w**  4:15
**waive**  6:11
**wall**  51:15,19 60:2
  60:15,17
**want**  25:6,14
  33:22
**wanted**  26:14
**warrant**  17:11
  33:7,14,19 39:21
  47:5
**warrants**  12:17
  16:24 17:5 32:22
  33:6 35:9 36:7
  38:21 39:17 40:6
  47:12,16,18,24
  49:4,24 52:10,12
  58:17,19,24
**watchlist**  49:8
**we've**  10:4 30:14
  30:24 44:20
**website**  18:9,14
  65:23
**weeks**  50:3
**wick**  4:11
**wickphillips.com**
  4:16
**wildfong**  31:3,6,7
  38:11,20 39:11
  53:15 54:14
**william**  4:6 29:17
**william.akins**  4:7
**window**  10:6
**winson**  12:23,23
  13:17 19:5 20:5
  23:17,20 24:2
  31:23 32:25 39:25
  56:2
**wire**  37:9 38:16,17
**wired**  18:2

**wiring**  38:20
**withdraw**  27:14
**witness**  4:10 5:11
  6:14,17 56:18
  62:17,21 65:2
**witnesses'**  69:3
**wolosky**  3:4
**work**  7:23,24 9:15
  13:24
**worked**  8:3
**works**  9:22 31:10
  35:17
**world**  54:20
**writes**  29:21 51:4
**writing**  34:22

## x

**x**  1:4,10 65:1,7
**xi01165**  2:8

## y

**y**  3:10
**years**  8:5
**yesterday**  41:4
  42:20
**york**  3:6,6 6:1
  69:1

## z

**zach**  35:14
**zoom**  1:15 2:4

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.



DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.