# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| FT GLOBAL CAPITAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:21-cv-00594-JPB |
| | ) |
| FUTURE FINTECH GROUP, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## JOINT MOTION TO EXTEND DEADLINE TO FILE CONSOLIDATED PRETRIAL ORDER AND SET TRIAL DATES

Plaintiff and Defendant, by and through their respective counsel (together, the "Parties"), jointly request that this Court (i) extend the deadline for the Parties to file a consolidated pretrial order to November 17, 2023, and (ii) set date(s) for the trial of this action (which the Parties anticipate will require up to two days).

In support of this Joint Motion, the Parties state as follows:

1. On August 31, 2023, the Court denied Defendant's Motion for Summary Judgment and directed the Parties to file a consolidated pretrial order by September 21, 2023. (ECF No. 43 at 26).

2. On September 20, 2023, the Parties jointly moved the Court to extend the deadline to file the consolidated pretrial order due to mediation that was tentatively scheduled to occur on or before October 21, 2023. (ECF No. 44, at 1-2).

3. On October 16, 2023, the Parties conducted a mediation. The mediation did not result in a resolution.

4. On or about October 18, 2023, Defendant retained new trial counsel (Seiden Law LLP). Seiden Law LLP will be substituting in as the new replacement trial counsel for Defendant with the Court's permission and FisherBroyles, LLP will seek the Court's permission for withdrawal as counsel for Defendant by consent of Defendant by filing a Certificate of Consent pursuant to L.R. 83.1 requirements.

5. On October 20, 2023, the Parties met and conferred regarding an extension of the deadline to file the consolidated pretrial order as well as the trial date(s) in this action. Incoming counsel for Defendant requested that the date for the pretrial order be adjourned to November 17, 2021. Counsel for plaintiff consented on condition that Defendant agree to request the Court to schedule a date for trial so that Plaintiff will not be prejudiced by further delay.

6. The Parties respectfully request that the Court (i) adjourn the October 27, 2023, deadline to file a consolidated pretrial order to November 17, 2023, and

(ii) set date(s) for the trial of this action (which the Parties anticipate will require up to two days).

7.    A proposed Order granting the relief requested in this Joint Motion is attached as Exhibit A.

Dated: October 24, 2023

Respectfully submitted,

| | |
|---|---|
| */s/ Eric Lang* | */s/ Diem N. Kaelber* |
| Georgia Bar. No. 435515 | Georgia Bar No. 0087155 |
| LANG LEGAL GROUP, LLC | FISHERBROYLES, LLP |
| 2566 Shallowford Road | 21081 Canyon View Drive |
| Suite 104, No. 230 | Saratoga, CA 95070 |
| Atlanta, Georgia 30345 | (408) 898-3170 |
| elang@langlegal.com | diem.kaelber@fisherbroyles.com |
| | |
| Thomas J. Fleming | Vincent Bushnell |
| Jacqueline Y. Ma | Georgia Bar No. 098999 |
| OLSHAN FROME WOLOSKY LLP | FISHERBROYLES, LLP |
| 1325 Avenue of the America | 3340 Peachtree Road NE |
| New York, New York 10019 | Suite 1800 |
| (212) 451-2213 | Atlanta, GA 30326 |
| TFleming@Olshanlaw.com | (678)-902-7190 |
| JMa@Olshanlaw.com | vincent.bushnell@fisherbroyles.com |
| | |
| **Attorneys for Plaintiff** | William J. Akins |
| | FISHERBROYLES, LLP |
| | 501 Congress Avenue, |
| | Austin, TX 78701 |
| | (214) 924-9504 |
| | william.akins@fisherbroyles.com |

/*s*/ Amiad Kushner
SEIDEN LAW LLP
*Pro Hac Vice application pending*
322 8th Avenue, Suite 1200
New York, NY 10001
(646) 766-1914
akushner@seidenlaw.com

Ian Weiss
SEIDEN LAW LLP
*Pro Hac Vice application pending*
322 8th Avenue, Suite 1200
New York, NY 10001
(646) 766-1705
iweiss@seidenlaw.com

Xintong Zhang
SEIDEN LAW LLP
*Pro Hac Vice application pending*
322 8th Avenue, Suite 1200
New York, NY 10001
(646) 602-1262
xzhang@seidenlaw.com

***Attorneys for Defendant***

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing memorandum has been prepared in 14-point Times New Roman font and complies with LR 5.1, NDGa and LR 7.1(D), NDGa.

/s/ *Diem N. Kaelber*
Diem N. Kaelber
Georgia Bar No. 0087155