THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FT GLOBAL CAPITAL, INC.,              ) | |
|                                        ) | |
|    Plaintiff,          ) | |
|                                        ) | |
| v.                                     ) | Case No. 1:21-cv-00594-JPB |
|                                        ) | |
| FUTURE FINTECH GROUP, INC.,           ) | |
|                                        ) | |
|    Defendant.          ) | |
|                                        ) | |

**ORDER**

This matter comes before the Court upon Plaintiff and Defendant's Joint Motion to Extend Deadline to File a Consolidated Pretrial Order and Set Trial Dates. Having considered the Motion and being duly advised, the Court finds the same should be **GRANTED**.

The parties are **HEREBY ORDERED** to file the consolidated pretrial order required by Rule 16.4 no later than November 17, 2023.

It is further **ORDERED** that the trial in this matter shall be conducted from _____, _____ 20\_\_\_\_ and continue through _____, _____ 20\_\_\_\_.

**SO ORDERED** this _____day of October 2023.

_____
J.P. BOULEE
United States District Judge