**UNITED STATES DISTRICT
COURT NORTHERN DISTRICT OF
GEORGIA ATLANTA DIVISION**

| | | |
|---|---|---|
| FT GLOBAL CAPITAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:21-cv-00594-JPB |
| | ) | |
| FUTURE FINTECH GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

The Court hereby GRANTS Parties' Joint Motion to Bring Materials and Electronic Equipment into the Courthouse in connection with the trial scheduled to commence at 9:00 AM on Monday, January 8, 2024, in courtroom 1908. Parties' counsel and paralegal identified immediately below may bring boxes and/or baggage containing: notebooks; documents; laptop computers; flat screen monitors; power and video cables for the equipment; portable table stands for the equipment; laser pointers; cell phones; electronic tablets and iPads; printers into the Courthouse on January 8, 2024 through the duration of trial.

- Lea Dearing
- Amiad Kushner
- Xintong Zhang
- Ian Weiss
- Fan Fei
- Diego Plaza Homiston

- Thomas Fleming
- Eric Lang
- Jacqueline Ma
- Blake Livingstone
- Cameron Smith
- Andrew Rudolph
- Bobby Nahill

Proper identification will be required upon entering the security station on the plaza or lower plaza level.  Any equipment shall be subject to inspection by the United States Marshal's Service and recording of court proceedings is strictly prohibited.  Permission is hereby granted to the aforementioned individuals in this Order.

**IT IS SO ORDERED** this 3rd day of January, 2024.

J. P. BOULEE
United States District Judge