THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FT GLOBAL CAPITAL, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FUTURE FINTECH GROUP, INC., ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:21-cv-00594-JPB |

## JOINT AMENDED STIPULATED FACTS

Plaintiff FT Global Capital, Inc. ("Plaintiff" or "FT Global") and Defendant Future Fintech Group, Inc. ("Defendant" or "Future Fintech") stipulate[1] to the following facts, which require no proof at trial and seek to have become part of the evidentiary record in this case.

**A. Parties**

1. FT Global is a company incorporated in the State of Georgia that offers capital-raising services for companies that are publicly listed on U.S. stock exchanges.

2. FT Global was incorporated in 2006. FT Global's principal offices are in Miami Beach, Florida.

---

[1] A redline version of this document is attached as Exhibit A.

3. At all relevant times, Mr. Patrick J. Ko ("Mr. Ko") was the owner and sole principal of FT Global.

4. Future Fintech is a blockchain technology R&D application corporation incorporated in the State of Florida.

5. Defendant's stock is publicly traded on the NASDAQ Stock Market under the ticker symbol "FTFT".

6. Future Fintech maintains its business headquarters at 1177 Avenue of the Americas, New York, New York 10036.

7. At all relevant times, Mr. Shanchun Huang ("Mr. Huang") was the Chief Executive Officer of Defendant.

**B. Plaintiff's Placement Agent Agreement With Defendant**

8. On July 28, 2020, FT Global and Future Fintech entered into an Exclusive Placement Agent Agreement (the "PAA").

9. The term of the Agreement ended on October 28, 2020.

10. During the term of the PAA, FT Global introduced L1 Capital to Future Fintech. However, L1 Capital and Future Fintech failed to reach an investment agreement.

11. On November 2, 2020, Mr. Patrick Ko of FT Global sent an email to Mr. Huang and other representatives of Future Fintech. This email stated, among other things, that FT Global was "sending [Future Fintech] the enclosed Protected

Investors List for our Tail Period." The document included two attachments, one of which was the "Protected Investors List" (the "Investors List").

12. The "Investors List" listed 12 entities together with their "affiliates" that FT Global said it had "introduced or contacted on behalf of [Future Fintech] with regards to its capital-raising activity."

**C. Events Involving Alliance Global Partners**

13. On December 14, 2020, Alliance Global Partners ("AGP") and Future Fintech executed an engagement agreement for AGP to raise capital for Future Fintech.

14. With AGP as its placement agent, Future Fintech raised capital in four transactions occurring in December 2020, January 2021, February 2021, and April 2021.

15. The two investors for each of Future Fintech's four capital raises were A&T SPV, LLC ("A&T") and Tech Opportunities, LLC ("Tech Opps").

16. The names of these investors were not publicly disclosed by Future Fintech or AGP.

17. On December 29, 2020, FT Global sent Future Fintech an "initial demand email" and claimed that Future Fintech "consummated a securities purchase transaction with "at least two buyers as a result of [FT Global's] services."

18. Using AGP as its placement agent, Future Fintech raised $34,950,006.80 from A&T in the following four transactions:

19. $4,000,003.50 paid in a December 24, 2020 transaction for 2,105,265 shares of Future Fintech stock and 2,105,265 warrants to buy shares;

20. $7,500,000.00 paid in a January 11, 2021 transaction for 1,500,000 shares of Future Fintech stock;

21. $5,950,000.00 paid in a February 11, 2021 transaction for 1,000,000 shares of Future Fintech stock;

22. $17,500,003.30 paid in a April 1, 2021 transaction for 2,868,853 shares of Future Fintech stock.

23. Using AGP as its placement agent, Future Fintech also raised $ 34,950,006.80 from Tech Opps in the following four transactions:

24. $4,000,003.50 paid in a December 24, 2020 transaction for 2,105,265 shares of Future Fintech stock and 2,105,265 warrants to buy shares;

25. $7,500,000.00 paid in a January 11, 2021 transaction for 1,500,000 shares of Future Fintech stock;

26. $5,950,000.00 paid in a February 11, 2021 transaction for 1,000,000 shares of Future Fintech stock;

27. $17,500,003.30 paid in an April 1, 2021 transaction for 2,868,853 shares of Future Fintech stock.

28. On January 12, 2021, Future Fintech raised an additional $4,526,319.75 when A&T exercised warrants purchased in the December 24, 2020 transaction.

29. On January 20, 2021, Future Fintech raised an additional $4,526,319.75 when Tech Opps exercised warrants purchased in the December 24, 2020 transaction.

