# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:21-cv-00594-JPB
## FT Global Capital, Inc. v. Future Fintech Group, Inc.
## Honorable J. P. Boulee

Minute Sheet for proceedings held In Open Court on 03/26/2024.

TIME COURT COMMENCED: 4:50 P.M.
TIME COURT CONCLUDED: 5:05 P.M.          COURT REPORTER: Penny Coudriet
TIME IN COURT: 00:15                     DEPUTY CLERK: Jennifer Lee
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Lea Dearing representing Future Fintech Group, Inc.<br>Thomas Fleming Jr. representing FT Global Capital, Inc.<br>Amiad Kushner representing Future Fintech Group, Inc.<br>Eric Lang representing FT Global Capital, Inc.<br>Jacqueline Ma representing FT Global Capital, Inc. |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| MOTIONS RULED ON: | [58]Motion to Bifurcate DENIED |
| MINUTE TEXT: | The Court conferred briefly to discuss any remaining pretrial issues. The Court ruled it will not bifurcate the trial on Plaintiff's breach of contract claim but will bifurcate the amount of attorney's fees. The Court further ruled that Plaintiff's attorney's fees evidence would be permitted, finding that that the defendant will not be prejudiced by the late disclosure of attorney's fees evidence and that defense has had sufficient time to review the documentary evidence. Thus, Defendant's Motion to Bifurcate Jury Trial [58] was DENIED. |
| HEARING STATUS: | Hearing Concluded |