FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FT GLOBAL CAPITAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> FUTURE FINTECH GROUP, INC., <br><br> Defendant. | Case No. 1:21-cv-00594-JPB |

**STIPULATION REGARDING CHINESE LANGUAGE DOCUMENTS**

Plaintiff FT Global Capital, Inc., and Defendant Future Fintech Group, Inc. recognizes that certain joint exhibits contain portions originally written in Chinese. The parties hereby agree and stipulate to translations of the Chinese portions into English.

The translations appear in italics, as follows:

1. **Joint Exhibit JX-1 (FTGlobalGA-0000001)**:

| | |
|---|---|
| From: | Patrick Ko |
| Sent: | Wednesday, July 22, 2020 1:10 PM EST |
| To: | huangshan@wealthindex.com.cm; sh@ftftex.com |
| CC: | Jeffrey Li |
| Subject: | placement agent agreement, due diligence & sample TS |
| Attachments: | FTFT engagement agreement (draft), DOC, Due Diligence List FTFT (2020) (1).xlsx, Sample CB TS.docx |

Dear Mr. Huang
*Mr. Huang, hello!*

Per our recent communication, we have enclosed a draft placement agent agreement for your review. I have also attached a sample term sheet for the similar transaction you are considering. We recently completed this transaction and you can review SEC filings here, https://www.sec.gov/Archives/edgar/data/1213660/000121390020013969/ea122569-8k_boqiinter.htm.

Should you have further question, please do not hesitate to contact me directly at my contact numbers below. Thank you.

*Based on our recent communication, we are enclosing a draft of the placement agent agreement. Please review carefully. Additionally, I am attaching a template of a confidential term sheet for your consideration, a capital raise which we just completed. Please review its SEC announcement:*

<https://www.sec.gov/Archives/edgar/data/12136 60/000121390020013969/ea122569-8k_boqiinter.htm>

*If you have other questions, please feel free to contact me directly, (see the number below) at any time.*

In order for us to take on any potential capital raising assignment, we would also like to begin our extensive due diligence process. Please begin to cooperate with our DD process by referring to the attached Due Diligence Check List. Thank you.

*In order to complete any potential financing assignments, we would also like to commence our due diligence process. Please refer to the attached due diligence checklist and begin coordinating with our due diligence procedures. Thank you.*

Best regards,
Patrick J. Ko
President
FT Global Capital, Inc. (Member FINRA/SIPC)
5 Concourse Parkway, Suite 3000
Atlanta, GA, 30328
770-350-2698 (main office)

770-551-8189 (direct line)
678-520-8988 (cell)
770-353-0756 (fax)

> **[The remaining portion of the email is in English. This exhibit also contains the attachments to the email, one of which is a spreadsheet titled "Due Diligence List FTFT (2020).xlsx" (FTGlobalGa-0000006), containing due diligence requests that are presented in both English and Chinese.]**

Parties' stipulated translation of Joint Exhibit (JX) 1, FTGlobalGA-0000001.

2. **Joint Exhibits JX-02 (FTGlobalGa-0000066); JX-03 (FTGlobalGa-0000036), JX-04 (FTGlobalGA-0000084)**:

| | |
|---|---|
| From: | Leoyi@ftftex.com |
| Sent: | Sunday, July 26, 2020 11:46 AM EDT |
| To: | Shanchun Huang, Hoo Lee, xue yongke, Patrick Ko, Jeffrey Li |
| Subject: | placement agent agreement, |
| Attachments: | FTFT engagement agreement (draft) v.2.DOC |

*Mr. Ko:*

*Please see the edits on the agreement. The highlighted yellow portions*

*Many thanks*

Parties' stipulated translation of Chinese language portion of JX-2, JX-3, and JX-4

12317743-7

3. **Joint Exhibit JX-12 (FTGlobalGa-0002363)**:

From:   Patrick Ko
Sent:   Monday, October 5, 2023 5:25 PM EDT
To:     veronicalchen@ftftex.com
Cc:     'jeffrey.li'; 'xue yongke'; 'Shanchun Huang'; Yongqiao Yang; Hoo Lee

*Hello Ms. Chen,*

*These past few days, my company has been in communication with several funds, but they have little room for negotiation.*
*Currently, there are many other companies are seeking financing on the markets, so everyone pays more attention to easy projects with good liquidity.*

We will continue to push hard. Thank you.


