UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FT GLOBAL CAPITAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> FUTURE FINTECH GROUP, INC., <br><br> Defendant. | CIVIL ACTION NO. <br> 1:21-CV-594-JPB |

## JUDGMENT

This action having come before the Court for a trial by jury, the Honorable J. P. Boulee presiding, the issues having been tried and the jury having rendered its verdict in favor of Plaintiff, it is

**Ordered and Adjudged** that Plaintiff be awarded damages in the amount of $7,895,265.31 and attorney's fees in the amount of $980,000, that Defendant take nothing, and that this action be dismissed.

Dated this 11th day of April, 2024.

KEVIN P. WEIMER
CLERK OF COURT

By: s/Jennifer Lee
Courtroom Deputy Clerk