**D. This Litigation**

30. On January 14, 2021, FT Global filed this lawsuit.

31. During this litigation, Amin Nathoo testified at his deposition as a representative of A&T.

32. During this litigation, Richard Allison testified at his deposition as a representative of Hudson Bay Capital Management.

33. During this litigation, Carmello Cataudella testified at deposition as a representative of AGP.

### E. Further Stipulated Facts

34. The list of investors that Plaintiff FT Global Capital, Inc. sent to Future Fintech on November 2, 2021 included "Anson Funds Management LP and its affiliates" and "Hudson Bay Capital Management and its affiliates."

35. A&T SPV LLC and Tech Opportunities LLC, the investors in Future Fintech, were each affiliates of and controlled by Anson Funds Management and Hudson Bay Capital Management, respectively.

36. A&T SPV LLC and Tech Opportunities LLC were included on the list of investors that Plaintiff FT Global Capital, Inc. sent to Future Fintech on November 2, 2021, although they were not specifically named.

Each of the undersigned counsel for the parties hereby consents to entry of the foregoing pretrial order, which has been prepared in accordance with the form pretrial order adopted by this court.

*/s/ Eric C. Lang*
Counsel for Plaintiff

Eric Lang
Georgia Bar No. 435515
LANG LEGAL GROUP, LLC
2566 Shallowford Road, Suite 104, No. 230
Atlanta, Georgia 30345
(404) 384-2591
elang@langlegal.com

Thomas J. Fleming
Jacqueline Y. Ma
OLSHAN FROME WOLOSKY LLP
1325 Avenue of the Americas
New York, New York 10019
(212) 451-2213
TFleming@Olshanlaw.com
Jma@Olshanlaw.com

*/s/ Lea Dearing*
Counsel for Defendant

Lea Dearing
Georgia Bar No. 922882
BERMAN FINK VAN HORN P.C.
3475 Piedmont Road NE, Suite 1640
Atlanta, GA 30305
(678) 681-6014
ldearing@bfvlaw.com

Amiad Kushner
Xintong Zhang
Ian Weiss
Flora Fei (pro hac vice pending)
SEIDEN LAW LLP
322 8th Avenue, Suite 1200
New York, NY 10001
(646) 766-1914
akushner@seidenlaw.com

*Attorneys for Defendant Future FinTech Group, Inc.*

# EXHIBIT A

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FT GLOBAL CAPITAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:21-cv-00594-JPB |
| ) | |
| FUTURE FINTECH GROUP, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**JOINT AMENDED STIPULATED FACTS**

Plaintiff FT Global Capital, Inc. ("Plaintiff" or "FT Global") and Defendant Future Fintech Group, Inc. ("Defendant" or "Future Fintech") stipulate to the following facts, which require no proof at trial and seek to have become part of the evidentiary record in this case.

**A. Parties**

1. FT Global is a company incorporated in the State of Georgia that offers capital-raising services for companies that are publicly listed on U.S. stock exchanges.

2. FT Global was incorporated in 2006. FT Global's principal offices are in Miami Beach, Florida.

3. At all relevant times, Mr. Patrick J. Ko ("Mr. Ko") was the owner and sole principal of FT Global.

4. Future Fintech is a blockchain technology R&D application corporation incorporated in the State of Florida.

5. Defendant's stock is publicly traded on the NASDAQ Stock Market under the ticker symbol "FTFT".

6. Future Fintech maintains its business headquarters at 1177 Avenue of the Americas, New York, New York 10036.

7. At all relevant times, Mr. Shanchun Huang ("Mr. Huang") was the Chief Executive Officer of Defendant.

**B. Plaintiff's Placement Agent Agreement With Defendant**

8. On July 28, 2020, FT Global and Future Fintech entered into an Exclusive Placement Agent Agreement (the "PAA").

9. The term of the Agreement ended on October 28, 2020.

10. During the term of the PAA, FT Global introduced L1 Capital to Future Fintech. However, L1 Capital and Future Fintech failed to reach an investment agreement.

11. On November 2, 2020, Mr. Patrick Ko of FT Global sent an email to Mr. Huang and other representatives of Future Fintech. This email stated, among other things, that FT Global was "sending [Future Fintech] the enclosed Protected Investors List for our Tail Period." The document included two attachments, one of which was the "Protected Investors List" (the "Investors List").

12. The "Investors List" listed 12 entities together with their "affiliates" that FT Global said it had "introduced or contacted on behalf of [Future Fintech] with regards to its capital-raising activity."

**C. Events Involving Alliance Global Partners**

13. On December 14, 2020, Alliance Global Partners ("AGP") and Future Fintech executed an engagement agreement for AGP to raise capital for Future Fintech.