Best regards,

Patrick J. Ko

----

From: veronicachen@ftftex.com
Sent: Monday, October 05, 2020, 3:11 PM
To: Patrick Ko
Cc: Jeffrey.li; xue yongke; Shanchun Huang; Yongqian Yang; Hoo Lee
Subject: Re: Re: Term Sheet Redline Version


*Hello Mr. Ko,*

*Following up the call between you, Hoo Lee, and myself on September 29, please forward management's opinion regarding the convertible bond term sheet, how is it progressing? Thanks!*

Kind regards,

Veronica

   **[The material remaining portions of the document are in English, and omitted.]**

Parties' stipulated translation of Chinese language portion of JX-12

12317743-7

4. **Joint Exhibit JX-14 (FTGlobalGA-0001232-38)**

*[Chinese language portions only; English language portions are omitted]*

From: veronicachen@ftftex.com
Sent: Friday, October 9, 2020 12:19 PM EDT
To: Patrick Ko
CC: xue yongke, Shanchun Huang, Yongqiao Yang, Lee Hoo, Jeffrey Li
Subject: Re: RE: Term Sheet Redline Version

*Mr. Ko,*

*Regarding the attachments, as discussed in our telephone conversation the day before yesterday, there are three clauses that we kindly ask you to discuss again with potential convertible bond investors. Thank you very much. We are also promptly responding to the questions raised by the Securities and Exchange Commission regarding the S-3.*

Kind regards,

Veronica

* * *

From: veronicachen@ftftex.com
Sent: Monday, October 05, 2020, 3:11 PM
To: Patrick Ko
Cc: Jeffrey.li; xue yongke; Shanchun Huang; Yongqian Yang; Hoo Lee
Subject: Re: Re: Term Sheet Redline Version

*Hello Mr. Ko,*

*Following up the call between you, Hoo Lee, and myself on September 29, please forward management's opinion regarding the convertible bond term sheet, how is it progressing? Thanks!*

Kind regards,

Veronica

5

Parties' stipulated translation of Chinese language portion of JX-14

12317743-7

5. **Joint Exhibit JX-25 (FTGlobalGa-0000618)**:

| | |
|---|---|
| From: | Patrick Ko |
| Sent: | Wednesday, December 16, 2020 12:22 PM CST |
| To: | 'Shanchun Huang'; 'denzil_hsueh'; Jeffrey Li |
| CC: | 'Yang Liu'; 'Ming Yi'; 'Hoo Lee'; veronicachen@ftftex.com |
| Subject: | RE: RD engagement agreement |
| Attachments: | FTFT engagement agreement (RD 2020).doc, signed FTFT engagement agreement.pdf, Protected Investors List Tail Period (FTFT).doc |

Dear All,
*Dear all,*

We are resending this email, dated 12/04 and 12/05, to you again. Mr. Huang has informed us several times about your interests, but we have not received any written response from you yet.
*My company has re-sent the emails from December 4th and December 5th to you. Although Mr. Huang has repeatedly expressed, verbally, your company's interest in cooperating with us, we have not yet received any written response from your company regarding our contract.*