14. With AGP as its placement agent, Future Fintech raised capital in four transactions occurring in December 2020, January 2021, February 2021, and April 2021.

15. The two investors for each of Future Fintech's four capital raises were A&T SPV, LLC ("A&T") and Tech Opportunities, LLC ("Tech Opps").

16. The names of these investors were not publicly disclosed by Future Fintech or AGP.

17. On December 29, 2020, FT Global sent Future Fintech an "initial demand email" and claimed that Future Fintech "consummated a securities purchase transaction with "at least two buyers as a result of [FT Global's] services."

18. Using AGP as its placement agent, Future Fintech raised $34,950,006.80 from A&T in the following four transactions:

3

19. $4,000,003.50 paid in a December 24, 2020 transaction for 2,105,265 shares of Future Fintech stock and 2,105,265 warrants to buy shares;

20. $7,500,000.00 paid in a January 11, 2021 transaction for 1,500,000 shares of Future Fintech stock;

21. $5,950,000.00 paid in a February 11, 2021 transaction for 1,000,000 shares of Future Fintech stock;

22. $17,500,003.30 paid in a April 1, 2021 transaction for 2,868,853 shares of Future Fintech stock.

23. Using AGP as its placement agent, Future Fintech also raised $ 34,950,006.80 from Tech Opps in the following four transactions:

24. $4,000,003.50 paid in a December 24, 2020 transaction for 2,105,265 shares of Future Fintech stock and 2,105,265 warrants to buy shares;

25. $7,500,000.00 paid in a January 11, 2021 transaction for 1,500,000 shares of Future Fintech stock;

26. $5,950,000.00 paid in a February 11, 2021 transaction for 1,000,000 shares of Future Fintech stock;

27. $17,500,003.30 paid in an April 1, 2021 transaction for 2,868,853 shares of Future Fintech stock.

28. On January 12, 2021, Future Fintech raised an additional $4,526,319.75 when A&T exercised warrants purchased in the December 24, 2020 transaction.

29. On January 20, 2021, Future Fintech raised an additional $4,526,319.75 when Tech Opps exercised warrants purchased in the December 24, 2020 transaction.

**D. This Litigation**

30. On January 14, 2021, FT Global filed this lawsuit.

31. During this litigation, Amin Nathoo testified at his deposition as a representative of A&T.

32. During this litigation, Richard Allison testified at his deposition as a representative of Hudson Bay Capital Management.

33. During this litigation, Carmello Cataudella testified at deposition as a representative of AGP.

**E. Further Stipulated Facts**

34. **The list of investors that Plaintiff FT Global Capital, Inc. sent to Future Fintech on November 2, 2021 included "Anson Funds Management LP and its affiliates" and "Hudson Bay Capital Management and its affiliates."**

x34. **35**.   A&T SPV LLC and Tech Opportunities LLC, the investors in Future Fintech, were each affiliates of and controlled by Anson Funds Management and Hudson Bay Capital Management, respectively.

x35. **36**.   A&T SPV LLC and Tech Opportunities LLC were included on the list of investors that Plaintiff FT Global Capital, Inc. sent to Future Fintech on November 2, 2021, although they were not specifically named.

Each of the undersigned counsel for the parties hereby consents to entry of the foregoing pretrial order, which has been prepared in accordance with the form pretrial order adopted by this court.

| */s/ draft* | */s/ draft* |
|---|---|
| Counsel for Plaintiff | Counsel for Defendant |

Eric Lang
Georgia Bar No. 435515
LANG LEGAL GROUP, LLC
2566 Shallowford Road, Suite 104,
No. 230
Atlanta, Georgia 30345
(404) 384-2591
elang@langlegal.com

Thomas J. Fleming
Jacqueline Y. Ma
OLSHAN FROME WOLOSKY LLP
1325 Avenue of the Americas
New York, New York 10019
(212) 451-2213
TFleming@Olshanlaw.com
Jma@Olshanlaw.com

Lea Dearing
Georgia Bar No. 922882
BERMAN FINK VAN HORN P.C.
3475 Piedmont Road NE,
Suite 1640
Atlanta, GA 30305
(678) 681-6014
ldearing@bfvlaw.com

Amiad Kushner
Xintong Zhang
Ian Weiss
Flora Fei (pro hac vice pending)
SEIDEN LAW LLP
322 8th Avenue, Suite 1200
New York, NY 10001
(646) 766-1914

|  |  |
|---|---|
| _____ | _____ |
|  | akushner@seidenlaw.com |
|  | *Attorneys for Defendant Future FinTech Group, Inc.* |