Per many of our previous emails and verbally communications, we simply would like to remind you AGAIN about FT Global's Tail Period and Protected Investors List. We will respect your final decision, including picking anther bank instead of us. However, please make sure you and your new banker will also respect our signed agreement. According to our signed engagement agreement (attached here), you have a contractual obligation to pay FT Global Capital fee for any transaction involving our protected investors. The list of investors (attached here) was sent to you on 11/02 and in several emails subsequently.
*We will respect your company's final decision, including choosing another investment bank [placement agent]. At the same time, we have repeatedly given you friendly reminders to be mindful and obey our signed "tail period" and "protected investor list", according to our mutually signed documents (attached here again), if within 12 months your company and your new investment bank [agent] completed capital raising with those investors we have introduced, your company must pay our investment banking fee according to our previously signed investment banking agreement. Since November 2, my company has sent you numerous reminding emails as well as the list of investors (see attached).*

Thank you very much for your understanding.
*Thank you very much for your understanding and cooperation.*

Best regards,

Patrick J. Ko

Parties' stipulated translation of Chinese language portion of JX-25

12317743-7

---
From:           Patrick Ko [mailto:pko@ftglobalcap.com]
Sent:           Saturday, December 05, 2020 9:19 PM
To:             'Shanchun Huang'; 'denzil_hsueh'; jeffrey li (Jeffrey.li@fisherbroyles.com)
CC:             'Yang Liu'; 'Ming Yi'; Hoo Lee (leehoo@ftftex.com); veronicachen@ftftex.com
Subject:        RE: RD engagement agreement

Dear Mr. Huang, Mr. Xue and FTFT team,
*Hello Mr. Huang, Mr. Xue, and FTFT team,*

Per our call yesterday, we have revised our previously signed agreement to a new engagement for Registered Direct offering (after your S3 becomes effective next week). Please see attached new agreement and signed old agreement. We kept all of our original agreement, except for:
*According to our telephone conversation yesterday, we have modified the previously signed agreement to an agreement which is better suited for S-3 offering (to be ready for capital raising after your company's S-3 becomes effective next week). Please review the attached comparison between new agreement and the old agreement. We have retained all the original terms, except:*

1. Lower our cash fee from 10% to 8.5%;
   *Lowering the commission for financing from 10% to 8.5%*

2. Change some of representations for RD, instead of PIPE transaction.
   *Changing some of the legal provisions to S-3, instead of PIPE transaction.*

Please review and let us know your comments. We look forward to getting this transaction done with you in the near future! Thank you.
*Please review carefully and provide your feedback. We are looking forward to completing this transaction with you in the near future! Thank you.*

Best regards,
Patrick J. Ko
President
FT Global Capital, Inc. (Member FINRA/SIPC)
5 Concourse Parkway, Suite 3000
Atlanta, GA, 30328
770-350-2698 (main office)

*[The remaining portion of the document is in English, and omitted.]*

7

Parties' stipulated translation of Chinese language portion of JX-25

12317743-7

As agreed to by:

| | |
|---|---|
| */s/ Eric Lang* | */s/ Lea Dearing* |
| Counsel for Plaintiff | Counsel for Defendant |

Eric Lang
Georgia Bar No. 435515
LANG LEGAL GROUP, LLC
2566 Shallowford Road, Suite 104, No. 230
Atlanta, Georgia 30345
(404) 384-2591
elang@langlegal.com

Thomas J. Fleming
Jacqueline Y. Ma
OLSHAN FROME WOLOSKY LLP
1325 Avenue of the Americas
New York, New York 10019
(212) 451-2213
TFleming@Olshanlaw.com
JMa@Olshanlaw.com

*Attorneys for Plaintiff FT Global Capital, Inc.*

Lea Dearing
Georgia Bar No. 922882
BERMAN FINK VAN HORN P.C.
3475 Piedmont Road NE,
Suite 1640
Atlanta, GA 30305
(678) 681-6014
ldearing@bfvlaw.com

Amiad Kushner
Xintong Zhang
Ian Weiss
Flora Fei
SEIDEN LAW LLP
322 8th Avenue, Suite 1200
New York, NY 10001
(646) 766-1914
akushner@seidenlaw.com

*Attorneys for Defendant Future FinTech Group, Inc.*

12317743-7